B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Utah

In re **UD Dissolution Corp.**                                                  Case No. **14-32546**

                              Debtor(s)                                          Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Abundance Capital**<br>**55 Fifth Avenue, 18th Floor**<br>**New York, NY 10003** | **Abundance Capital**<br>**55 Fifth Avenue, 18th Floor**<br>**New York, NY 10003** | **Redemption Warrants** | **Disputed** | **1,175,000.00** |
| **Wiora Software GmbH**<br>**OstbahnstraBe 17**<br>**76829 Landau Germany** | **Wiora Software GmbH**<br>**OstbahnstraBe 17**<br>**76829 Landau Germany** | **Consulting** | **Disputed** | **670,821.00** |
| **Eric Lindstrom**<br>**809 Cherry Ln**<br>**Laurel, MS 39440** | **Eric Lindstrom**<br>**809 Cherry Ln**<br>**Laurel, MS 39440** | | | **264,330.00** |
| **Peter Bookman**<br>**2049 River Run Drive**<br>**Huntsville, UT 84317** | **Peter Bookman**<br>**2049 River Run Drive**<br>**Huntsville, UT 84317** | | **Contingent Unliquidated Disputed** | **200,000.00** |
| **Joseph Turley**<br>**14097 Ben Lomond Peak Dr**<br>**Herriman, UT 84096** | **Joseph Turley**<br>**14097 Ben Lomond Peak Dr**<br>**Herriman, UT 84096** | **Loan** | | **185,732.00** |
| **Daybreak Capital**<br>**140 Broadway, 46th Floor**<br>**New York, NY 10005** | **Daybreak Capital**<br>**140 Broadway, 46th Floor**<br>**New York, NY 10005** | **Consulting** | **Disputed** | **172,997.94** |
| **SuperMicro**<br>**P.O. Box 742066**<br>**Los Angeles, CA 90074-2066** | **SuperMicro**<br>**P.O. Box 742066**<br>**Los Angeles, CA 90074-2066** | **Computer hardware** | | **145,767.00** |
| **Rod Rasmusson**<br>**2149 S 2200 E**<br>**Salt Lake City, UT 84109** | **Rod Rasmusson**<br>**2149 S 2200 E**<br>**Salt Lake City, UT 84109** | | **Contingent Unliquidated Disputed** | **123,821.00** |
| **Snell & Wilmer**<br>**15 W. South Temple, Suite 1200**<br>**Salt Lake City, UT 84101** | **Snell & Wilmer**<br>**15 W. South Temple, Suite 1200**<br>**Salt Lake City, UT 84101** | | | **122,362.00** |
| **Internal Revenue Service**<br>**Ogden, UT 84201-0039** | **Internal Revenue Service**<br>**Ogden, UT 84201-0039** | **Penalty** | **Disputed** | **75,162.35** |
| **Mark Verville**<br>**c/o Fillmore Spencer, LLC**<br>**3301 North University Ave.**<br>**Provo, UT 84604** | **Mark Verville**<br>**c/o Fillmore Spencer, LLC**<br>**3301 North University Ave.**<br>**Provo, UT 84604** | | **Disputed** | **75,000.00** |
| **Internal Revenue Service**<br>**Ogden, UT 84201** | **Internal Revenue Service**<br>**Ogden, UT 84201** | **2014 Payroll Taxes** | | **74,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **UD Dissolution Corp.**                                               Case No. **14-32546**
                     Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arrow Electronics<br>13469 Collections Ctr Dr<br>Chicago, IL 60693 | Arrow Electronics<br>13469 Collections Ctr Dr<br>Chicago, IL 60693 | | | 58,895.00 |
| Dave Mock<br>9993 South 3100 East<br>Sandy, UT 84092 | Dave Mock<br>9993 South 3100 East<br>Sandy, UT 84092 | Director/Board Fees | | 55,000.00 |
| Laua Lindstrom<br>809 Cherry Ln<br>Laurel, MS 39440 | Laua Lindstrom<br>809 Cherry Ln<br>Laurel, MS 39440 | Loan | | 48,263.00 |
| Gartner Inc.<br>P.O. Box 911319<br>Dallas, TX 75391-1319 | Gartner Inc.<br>P.O. Box 911319<br>Dallas, TX 75391-1319 | Marketing | Disputed | 42,000.00 |
| Scott Allen<br>547 North 1625 East<br>Layton, UT 84040 | Scott Allen<br>547 North 1625 East<br>Layton, UT 84040 | Note | | 40,000.00 |
| Quailcreek<br>c/o Ed Eckstrom<br>6120 Verness Cove<br>Salt Lake City, UT 84121 | Quailcreek<br>c/o Ed Eckstrom<br>6120 Verness Cove<br>Salt Lake City, UT 84121 | Loan | | 37,348.00 |
| Ivan Escobar<br>2752 West 13760 South<br>Riverton, UT 84065 | Ivan Escobar<br>2752 West 13760 South<br>Riverton, UT 84065 | Loan | | 31,753.00 |
| Wiora<br>OstbahnstraBe 17<br>76829 Landau Germany | Wiora<br>OstbahnstraBe 17<br>76829 Landau Germany | | | 30,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Trusteee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 26, 2014**          Signature **/s/ Eric Lindstrom**
                                              **Eric Lindstrom**
                                              **Trusteee**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Utah

In re: **UD Dissolution Corp.**, Debtor

Case No. **14-32546**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benjamin Joseph Bass Trust** 5009 Dunvegan Rd Louisville, KY 40222 | Series A Preferred | 114300 | |
| **Big Sky Holdings, LLC** Ric Lindstrom 809 Cherry Ln Laurel, MS 39440 | Series A Preferred | 249948.39 | |
| **Carlos Gonzales-Keller Family Trust** 17675 Blanchard Dr. Monte Sereno, CA 96030 | Series A Preferred | 93712.50 | |
| **Catherine Voutaz** 5864 Autumn Dusk Ct Herriman, UT 84096 | Common | 9104 | |
| **CBRS V3, LLC** 221 Orlando Blvd Indialantic, FL 32903 | Series A Preferred | 97088.84 | |
| **Charlotte B. Reedy** CMR 479 Box 256 APO, AE 09263 | Series A Preferred | 214865 | |
| **Christopher Featherstone** 5485 West 10600 North Highland, UT 84003 | Common | 38812 | |
| **DataCentered, LLC** c/o Peter Bookman 20149 River Run Drive Huntsville, UT 84317 | Common | 2000000 | |
| **David Turcotte** P.O. Box 982584 Park City, UT 84098 | Common | 51750 | |
| **David Youngberg** 2107 Falson Way Sandy, UT 84093 | Common | 92000 | |
| **Dennis Ickes** 1815 Osage Orange Ave Salt Lake City, UT 84124 | Series A Preferred | 121444 | |

__3__ continuation sheets attached to List of Equity Security Holders

In re  **UD Dissolution Corp.**   ,                             Case No. __14-32546__
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GWN Corporate Services**<br>**P.O. Box 982584**<br>**Park City, UT 84098** | **Series A Preferred** | 7243 | |
| **Herra Holdings LLC**<br>**c/o Brad Robinson**<br>**1115 East Ironwood Drive**<br>**North Salt Lake, UT 84054** | **Series A Preferred** | 458535 | |
| **Inaura**<br>**c/o Rod Rassmussen**<br>**2149 South 2200 East**<br>**Salt Lake City, UT 84109** | **Common** | 400000 | |
| **Jason Scerbo**<br>**6195 Saunter Ln**<br>**Taylorsville, UT 84123** | **Common** | 23000 | |
| **Jay Zynczak**<br>**8994 Cheyenne Way**<br>**Park City, UT 84098** | **Common** | 3300 | |
| **Jeffrey F. Hall**<br>**3117 Southern Hills Ln**<br>**Jonesboro, AR 72404** | **Series A Preferred** | 249971 | |
| **Jodie Ann Bass Trust**<br>**5009 Dunvegan Rd**<br>**Louisville, KY 40222** | **Series A Preferred** | 114300 | |
| **Johnathan M. Ropner**<br>**1862 E. Beaumont Circle**<br>**Holladay, UT 84121** | **Series A Preferred** | 48544 | |
| **Marvin E. Gavin**<br>**236 Hogan Rd**<br>**Laurel, MS 39443** | **Series A Preferred** | 18859 | |
| **MBA Management, LLC**<br>**149 Cottage Cove**<br>**Saratoga Springs, UT 84045** | **Series A Preferred** | 113700 | |
| **Menco**<br>**9993 South 3100 East**<br>**Sandy, UT 84092** | **Series A Preferred** | 563161 | |
| **Michael McDonald**<br>**13767 Wingfield Circle**<br>**Draper, UT 84020** | **Series A Preferred** | 494522 | |

Sheet __1__ of __3__ continuation sheets attached to the List of Equity Security Holders

In re **UD Dissolution Corp.**, Case No. **14-32546**
Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Shirely**<br>**177 Pavillion Rd**<br>**Laurel, MS 39437** | **Series A Preferred** | **18859** | |
| **Ned M. Bass**<br>**5009 Dunvegan Rd**<br>**Louisville, KY 40222** | **Series A Preferred** | **457203** | |
| **Nick Rasmussen**<br>**2149 S. 2200 East**<br>**Salt Lake City, UT 84109** | **Common** | **47437** | |
| **Paceline II, LLC**<br>**c/o Rod Rasmusson**<br>**2149 South 2200 East**<br>**Salt Lake City, UT 84109** | **Common Stock** | **2000000** | |
| **Paul Ropner**<br>**1945 East Longview Dr.**<br>**Salt Lake City, UT 84124** | **Series A Preferred** | **145633** | |
| **R. Joseph Fernandez**<br>**2205 Blue Haven Dr.**<br>**New Iberia, LA 70563** | **Series A Preferred** | **48544** | |
| **RBC Capital fbo Crystal Martucci IRA**<br>**Jamie Schmeichel, RBC Capital Markets**<br>**60 South 6th Street, Mailsop P9**<br>**Minneapolis, MN 55402** | **Series A Preferred** | **172088** | |
| **RBC Captial Cust FBO James Sweeney**<br>**Jamie Schmeichel, RBC Capital Markets**<br>**60 South 6th Street, Mailstop P9**<br>**Minneapolis, MN 55402** | **Series A Preferred** | **130645** | |
| **Richard W. Headrick**<br>**One Freedom Square**<br>**Laurel, MS 39440** | **Series A Preferred** | **18859** | |
| **Scott D. Cook**<br>**335 Silver Hills Circle S.E.**<br>**Salem, OR 97306** | **Series A Preferred** | **107876** | |
| **Seth Quealy**<br>**11559 Oakmont Rd.**<br>**South Jordan, UT 84095** | **Common** | **23000** | |
| **Shon Calurusso**<br>**3961 S. Pine Tree Dr.**<br>**Salt Lake City, UT 84124** | **Series A Preferred** | **80274** | |

Sheet __2__ of __3__ continuation sheets attached to the List of Equity Security Holders

In re  **UD Dissolution Corp.**, Debtor

Case No. **14-32546**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen P. Lunde**<br>2603 Nix Lake Dr.<br>Jonesboro, AR 72404 | Series A Preferred | 231256 | |
| **Trust U/D/T 8/9/2000**<br>17675 Blanchard Drive<br>Los Gatos, CA 95030 | Series A Preferred | 93,712.50 | |
| **V3SP I**<br>3140 East 10000 South<br>Sandy, UT 84092 | Series A Preferred | 4479283 | |
| **V3SP II**<br>c/o Dave Mock<br>3140 East 10000 South<br>Sandy, UT 84092 | Series A Preferred | 7978932 | |
| **Valstand Strategic Fund II, LLC**<br>3117 Southern Hills Ln<br>Jonesboro, AR 72404 | Series A Preferred | 3265393 | |
| **Wasatch Properties, Inc**<br>3520 Yeatman Rd<br>Bonningtion, BC<br>Canada V0G 2G | Series A Preferred | 406055 | |
| **William E. Wildman, Jr.**<br>219 Hogan Rd<br>Laurel, MS 39443 | Series A Preferred | 812371 | |
| **William Waller**<br>1306 Harvard Ave<br>Salt Lake City, UT 84105 | Series A Preferred | 268454 | |
| **Wynnman's Hill, LLC**<br>539 Blackhawk Ln<br>Alpine, UT 84004 | Series A Preferred | 494175 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Trusteee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 26, 2014**            Signature **/s/ Eric Lindstrom**
                                                **Eric Lindstrom**
                                                **Trusteee**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                                   18 U.S.C §§ 152 and 3571.

Sheet **3** of **3** continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
### District of Utah

In re  **UD Dissolution Corp.**                                                   Case No.  **14-32546**
                            Debtor(s)                                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Trusteee of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **November 26, 2014**            **/s/ Eric Lindstrom**
                                         **Eric Lindstrom**/**Trusteee**
                                         Signer/Title