# United States Bankruptcy Court
### District of Utah

In re    **UD Dissolution Corp.**,    Case No.  **14-32546**
Debtor

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benjamin Joseph Bass Trust**<br>5009 Dunvegan Rd<br>Louisville, KY 40222 | Series A Preferred | 114300 | |
| **Big Sky Holdings, LLC**<br>Ric Lindstrom<br>809 Cherry Ln<br>Laurel, MS 39440 | Series A Preferred | 249948.39 | |
| **Carlos Gonzales-Keller Family Trust**<br>17675 Blanchard Dr.<br>Monte Sereno, CA 96030 | Series A Preferred | 93712.50 | |
| **Catherine Voutaz**<br>5864 Autumn Dusk Ct<br>Herriman, UT 84096 | Common | 9104 | |
| **CBRS V3, LLC**<br>221 Orlando Blvd<br>Indialantic, FL 32903 | Series A Preferred | 97088.84 | |
| **Charlotte B. Reedy**<br>CMR 479 Box 256<br>APO, AE 09263 | Series A Preferred | 214865 | |
| **Christopher Featherstone**<br>5485 West 10600 North<br>Highland, UT 84003 | Common | 38812 | |
| **DataCentered, LLC**<br>c/o Peter Bookman<br>20149 River Run Drive<br>Huntsville, UT 84317 | Common | 2000000 | |
| **David Turcotte**<br>P.O. Box 982584<br>Park City, UT 84098 | Common | 51750 | |
| **David Youngberg**<br>2107 Falson Way<br>Sandy, UT 84093 | Common | 92000 | |
| **Dennis Ickes**<br>1815 Osage Orange Ave<br>Salt Lake City, UT 84124 | Series A Preferred | 121444 | |

__3__   continuation sheets attached to List of Equity Security Holders

In re  **UD Dissolution Corp.**,            Case No.  **14-32546**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GWN Corporate Services<br>P.O. Box 982584<br>Park City, UT 84098 | Series A Preferred | 7243 | |
| Herra Holdings LLC<br>c/o Brad Robinson<br>1115 East Ironwood Drive<br>North Salt Lake, UT 84054 | Series A Preferred | 458535 | |
| Inaura<br>c/o Rod Rassmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109 | Common | 400000 | |
| Jason Scerbo<br>6195 Saunter Ln<br>Taylorsville, UT 84123 | Common | 23000 | |
| Jay Zynczak<br>8994 Cheyenne Way<br>Park City, UT 84098 | Common | 3300 | |
| Jeffrey F. Hall<br>3117 Southern Hills Ln<br>Jonesboro, AR 72404 | Series A Preferred | 249971 | |
| Jodie Ann Bass Trust<br>5009 Dunvegan Rd<br>Louisville, KY 40222 | Series A Preferred | 114300 | |
| Johnathan M. Ropner<br>1862 E. Beaumont Circle<br>Holladay, UT 84121 | Series A Preferred | 48544 | |
| Marvin E. Gavin<br>236 Hogan Rd<br>Laurel, MS 39443 | Series A Preferred | 18859 | |
| MBA Management, LLC<br>149 Cottage Cove<br>Saratoga Springs, UT 84045 | Series A Preferred | 113700 | |
| Menco<br>9993 South 3100 East<br>Sandy, UT 84092 | Series A Preferred | 563161 | |
| Michael McDonald<br>13767 Wingfield Circle<br>Draper, UT 84020 | Series A Preferred | 494522 | |

Sheet **1** of **3** continuation sheets attached to the List of Equity Security Holders

In re **UD Dissolution Corp.** , Case No. **14-32546**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mike Shirely**<br>**177 Pavillion Rd**<br>**Laurel, MS 39437** | **Series A Preferred** | **18859** | |
| **Ned M. Bass**<br>**5009 Dunvegan Rd**<br>**Louisville, KY 40222** | **Series A Preferred** | **457203** | |
| **Nick Rasmussen**<br>**2149 S. 2200 East**<br>**Salt Lake City, UT 84109** | **Common** | **47437** | |
| **Paceline II, LLC**<br>**c/o Rod Rasmusson**<br>**2149 South 2200 East**<br>**Salt Lake City, UT 84109** | **Common Stock** | **2000000** | |
| **Paul Ropner**<br>**1945 East Longview Dr.**<br>**Salt Lake City, UT 84124** | **Series A Preferred** | **145633** | |
| **R. Joseph Fernandez**<br>**2205 Blue Haven Dr.**<br>**New Iberia, LA 70563** | **Series A Preferred** | **48544** | |
| **RBC Capital fbo Crystal Martucci IRA**<br>**Jamie Schmeichel, RBC Capital Markets**<br>**60 South 6th Street, Mailsop P9**<br>**Minneapolis, MN 55402** | **Series A Preferred** | **172088** | |
| **RBC Captial Cust FBO James Sweeney**<br>**Jamie Schmeichel, RBC Capital Markets**<br>**60 South 6th Street, Mailstop P9**<br>**Minneapolis, MN 55402** | **Series A Preferred** | **130645** | |
| **Richard W. Headrick**<br>**One Freedom Square**<br>**Laurel, MS 39440** | **Series A Preferred** | **18859** | |
| **Scott D. Cook**<br>**335 Silver Hills Circle S.E.**<br>**Salem, OR 97306** | **Series A Preferred** | **107876** | |
| **Seth Quealy**<br>**11559 Oakmont Rd.**<br>**South Jordan, UT 84095** | **Common** | **23000** | |
| **Shon Calurusso**<br>**3961 S. Pine Tree Dr.**<br>**Salt Lake City, UT 84124** | **Series A Preferred** | **80274** | |

Sheet **2** of **3** continuation sheets attached to the List of Equity Security Holders

In re **UD Dissolution Corp.**, Case No. **14-32546**

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stephen P. Lunde**<br>2603 Nix Lake Dr.<br>Jonesboro, AR 72404 | Series A Preferred | 231256 | |
| **Trust U/D/T 8/9/2000**<br>17675 Blanchard Drive<br>Los Gatos, CA 95030 | Series A Preferred | 93,712.50 | |
| **V3SP I**<br>3140 East 10000 South<br>Sandy, UT 84092 | Series A Preferred | 4479283 | |
| **V3SP II**<br>c/o Dave Mock<br>3140 East 10000 South<br>Sandy, UT 84092 | Series A Preferred | 7978932 | |
| **Valstand Strategic Fund II, LLC**<br>3117 Southern Hills Ln<br>Jonesboro, AR 72404 | Series A Preferred | 3265393 | |
| **Wasatch Properties, Inc**<br>3520 Yeatman Rd<br>Bonningtion, BC<br>Canada V0G 2G | Series A Preferred | 406055 | |
| **William E. Wildman, Jr.**<br>219 Hogan Rd<br>Laurel, MS 39443 | Series A Preferred | 812371 | |
| **William Waller**<br>1306 Harvard Ave<br>Salt Lake City, UT 84105 | Series A Preferred | 268454 | |
| **Wynnman's Hill, LLC**<br>539 Blackhawk Ln<br>Alpine, UT 84004 | Series A Preferred | 494175 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Trusteee of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 26, 2014**    Signature **/s/ Eric Lindstrom**

**Eric Lindstrom**
**Trusteee**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Sheet **3** of **3** continuation sheets attached to the List of Equity Security Holders