Laurie A. Cayton (USB #4557)
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
405 South Main Street, Suite 300
Ken Garff Building
Salt Lake City, Utah 84111
Telephone:    (801) 524-3031
Facsimile:    (801) 524-5628
Email: laurie.cayton@usdoj.gov
Attorney for Patrick S. Layng, United States Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH
# CENTRAL DIVISION

| In re: | |
|---|---|
| **UD Dissolution Corp.,** | **Bankruptcy Case No. 14-32546 JTM** |
| Debtor. | (Chapter 11) <br> Judge Joel T. Marker |

## APPOINTMENT OF UNSECURED
## CREDITORS' COMMITTEE

The following Unsecured Creditors are appointed as the Unsecured Creditors' Committee in the case of: UD Dissolution Corp**.,**

1.    Scott Allen
      547 North 1625 East
      Layton, UT 84040
      Telephone:    (801) 580-1407
      Email: scotta9@yahoo.com

2.     B.A. Securities, LLC
Four Tower Bridge
200 Barr Harbor Drive
Suite 400
W. Conshohocken, PA 19428
Telephone: (917) 589-5075
Email: ajay.khanna@daybreakcapital.com

3.     Volker Wiora
wioraVentures GmbH
Ostbahnstrβe 17-D-76829 Landau/Pfalz
Landau, Germany
Telephone: (+49) 6341 994970
Facsimile: (+49) 6341 994971
Email: volker@wiora.com

4.     Abundance Private Opportunity Fund, LP Capital
55 Fifth Avenue, 18th Floor
New York City, NY 10003
Telephone: (646) 496-7323
Facsimile: (212) 208-3043
Email: fundinfo@abundancelp.com

Attorney for Abundance
Ken Cannon, Esq.
Durham, Jones & Pinegar, P.C.
111 East Broadway, Suite 900
Salt Lake City, UT 84111
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
Email: kcannon@djplaw.com

5.     Joseph Turley
14097 Ben Lomond Peak Drive
Riverton, UT 84096
Telephone: (801) 649-9663
Email: joseph@josephturley.com

6.     Rodney Rasmussen
2149 South 2200 East
Salt Lake City, UT 84109
Telephone: (801) 550-4677
Email: rasfund@gmail.com

      Attorney for Rasmussen
      Jonathan Hafen
      Parr Brown, LLP
      101 So. 200 East, #700
      Salt Lake City, UT  84109
      Telephone:   (801) 257-7915
      Email: jhafen@parrbrown.com

7.    Quail Creek Partners, LLC
      6170 Veiness Cove
      Salt Lake City, UT 84121
      Telephone:   (801) 918-9958
      Email: ed@yorkecap.com

      Attorney for Quail Creek
      Robert Prince/David S. Evans
      Kirton McConkie
      60 E. South Temple, Suite 1800
      Salt Lake City, UT  84111
      Telephone:   801-328-3600
      Email: devans@kmclaw.com

DATED: January 7, 2015

                                           Respectfully submitted,

                                                        /s/
                                           Laurie A. Cayton
                                           Attorneys for Patrick S. Layng,
                                           United States Trustee

## CERTIFICATE OF MAILING

      I HEREBY CERTIFY that, on January 8, 2015, I caused a true and correct copy of the foregoing **APPOINTMENT OF UNSECURED CREDITORS= COMMITTEE** to be electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF System as noted below:

  Blake Miller, Esq.
  Ken Cannon, Esq.
  Robert Prince, Esq.
  Matthew Boley, Esq.

      Further, I certify that I caused copies of the **APPOINTMENT** to be forwarded via U.S. Mail, first class, postage prepaid and properly addressed to all persons as listed on the appointment and to the following:

UD Dissolution Corp.
299 South Main Street
Suite #1300
Salt Lake City, UT 84111

                                                  /s/
                                        Laurie A. Cayton