*Proposed and submitted by:*

Matthew M. Boley, Esq. (8536)
**PARSONS KINGHORN HARRIS, P.C.**
111 E. Broadway, 11th Floor
Salt Lake City, UT  84111
Telephone:  (801) 363-4300
Facsimile:   (801) 363-4378
E-mail:  mmb@pkhlawyers.com

*Attorneys for* secured creditor KC VOUTAZ, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**UD DISSOLUTION CORP.**, a dissolved Nevada corporation f/k/a V3 Systems, Inc.<br><br>      Debtor. | Bankruptcy No. 14-32546 JTM<br><br>Chapter 7<br><br>Honorable Joel T. Marker |
|---|---|

### ORDER REDUCING TIME
### FOR OBJECTIONS TO AND HEARING ON
### MOTION TO TERMINATE THE AUTOMATIC STAY
### OR FOR ADEQUATE PROTECTION

This matter is before the Court upon the *ex parte* motion of secured creditor KC VOUTAZ, LLC ("**Creditor**") requesting that the Court to reduce the time for notice of the hearing on, shorten the deadline for filing responses or objections to, the *Motion to Terminate the Automatic Stay or for Adequate Protection*, dated January 16, 2015 [Docket No. 42] (the "**Motion**").

The Court having reviewed the *ex parte* motion and having considered such other and further matters as the Court deemed appropriate and good cause appearing, it hereby is

{00205323.DOC /}

**ORDERED**, pursuant to Federal Rule of Bankruptcy Procedure 9006(c) and Local Rule 9006-1(b), that the ex parte motion shall be, and hereby is, GRANTED; it is

**FURTHER ORDERED** that the hearing on the Motion shall be held on January 28, 2015 at 9:00 a.m.; it is

**FURTHER ORDERED** that the deadline for creditors and other parties-in-interest to file any objection or response to the Motion shall be January 27, 2015; and it is

**FURTHER ORDERED** that both (a) the time for notice of the hearing on the Motion and (b) of the deadline to file responses or objections thereto shall be, and hereby are, reduced such that the notice mailed and served electronically on January 16, 2015 shall be, and hereby is, adequate and appropriate in the particular circumstances.

------------------------------------- END OF DOCUMENT -------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service**: I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Matthew M. Boley    mmb@pkhlawyers.com, jh@pkhlawyers.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Laurie A. Cayton tr    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Deborah Rae Chandler    chandler@millertoone.com
- Blake D. Miller    miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- Brennan H. Moss    bmoss@padrm.com, shamilton@padrm.com
- Robert S. Prince    rprince@kmclaw.com, squilter@kmclaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

[none]

/s/ Matthew M. Boley

{00205323.DOC /}