# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **In re:**<br><br>**UD DISSOLUTION CORP.**<br>**(fna, V3 Systems, Inc.)**<br><br>Debtor. | **Bankruptcy Case No. 14-32546**<br>**Chapter 11**<br><br>Honorable Joel T. Marker<br><br>(Filed Electronically) |

**ORDER APPROVING *EX PARTE* MOTION FOR ORDER SHORTENING TIME FOR NOTICE OF PRELIMINARY HEARING ON AMENDED MOTION FOR PRELIMINARY AND FINAL APPROVAL FOR §363 SALE OF STOCK**

Upon consideration of Debtor's Ex Parte Motion for Order Shortening Time for Notice of Preliminary Hearing on Amended Motion for Preliminary and Final Approval for §363 Sale of Stock, and good cause appearing therefore, it is hereby ORDERED that:

1. The Motion is granted.

2. Notice of the preliminary hearing on the Motion is hereby shortened such that notice is sufficient if notice of the preliminary hearing scheduled for January 22, 2015 at 2:00 p.m., is served on January 16, 2015.

------------------------- END OF ORDER -------------------------

## DESIGNATION OF PARTIES TO BE SERVED

       Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Matthew M. Boley**    mmb@pkhlawyers.com, jh@pkhlawyers.com
- **Kenneth L. Cannon**    kcannon@djplaw.com, khughes@djplaw.com
- **Laurie A. Cayton tr**    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Deborah Rae Chandler**    chandler@millertoone.com
- **Blake D. Miller**    miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- **Brennan H. Moss**    bmoss@padrm.com, shamilton@padrm.com
- **Robert S. Prince**    rprince@kmclaw.com, squilter@kmclaw.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov

*/s/ Blake D. Miller*