**This order is SIGNED.**

**Dated: April 22, 2015**

*/s/ J T Marker*

**JOEL T. MARKER
U.S. Bankruptcy Judge**



_Prepared by_
Jeffrey W. Shields (#2948)
JONES, WALDO, HOLBROOK & McDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
_Special Counsel to U.D. Dissolution Corp._
_fka V3 Systems, Inc._

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **In re** | CASE NO. 14-32546 |
| **UD DISSOLUTION CORP.**<br>       **Debtor.** | (Chapter 11) |

**ORDER GRANTING EXPARTE APPLICATION TO WITHDRAW AS SPECIAL
COUNSEL TO U.D. DISSOLUTION CORP (WITH CONSENT OF CLIENT)**

This matter is before the Court on the *ex parte* Application to Withdraw as Special Counsel to Debtor U.D. Dissolution Corp (With Client Consent) (the "**Withdrawal Application**") filed by Jones Waldo Holbrook & McDonough PC ("**Jones Waldo**"). The Court, after reviewing the Withdrawal Application and such other matters in the file as the Court deems appropriate, and after noting that U.D. Dissolution Corp has provided its written consent in the Withdrawal Application, has determined that the Withdrawal Application is well taken and that Jones Waldo has satisfied the requirements of Local Rule 2091-1 to withdraw as Special Counsel

1191608.1

for U.D. Dissolution Corp in the above captioned case (the "**Case**"). Accordingly, based upon the foregoing and good cause appearing therefor,

IT IS HEREBY ORDERED that pursuant to Local Rule 2091-1(b), the law firm of Jones Waldo, including all attorneys and employees of Jones Waldo shall be, and they hereby are, authorized to withdraw, effective immediately, as Special Counsel for Debtor in this Case. This Order is entered without prejudice to and without limiting any Jones Waldo application to the Court for compensation and reimbursement of costs.

**------- END OF ORDER -----**

## DESIGNATION OF PARTIES TO BE SERVED

The foregoing **ORDER GRANTING EXPARTE APPLICATION TO WITHDRAW AS SPECIAL COUNSEL FOR DEBTOR (WITH CLIENT CONSENT)** shall be served on the following parties in the matter as designated below:

**BY ELECTRONIC SERVICE:**

I certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

**Matthew M. Boley** mmb@pkhlawyers.com, jh@pkhlawyers.com
**Kenneth L. Cannon** kcannon@djplaw.com, khughes@djplaw.com
**Laurie A. Cayton tr** laurie.cayton@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
**Deborah Rae Chandler** chandler@millertoone.com
**Blake D. Miller** miller@millertoone.com, millermobile@gmail.com; miller@ecf.inforuptcy.com; miller.blaked@gmail.com
**Brennan H. Moss** bmoss@padrm.com shamilton@padrm.com
**Robert S. Prince** rprince@kmclaw.com, squilter@kmclaw.com
**United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
**Jeffrey W. Shields** jshields@joneswaldo.com
**Peter Billings** pbillings@fabianlaw.com
**Douglas Payne** dpayne@fabianlaw.com

**BY U.S. MAIL, POSTAGE PREPAID:**

In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Federal Rule of Civil Procedure 5(b):

    U.D. DISSOLUTION CORP, Debtor
    299 South Main Street, Suite 1300
    Salt Lake City, Utah 84111

    All parties on the Court's Official Case Matrix

                                       /s/ Jeffrey W. Shields

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2015, I electronically filed the foregoing **ORDER** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

**Matthew M. Boley**   mmb@pkhlawyers.com, jh@pkhlawyers.com
**Kenneth L. Cannon**   kcannon@djplaw.com, khughes@djplaw.com
**Laurie A. Cayton tr**   laurie.cayton@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
**Deborah Rae Chandler**   chandler@millertoone.com
**Blake D. Miller**   miller@millertoone.com, millermobile@gmail.com; miller@ecf.inforuptcy.com; miller.blaked@gmail.com
**Brennan H. Moss**   bmoss@padrm.com  shamilton@padrm.com
**Robert S. Prince**   rprince@kmclaw.com, squilter@kmclaw.com
**United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
**Jeffrey W. Shields**   jshields@joneswaldo.com
**Peter Billings**   pbillings@fabianlaw.com
**Douglas Payne**   dpayne@fabianlaw.com

**BY U.S. MAIL:**

I further certify that on April 22, 2015, a true and correct copy of the foregoing document was served via U.S. Mail, postage prepaid, addressed as follows:

>U.D. DISSOLUTION CORP, Debtor
>299 South Main Street, Suite 1300
>Salt Lake City, Utah  84111

/s/ Jeffrey W. Shields