Jeffrey W. Shields (#2948)
JONES, WALDO, HOLBROOK & McDONOUGH, P.C.
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
*Special Counsel to Debtor U.D. Dissolution Corp.*
*fka V3 Systems, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>U.D. DISSOLUTION CORP., fka V3 SYSTEMS, INC.,<br><br>        Debtor and Debtor-In-Possession. | Bankruptcy Case No. 14-32546<br><br><br>(Chapter 11)<br><br>Judge: Honorable Joel T. Marker |

## SUMMARY COVER SHEET PURSUANT TO 28 C.F.R. § 58, APPENDIX A, SECTION (b)(3), TO THE FIRST AND FINAL APPLICATION OF JONES, WALDO, HOLBROOK & MCDONOUGH, P.C. AS SPECIAL COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>PERIOD FROM DECEMBER 1, 2014 THROUGH AND INCLUDING APRIL 22, 2015</u>

Name of Applicant:

Jones, Waldo, Holbrook & McDonough, P.C.
(Special Counsel)

Authorized to provide professional services to:

Debtors and Debtors in Possession

Petition Date:

November 26, 2014

Date of Retention:

January 13, 2015 *nunc pro tunc* to Petition Date

Period for which compensation and
reimbursement are sought:

December 1, 2014 through April 22, 2015

1192698.3

Amount of compensation sought as actual,
reasonable and necessary:                           $114,669.50

Amount of expense reimbursement sought as
actual, reasonable and necessary:                   $1,176.50

This is a(n):  ___ monthly      ___ interim    X̲ final application

Previous Awards/Applications                        None

Name, Billing Rate and Admission Date of
Billing Professionals:

| Name | Admission Date | Billing Rate To 3/31/2015 | Billing Rate After 4/1/2015 |
|---|---|---|---|
| James S. Lowrie | 1972 | $375 | $375 |
| Ronald S. Poelman | 1981 | $355 | $360 |
| Jeffrey W. Shields | 1980 | $390 | $400 |
| Timothy B. Smith | 1998 | $310 | $310 |
| C. Michael Judd | 2013 | $160 | $185 |
| Nathan R. Sumbot | 2014 | $150 | $175 |
| Joseph B. Hinckley | 2011 | $180 | $205 |

Total Hours Billed and Total Amounts
(Including Paraprofessionals):

| Name | Position | Hours | Total |
|---|---|---|---|
| James S. Lowrie | Partner | 10.9 | $4,087.50 |
| Jeffrey W. Shields | Partner | 250.7 | $98,211.00 |
| Nathan Sumbot | Associate | 41.9 | $6,865.00 |
| Ronald S. Poelman | Partner | 0.6 | $213.00 |
| Timothy B. Smith | Partner | 7.1 | $2,201.00 |
| C. Michael Judd | Associate | 0.8 | $128.00 |

2

1192698.3

| Joseph B. Hinckley | Associate | 0.6 | $108.00 |
| EJ McCaffrey | Paralegal | 16.0 | $1,060.00 |
| Jeremy S. Carlson | Paralegal | 21.7 | $1,619.00 |
| Morgan Williams | Paralegal | 1.5 | $176.50 |
| | TOTAL: | | $114,669.50 |

| | |
|---|---|
| Blended Hourly Rate Excluding Paraprofessionals: | $357.69 per hour |
| Hours Requested to Date for Application Preparation: | <u>Four hours @ $400.00 per hour (Jeffrey Shields)</u> |

1192698.3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>U.D. DISSOLUTION CORP., fka V3<br>SYSTEMS, INC.,<br><br>        Debtor and Debtor-In-<br>        Possession. | Bankruptcy Case No. 14-32546<br><br><br>(Chapter 11)<br><br>Judge:  Honorable Joel T. Marker |

**FIRST AND FINAL APPLICATION OF JONES, WALDO, HOLBROOK &
MCDONOUGH, P.C. AS SPECIAL COUNSEL TO THE DEBTOR AND DEBTOR IN
POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2014 THROUGH
AND INCLUDING APRIL 22, 2015**

For its first and final application (the "**Application**") for allowance of compensation and

reimbursement of expenses for the period of December 1, 2014 through April 22, 2015 ( "**Fee**

**Period**"), Jones, Waldo, Holbrook & McDonough, P.C. ("**Jones Waldo**"), special counsel to the

above-captioned debtor and debtor in possession ( "**Debtor**"), respectfully represents as follows:

**Jurisdiction and Venue**

1.        This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.        The statutory predicates for this Application are 11 U.S.C. §§ 327(e), 330, 331,

and 503(b)(2), Federal Rule of Bankruptcy Procedure Rule 2016, and 28 C.F.R. § 58,

Appendix A.

1192698.3

## Background

3.      On November 26, 2014 ( "**Petition Date**"), the Debtor commenced its bankruptcy

case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code

(11 U.S.C. §§ 101, et seq. as amended, the "**Bankruptcy Code**").

4.      The Debtor is operating its business, which consists of liquidation and winding

up, as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No

trustee or examiner has been appointed in this chapter 11 case.

5.      On January 7, 2015 the Office of the United States Trustee for the District of Utah

("**U.S. Trustee**") appointed the Official Committee of Unsecured Creditors ("**Committee**")

pursuant to 11 U.S.C. § 1102.  [Dkt. Nos. 22, 66]

6.      No special order establishing particular procedures for compensation and

reimbursement of expenses of professionals has been entered in this case.

7.      To Applicant's knowledge, all U.S. Trustee fees are current, all monthly operating

reports are current, and a plan and disclosure statement have been filed.

## The Debtor's Retention of Jones Waldo

8.      On January 16, 2015, upon prior application[1] of the Debtor, the Court entered an

Order Authorizing the Employment and Retention of Jones, Waldo, Holbrook & McDonough,

P.C. as Special Counsel to the Debtor [Dkt. No. 36] ("**Jones Waldo Retention Order**").  A true

and correct copy of the Jones Waldo Retention Order is attached hereto as **Exhibit A** and

incorporated herein by reference.

---

[1] *See* Application of U.D. Dissolution Corp. for Entry of an Order Authorizing the Employment and Retention of
Jones, Waldo, Holbrook & McDonough, P.C. as Special Counsel to the Debtor [Dkt. No. 8] ( "**Jones Waldo
Retention Application**"), supplemented by the Declaration of Jeffrey W. Shields in support of the Jones Waldo
Retention Application [Dkt. No. 18].

2

9.      The Jones Waldo Retention Order, as it incorporates the Jones Waldo

Application, authorized Jones Waldo to provide the following services to the Debtor consistent

with and in furtherance of the services enumerated herein:

    (a)      Litigation, adversary proceedings, contested matters and turnover proceedings between Debtor and Sphere Corp. ("**Sphere**") related to a prepetition executory asset purchase agreement between Debtor and Sphere;

    (b)      Litigation, adversary proceedings, contested matters and related proceedings between Debtor and Abundance Capital Private Opportunity Fund ("**Abundance**") (arising from and related to a prepetition agreement between Debtor and Abundance);

    (c)      Litigation, adversary proceedings, contested claims and turnover proceedings between Debtor and Peter Bookman;[2]

    (d)      All litigation, adversary proceedings, contested claims and turnover proceedings between Debtor and Daybreak Capital (and BA Securities);[3]

*See*, Jones Waldo Retention Application at ¶ 5.

10.      Jones Waldo provided services to the Debtor for several months before the

bankruptcy proceeding on the listed matters and its retention in this case mitigated "the need [for

new counsel] to spend time getting acquainted with the Debtor as a new client." Jones Waldo

Retention Application at ¶ 7; Jones Waldo Retention Order.

### Additional Disclosures in Accordance with the U.S. Trustee Guidelines

11.      In accordance with the U.S. Trustee Guidelines, Jones Waldo responds as follows:

---

[2] Responsibilities concerning the Peter Bookman issues were also stated in the application {"**PADRM Application**") of Pia Anderson Dorius Reynard and Moss, P.C. ("**PADRM**") (and order approving the application); as such, Jones Waldo deferred to PADRM and did not handle any of the Bookman related matters. *See* PADRM Application, Dkt. No. 14; Order Approving Retention of PADRM, Dkt. No 38.

[3] Responsibilities concerning the Daybreak issues were also stated in the PADRM Application (and order approving the application); as such, Jones Waldo deferred to PADRM and did not handle any of the Daybreak related matters.

3

(a)    Jones Waldo did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Fee Period;

(b)    None of the Jones Waldo professionals varied their hourly rate based on the geographic location of the bankruptcy case;

(c)    The application does not include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices;

(d)    The retention application does not include time or fees for reviewing time records to redact any privileged or other confidential information; and

(e)    This retention application includes one five percent rate increase effective April 1, 2015, since the retention of Jones Waldo.

### Previous Compensation and Reimbursement of Expenses

12.    Jones Waldo has not filed a prior application or been awarded or paid any money on account of services rendered and expenses incurred in this case.  Jones Waldo did not take a retainer.

13.    This application is a final application.  Jones Waldo filed its Motion to Withdraw as Special Counsel to the Debtor (With Client Consent) [Dkt. No 85] and an order allowing Jones Waldo's withdrawal was entered by this Court on April 22, 2015 [Dkt. No 87].

### Fees and Expenses Incurred During the Fee Period

**A.    *Customary Billing Disclosures***

14.    Jones Waldo's hourly rates are set at a level designed to compensate Jones Waldo fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses. The hourly rates and corresponding rate structure utilized by Jones Waldo in this chapter 11 case is equivalent to the hourly rates and corresponding rate structure used by Jones Waldo for other corporate restructuring and bankruptcy matters, as well as similar corporate, securities and litigation matters, whether in court or otherwise, regardless of whether a fee application is

4

required.  For the convenience of the Court and parties in interest, attached hereto as **Exhibit B** is a summary of the blended hourly rates for the timekeepers who billed to Debtor during the Fee Period and Jones Waldo's firm-wide range of billing rates for these professionals.

**B.**    ***Fees Incurred During Fee Period***

15.    Jones Waldo has rendered services on behalf of the Debtor, including professionals and paraprofessionals, for the Fee Period totaling 351.8 hours and, in connection therewith, respectfully requests allowance of final compensation in the sum of $114,669.50.

16.    In the ordinary course of Jones Waldo's practice, Jones Waldo maintains computerized records of the time expended for the professional services performed in connection with this chapter 11 case on behalf of the Debtor.  For the convenience of the Court and parties in interest, attached hereto as **Exhibit C** is a summary of fees incurred and hours expended during the Fee Period, setting forth the following information:

  (a)    the name of each attorney and paraprofessional for whose work on this chapter 11 case compensation is sought;

  (b)    each attorney's year of bar admission and area of practice concentration;

  (c)    the aggregate time expended and fees billed by each attorney and each paraprofessional during the Fee Period;

  (d)    the hourly billing rate for each attorney and each paraprofessional at Jones Waldo's current billing rates;

  (e)    the number of rate increases since the inception of the case; and

  (f)    the calculation of the total compensation requested.

17.    In addition, Jones Waldo's detailed computerized records of the total time expended providing professional services to the Debtor are with customary redactions are

attached as **Exhibit D**.  Jones Waldo intends to fully protect, and not waive, the attorney client

privilege regarding these records, and generally.

C.    *Expenses Incurred During Fee Period*

18.    In the ordinary course of Jones Waldo's practice, Jones Waldo maintains a record

of expenses incurred in rendering of the professional services performed in connection with this

chapter 11 case on behalf of the Debtor.  The expenses incurred by Jones Waldo may include

conference call charges, overnight delivery, travel expense, local messenger service, meals,

facsimiles, postage, duplicating and computerized legal research charges, all of which Jones

Waldo normally bills to its non-bankruptcy clients at rates calculated to compensate Jones Waldo

for only the actual cost of the expense without markup.  Jones Waldo currently charges 20¢ per

page for standard duplication in its offices.  Notwithstanding the foregoing, Jones Waldo charged

no more than $0.10 per page for standard duplication services in this chapter 11 case.  Jones

Waldo does not charge for incoming facsimile transmissions.

19.    In connection with the professional services Jones Waldo rendered on behalf of

Debtor during the Fee Period, Jones Waldo has incurred expenses totaling $1,192.21 and

respectfully requests allowance and payment of the same.  For the convenience of the Court and

all parties in interest, attached hereto as **Exhibit E** is a summary for the Fee Period setting forth

the total amount of reimbursement sought with respect to each category of expenses for which

Jones Waldo is seeking reimbursement.

1192698.3

**D.**     *Summary of Legal Services Rendered During the Fee Period*

20.     To assist in providing a clear summary of Jones Waldo's services provided on

behalf of the Debtor, Jones Waldo divided its special counsel work into four categories,

specifically as follows:

| SUMMARY OF FEE AND HOURS BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category Description** | **Total Hours Billed** | **Total Billed** |
| Issues Related to Sphere | 277.70 | $86,876.50 |
| Issues Related to Abundance Capital Private Opportunity Fund | 15.30 | $5,157.00 |
| Related General Services Rendered at the Request of Debtor | 38.10 | $14,612.50 |
| Voutaz Issues | 20.70 | $8,023.50 |
| **TOTAL:** | 351.80 | $114,669.50 |

21.     The following is a summary, by project category, of the professional services

provided by Jones Waldo during the Fee Period.  This summary is organized in accordance with

the project divisions set forth in the table above.

(a)     *Issues Related to Sphere 3D*

Total Fees:     $86,876.50
Total Hours:        277.70
Blended Rate: $    312.84

22.     This category includes time spent by Jones Waldo in connection with issues

concerning Sphere.  Sphere purchased substantially all of Debtor's assets under a prepetition

Asset Purchase Agreement dated February 11, 2014, which closed on March 21, 2014 ("**APA**").

There were and are several remaining issues under and related to the APA concerning which

7

1192698.3

Jones Waldo provided services including, but not limited to:  (i) lifting of the legend upon and

liquidation of restricted Sphere stock received in the APA transaction; (ii) retention and turnover

of two categories of cash and stock holdbacks from the purchase consideration; (iii) claims of

breach by Debtor of mandatory employment and board of directors appointment provisions;

(iv) claims of breaches of a subsequent ancillary agreement; (v) accounting for and turning over

certain earn-out consideration under the executory earn-out provision of the APA;

(vi) preparation and service of demands for accelerated payment of the earn-out, turnover of

holdback assets and interference with Debtor's ability to timely sell its stock received in the

APA; (vii) meeting with and providing information and analysis to the Official Committee of

Unsecured Creditors ("**Committee**") concerning the Debtor's claims against Sphere and the

value of those claims to the estate; (viii) responding to a broad discovery request conducted

under Bankruptcy Rule 2004 by the Committee regarding support for Debtor's claims against

Sphere, including but not limited to preparation and negotiations for a protective order and filing

appropriate objections [*See* Dkt. Nos. 71, 74, 80]; (ix) drafting of complaints for potential filing

and settlement discussions with Sphere including a multi-count draft complaint and a complaint

for turnover; (x) correspondence and telephone conferences with Sphere and its counsel;

(xi) legal research regarding claims and issues raised by the Sphere matters; (xii) continuing

activity to maintain an ongoing internal litigation hold and harvesting, storage, processing, and

analysis of ESI; (xiii) analysis and advice concerning patent transfer issues raised by Sphere;

(xiv) analysis of employment breach issues on behalf of Debtor corporation as required under the

APA.  The foregoing described work is of value, has been of value, and will continue to be of

value to Debtor and the estate as it will be turned over to successor counsel, and to Debtor's

main case counsel.  None of the complaints which have been drafted have yet been filed at the

direction of Debtor's management.

        **(b)**     ***Issues Concerning Abundance Capital Private Opportunity Fund***
***LP***

           Total Fees:    $5,157.00
           Total Hours:     15.30
           Blended Rate: $  337.06

23.     This category includes time spent by Jones Waldo dealing with issues affecting

the estate raised by a prepetition settlement agreement between Debtor and Abundance, a former

series A preferred equity holder in Debtor.  Jones Waldo represented Debtor in issues concerning

Abundance prepetition.  The services rendered regarding Abundance included:  (i) discussions

and negotiations with Abundance principals and counsel concerning Abundance's claim;

(ii) research into and analysis of mandatory subordination under section 510(b) of the

Bankruptcy Code and analysis of application of Section 510(b) to the Abundance agreement;

(iii) review and analysis of Abundance's alleged secured proof of claim; (iv) discussions with

and provision of research product to the Committee regarding the subordination of Abundance's

claim under section 510(b); (v) advising Debtor's management on resolution options with

Abundance; (vi) analysis of and advising Debtor's management of litigation procedures

concerning contested mandatory subordination.

        **(c)**     ***Voutaz Issues***

           Total Fees:    $8,023.50
           Total Hours:     20.70
           Blended Rate: $  387.61

24.     The Debtor was a party to certain prepetition litigation with one Cathy Voutaz

and her related closely-held entities (collectively "**Voutaz**") arising from and related to certain

1192698.3

secured promissory notes allegedly owed to her by Debtor for certain alleged loans she made to

Debtor prepetition while Ms. Voutaz was its Chief Financial Officer. Prepetition, Debtor entered

into a Settlement Agreement and Mutual Release with Voutaz which was partially, but not

completely, performed as of the Petition Date. Jones Waldo was involved in the Voutaz issues

prepetition (although litigation was handled by PADRM) with respect to Debtor's prepetition

winding up under state law and as her claims affected the APA. During the course of this case,

Voutaz filed a Motion for Relief From Automatic Stay on January 16, 2015 [Dkt. No 42], which

was heard and resolved before the Court on January 23, 2015, and resulted in a settlement

stipulation after negotiations. At the request of Debtor's main counsel, Jones Waldo assisted in

the administration of the terms of the stipulation (as approved by this Court) [Dkt. Nos. 60, 62],

and the clearing, registration and sale of the prepetition stock certificate consisting of Sphere

stock owned by Debtor which secured the prepetition Voutaz obligation. In addition, Jones

Waldo was asked to and participated in communication post-stipulation with Voutaz's counsel,

Matt Boley, concerning interpretation of the terms of the stipulation.

>    (d)    ***Related General Services***

>         Total Fees:     $14,612.50
>         Total Hours:        38.10
>         Blended Rate: $    383.53

25.     As stated in the Jones Waldo Retention Application, Jones Waldo represented

Debtor for several months prepetition in its winding up and many related complex matters. Post-

petition, and in order to save time and resources which would otherwise be necessary for

Debtor's main counsel to come up to speed, Jones Waldo was asked to continue to assist with

contacts between the Debtor and its selling stock broker, Scarsdale Securities, and the transfer

10

agent, and to assist with tasks necessary to obtain lifting of the legend on the Voutaz -secured

Sphere shares, obtainment of appropriate opinions, and to otherwise shepherd the stock sale

process. In addition, again as a result of Jones Waldo's institutional knowledge of the Debtor's

affairs, Jones Waldo was asked to participate in and advise on the following matters: (i) assist in

and preparation of the statements and schedules, creditor matrix and equity matrix; (ii) assist in

the analysis of claims against the estate by creditors other than Abundance, Sphere and Voutaz;

(iii) assistance with drafting Debtor's motion for authority to sell shares under Bankruptcy Code

§ 363 [Dkt. No. 40]; (iv) review and drafting input into the proposed disclosure statement,

liquidating plan and liquidating trust agreement which have been filed with the Court.

      26.     The foregoing general description of services rendered in specific areas is not

intended to be exhaustive of the scope of Jones Waldo's activities on behalf of the Debtor in this

chapter 11 case. The time records attached hereto as **Exhibit D** present more completely the

work performed by Jones Waldo in each task category during the Fee Period.

**Reasonable and Necessary Services Provided by Jones Waldo**

A.     *Reasonable and Necessary Fees Incurred in Providing Services to Debtor*

      27.     The foregoing professional services provided by Jones Waldo on behalf of Debtor

during the Fee Period were reasonable, necessary and appropriate to the administration of this

chapter 11 case and related matters and are reasonably worth the sum of $114,669.50. The

blended hourly rate for all services provided by Jones Waldo during the fee period, excluding

paraprofessionals, is $357.69. The blended rates on each of the four task categories are stated

above and also reflected on the attached billings.

11

28.    The attorneys who worked on this case during the Fee Period have various levels

of expertise.  From time to time these attorneys consulted with each other and other attorneys on

different aspects of the case.  It is submitted that this is a more efficient way to represent the

Debtor rather than to expect any single attorney to be an expert in all applicable areas of law.  If

a single attorney were to attempt to run a case such as this, the attorney would have to learn

through research what other attorneys know and can tell him or her based on their years of

knowledge and expertise.  For example, with respect to the Sphere patent issues, Timothy B.

Smith, a patent attorney with Jones Waldo, rendered services.  With respect to mandatory

employment provisions benefitting the Debtor under the APA, James S. Lowrie, a lawyer with

employment expertise, rendered services.

**B.    *Reasonable and Necessary Expenses Incurred in Providing Services to Debtor***

29.    The actual expenses incurred by Jones Waldo in providing professional services

were necessary, reasonable and justified under the circumstances to serve the needs of the Debtor

in this chapter 11 case.  Jones Waldo avoided incurring expenses for meals or travel for its

lawyers or staff and otherwise minimized expenses.  Jones Waldo requests reimbursement of

expenses incurred on behalf of the Debtor for the Fee Period in connection with this chapter 11

case in the sum of $1,176.30.  A summary of the expenses which itemize each is attached hereto

as **Exhibit E**.

### Jones Waldo's Requested Compensation and Reimbursement Should be Allowed

30.    Section 331 of the Bankruptcy Code provides for compensation of professionals

and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the

Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court

12

1192698.3

may award a professional employed under section 327 of the Bankruptcy Code "reasonable

compensation for actual necessary services rendered . . . and reimbursement for actual, necessary

expenses." 11 U.S.C. § 330(a)(1). Section 330 of the Bankruptcy Code also sets forth the

criteria for an award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the
> court should consider the nature, extent, and the value of such services,
> taking into account all relevant factors, including –
>
> (a)    the time spent on such services;
>
> (b)    the rates charged for such services;
>
> (c)    whether the services were necessary to the
>         administration of, or beneficial at the time at which
>         the service was rendered toward the completion of,
>         a case under this title;
>
> (d)    whether the services were performed within a
>         reasonable amount of time commensurate with the
>         complexity, importance, and nature of the problem,
>         issue, or task addressed; and
>
> (e)    whether the compensation is reasonable based on
>         the customary compensation charged by
>         comparably skilled practitioners in cases other than
>         cases under this title.

11 U.S.C. § 330(a)(3).

     31.    Jones Waldo respectfully submits that the services for which it seeks

compensation in this Fee Application were, at the time rendered, necessary for and beneficial to

the Debtor and were rendered to protect and preserve the Debtors' rights. Jones Waldo further

believes that it performed the services for the Debtor economically, effectively and efficiently,

and the results obtained benefitted the Debtor. Jones Waldo further submits that the

compensation requested herein is reasonable in the light of the nature, extent and value of such services to Debtor.

32.    During the course of the Fee Period, Jones Waldo's billing rates for attorneys in this engagement ranged from $150.00 to $390.00 per hour.  These hourly rates are consistent with local rates and considerably below rates charged by attorneys with similar skills and experience at regional firms in this jurisdiction.  The hourly rates and corresponding rate structure utilized by Jones Waldo in this chapter 11 case are equivalent to the hourly rates and corresponding rate structure used by Jones Waldo for other restructuring and bankruptcy matters, as well as similar complex corporate, securities, patent and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  Jones Waldo strives to be efficient in the staffing of matters and, in this case, particularly took advantage to the benefit of the Debtor of its prior institutional knowledge of the Debtor's financial affairs.  Jones Waldo's hourly rates are sets at a level designed to compensate Jones Waldo fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.

33.    In summary, Jones Waldo respectfully submits that the professional services provided by Jones Waldo on behalf of Debtor during this chapter 11 case were necessary and appropriate given the complexity of this chapter 11 case, the time expended by Jones Waldo, the nature and extent of Jones Waldo's services provided, the value of Jones Waldo's services, and the costs of comparable services outside of bankruptcy, all of which are relevant factors set forth in section 330 of the Bankruptcy Code.  Accordingly, Jones Waldo respectfully submits the approval of the compensation sought herein and a directive of this highly liquid estate to pay

14

such fees and costs forthwith, as an administrative expense pursuant to section 503(b)(2) of the Bankruptcy Code.

### No Prior Request

34.     No prior application for the relief requested herein has been made to this or any other court.

### Approval

35.     Debtor has reviewed and approved the fees and costs sought herein.

### Request for Application Fees

36.     Jones Waldo requests award of fees, in addition to fees applied for herein, incurred in preparing, prosecuting and defending this Application.

WHEREFORE, Jones Waldo respectfully requests that the Court enter an order (a) awarding Jones Waldo compensation for professional and paraprofessional services provided during the Fee Period in the amount of $114,669.50, and reimbursement of actual, reasonable, and necessary expenses incurred in the Fee Period in the amount of $1,176.30, plus additional fees incurred with regard to this Application as shown by submissions to the Court; (b) authorizing and directing the Debtor to remit payment to Jones Waldo for such fees and expenses; and (c) granting such other and further relief as just and appropriate in the circumstances.

DATED this 26th day of May, 2015.

JONES, WALDO, HOLBROOK & McDONOUGH, P.C.


By: /s/ Jeffrey W. Shields_____
      Jeffrey W. Shields
      Special Counsel to Debtor

1192698.3

## CERTIFICATE OF SERVICE

I hereby certify that on May 26th, 2015, I electronically filed the foregoing **SUMMARY COVER SHEET PURSUANT TO 28 C.F.R. § 58, APPENDIX A, SECTION (b)(3), TO THE FIRST AND FINAL APPLICATION OF JONES, WALDO, HOLBROOK & MCDONOUGH P.C. AS SPECIAL COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2014 THROUGH AND INCLUDING APRIL 22, 2015** and the **FIRST AND FINAL APPLICATION OF JONES, WALDO, HOLBROOK & MCDONOUGH P.C. AS SPECIAL COUNSEL TO THE DEBTOR AND DEBTOR IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM DECEMBER 1, 2014 THROUGH AND INCLUDING APRIL 22, 2015** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

**Matthew M. Boley**   mmb@pkhlawyers.com, jh@pkhlawyers.com
**Kenneth L. Cannon** kcannon@djplaw.com, khughes@djplaw.com
**Laurie A. Cayton tr** laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;
Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
**Deborah Rae Chandler**   chandler@millertoone.com
**Blake D. Miller**   miller@millertoone.com, millermobile@gmail.com;
miller@ecf.inforuptcy.com; miller.blaked@gmail.com
**Brennan H. Moss**   bmoss@padrm.com shamilton@padrm.com
**Robert S. Prince**   rprince@kmclaw.com, squilter@kmclaw.com
**United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov
**Peter Billings**   pbillings@fabianlaw.com
**Douglas Payne**   dpayne@fabianlaw.com

## BY U.S. MAIL:

I further certify that on May26th, 2015, a true and correct copy of the foregoing document was served via U.S. Mail, postage prepaid, addressed as follows:

U.D. DISSOLUTION CORP, Debtor
299 South Main Street, Suite 1300
Salt Lake City, Utah  84111


/s/ Jeffrey W. Shields

1192698.3

# EXHIBIT 'A'

1192698.3

**The below described is SIGNED.**

Dated: January 15, 2015   



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| In re:<br><br>**UD DISSOLUTION CORP.**<br>(fna, V3 Systems, Inc.)<br><br>Debtor. | **Bankruptcy Case No. 14-32546**<br>**Chapter 11**<br><br>**Honorable Joel T. Marker**<br><br>**(Filed Electronically)** |

---

**ORDER APPROVING APPLICATION OF THE DEBTOR TO EMPLOY JEFFREY WESTON SHIELDS AND JONES WALDO HOLBROOK & McDONOUGH, PC AS SPECIAL COUNSEL**

---

The Court, having considered the Application to Employ Jeffrey Weston Shields and Jones Waldo Holbrook & McDonough, PC As Special Counsel for the Debtor [Docket No. 8] (the "Application"), adequate notice having been given pursuant to Bankruptcy Rule 2014, the United States Trustee having consented to the Application as evidenced by counsel's endorsement of this Order, and good cause appearing therefore, hereby ORDERS as follows:

    1.    The Application is granted.

    2.    The Debtor is hereby authorized to retain and employ Jeffrey Weston Shields and Jones Waldo Holbrook & McDonough, PC as Special Counsel for the Debtor, according to the terms stated in the Application.

------------------------ END OF ORDER ------------------------

**Approved as to Form:**

MILLER TOONE, P.C.                    UNITED STATES TRUSTEE

*/s/ Blake D. Miller*                    */s/ Laurie Cayton*
Blake D. Miller                          Laurie Cayton
*Counsel for the Debtor*               *Counsel for the United States*
                                         *Trustee*

Above signatures used with
permission

2

# EXHIBIT 'B'

1192698.3

### JONES, WALDO, HOLBROOK & MCDONOUGH

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

POST OFFICE BOX 45444
SALT LAKE CITY, UTAH 84145-0444
TELEPHONE (801) 521-3200
FACSIMILE (801) 328-0537

**V3 Systems, Inc. - Bankruptcy Matter (26556.0006)**
**Hourly Rates**

| Initials | Name | Title | Rate through March 31, 2015 | Rate April 1, 2015 - Present | Total Hours Billed | Total Amount Billed |
|----------|------|-------|----------------------------|----------------------------|--------------------|--------------------|
| JBH | Hinckley, Joseph B | Associate | $180.00 | $205.00 | 0.60 | $108.00 |
| JSL | Lowrie, James S. | Partner | $375.00 | $375.00 | 10.90 | $4,087.50 |
| JYS | Shields, Jeffery | Partner | $390.00 | $400.00 | 250.70 | $98,211.00 |
| MXJ | Judd, Charles Michael | Associate | $160.00 | $185.00 | 0.80 | $128.00 |
| NRS | Sumbot, Nathan R | Associate | $150.00 | $175.00 | 41.90 | $6,865.00 |
| RSP | Poelman, Ronald S. | Partner | $355.00 | $360.00 | 0.60 | $213.00 |
| TBS | Smith, Timothy B | Partner | $310.00 | $310.00 | 7.10 | $2,201.00 |
| | | | | Total: | 312.60 | $111,813.50 |

Blended Rate:          $357.69

# EXHIBIT 'C'

1192698.3

## EXHIBIT C
## FIRST AND FINAL FEE APPLICATION

| Name | Admission Date | Billing Rate to 3/31/15 | Billing Rate As of 4/1/15 | Position | Specialty | Hours | Total |
|------|------|------|------|------|------|------|------|
| James S. Lowrie | 1972 | $375 | $375 | Partner | Employment | 10.9 | $  4,087.50 |
| Ronald S. Poelman | 1981 | $355 | $360 | Partner | Corporate | 0.6 | 213.00 |
| Jeffrey W. Shields | 1980 | $390 | $400 | Partner | Bankruptcy/Litigation | 250.7 | 98,211.00 |
| Timothy B. Smith | 1998 | $310 | $320 | Partner | Patent/IP | 7.1 | 2,201.00 |
| C. Michael Judd | 2013 | $160 | $185 | Associate | Litigation | 0.8 | 128.00 |
| Nathan Sumbot | 2014 | $150 | $175 | Associate | Litigation | 41.9 | 6,685.00 |
| Joseph Hinckley | 2011 | $180 | $205 | Associate | Corporate | 0.6 | 108.00 |
|  |  |  |  |  |  |  |  |
| E. J. McCaffrey | n/a | $75 | $85 | Paralegal | Litigation/e-Discovery | 16.0 | 1,060.00 |
| Jeremy S. Carlson | n/a | $75 | $85 | Paralegal | Litigation/e-Discovery | 21.7 | 1,619.00 |
| Morgan Williams | n/a | $115 | $125 | Paralegal | Corporate | 1.5 | 176.50 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | TOTAL | $114,669.50 |

# EXHIBIT 'D'

1192698.3

JONES, WALDO, HOLBROOK & MCDONOUGH

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

POST OFFICE BOX 45444
SALT LAKE CITY, UTAH 84145-0444
TELEPHONE (801) 521-3200
FACSIMILE (801) 328-0537

**V3 Systems, Inc. - Bankruptcy (26556.0006)**
**Fee Detail Report - Abundance Capital Issues**
**December 1, 2014 - April 22, 2015**

FEES

| Date | Tkpr | Amount | Hours | Narrative |
|------|------|--------|-------|-----------|
| 12/1/2014 | JYS | $78.00 | 0.20 | Email with B. Moss (.2). |
| 12/1/2014 | JYS | $78.00 | 0.20 | Email with R. Lindstrom (.2). |
| 12/1/2014 | JYS | $78.00 | 0.20 | Review email with D. Shaya of Abundance (.2). |
| 12/3/2014 | JYS | $78.00 | 0.20 | Telephone conference with D. Chandler (.2). |
| 12/3/2014 | JYS | $117.00 | 0.30 | Telephone conference with B. Miller (.3). |
| 12/3/2014 | JYS | $117.00 | 0.30 | Telephone conference with B. Miller and D. Bolton (.3). |
| 12/3/2014 | JYS | $39.00 | 0.10 | Email with D. Bolton (.1). |
| 12/3/2014 | JYS | $117.00 | 0.30 | Follow up email with D. Bolton (.3). |
| 12/3/2014 | JYS | $78.00 | 0.20 | email report of REDACTED to management (.2). |
| 12/4/2014 | JYS | $78.00 | 0.20 | Email with V. Efros (.2). |
| 12/7/2014 | JYS | $117.00 | 0.30 | Email to clients re REDACTED (.3). |
| 12/8/2014 | JYS | $156.00 | 0.40 | Review research on REDACTED (.4). |
| 12/8/2014 | JYS | $78.00 | 0.20 | Email with B. Kesselring re Abundance call (.2). |
| 12/8/2014 | JYS | $156.00 | 0.40 | Telephone conference with B. Miller, D. Chandler, R. Lindstrom and Joe Gfoeller (.4). |
| 12/8/2014 | JYS | $351.00 | 0.90 | Telephone conference with B. Miller, Joe Gfoeller, R. Lindstrom, D. Chandler, V. Efros, D. Bolton and D. Shaya re claim and bankruptcy process re Abundance (.9). |
| 12/8/2014 | JYS | $156.00 | 0.40 | Telephone conference, post-Abundance call telephone conference, with R. Lindstrom and Joe Gfoeller (.4). |
| 12/16/2014 | JYS | $78.00 | 0.20 | Email with Joe Gfoeller and R. Lindstrom re REDACTED (.2). |
| 1/16/2015 | JYS | $117.00 | 0.30 | Telephone conference with Blake Miller and Steve McCardell (counsel for Abundance Capital) re: subordination issue (.3). |
| 2/2/2015 | JYS | $117.00 | 0.30 | Review and comment REDACTED email draft to Abundance (.3). |
| 2/8/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom and P. Billings re Abundance analysis (.2). |

| Date | | | | Description |
|------|------|------|------|-------------|
| 2/10/2015 | JYS | $78.00 | 0.20 | Email to Ken Cannon (.2). |
| 2/11/2015 | NRS | $345.00 | 2.30 | Perform follow-up research regarding the subordination REDACTED REDACTED; conference with Jeff Shields. |
| 2/11/2015 | JYS | $39.00 | 0.10 | Email with P. Billings (.1); |
| 2/11/2015 | JYS | $351.00 | 0.90 | Gather and send case law and documents to P. Billings REDACTED per request (.9); |
| 2/11/2015 | JYS | $117.00 | 0.30 | Research assignment to associate N. Sumbot (.3). |
| 2/12/2015 | NRS | $165.00 | 1.10 | Perform follow-up research on subordination of claims REDACTED |
| 2/12/2015 | JYS | $156.00 | 0.40 | Additional research on 510(b) issues (.4). |
| 2/13/2015 | JYS | $156.00 | 0.40 | Telephone conference with Joe Gfoeller re REDACTED REDACTED (.4). |
| 2/23/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Miller (.3); |
| 2/23/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom, Joe Gfoeller and B. Miller REDACTED (.3). |
| 2/23/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller (.2). |
| 2/23/2015 | JYS | $117.00 | 0.30 | Email with R. Lindstrom re REDACTED (.3). |
| 2/23/2015 | JYS | $156.00 | 0.40 | Additional research re 510(b) claims (.4). |
| 2/24/2015 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller re REDACTED (.2). |
| 2/27/2015 | JYS | $117.00 | 0.30 | Telephone conference with Joe Gfoeller, R. Lindstrom and B. Miller re REDACTED (.3). |
| 3/3/2015 | JYS | $78.00 | 0.20 | Emails with B. Miller/K. Cannon re Abundance (.2). |
| 3/4/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom re REDACTED (.2). |
| 3/4/2015 | JYS | $78.00 | 0.20 | Telephone conference with P. Billings (.2). |
| 3/4/2015 | JYS | $117.00 | 0.30 | Review Abundance Proof of Claim and email REDACTED to clients (.3). |
| 3/9/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Miller re REDACTED (.3). |
| 4/8/2015 | JYS | $160.00 | 0.40 | (ABUNDANCE) Email with B. Miller and review forwarded email from Ken Cannon and settlement agreement draft (.3); review voice mail from Mr. Cannon (.1). |
| 4/9/2015 | JYS | $80.00 | 0.20 | (ABUNDANCE) Email with R. Lindstrom re REDACTED |
| | Total: | $5,157.00 | 15.30 | |

V3 Systems, Inc. - Bankruptcy (26556.0006)
Fee Detail Report - Abundance Capital Issues

**Timekeeper Summary**

| Initials | Name | Amount | Hours |
|---|---|---|---|
| NRS | Sumbot, Nathan R | $510.00 | 3.40 |
| JYS | Shields, Jeffery | $4,647.00 | 11.90 |
| | Total: | $5,157.00 | 15.30 |

Blended Rate              $337.06

**JONES, WALDO, HOLBROOK & MCDONOUGH**

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

POST OFFICE BOX 45444
SALT LAKE CITY, UTAH 84145-0444
TELEPHONE (801) 521-3200
FACSIMILE (801) 328-0537

V3 Systems, Inc. - Bankruptcy (26556.0006)
Fee Detail Report - Sphere 3D Issues
December 1, 2014 - April 22, 2015

FEES

| Date | Tkpr | Amount | Hours | Narrative |
|------|------|--------|-------|-----------|
| 12/1/2014 | JYS | $156.00 | 0.40 | Telephone conference with bankruptcy team (.4); |
| 12/1/2014 | JYS | $156.00 | 0.40 | Email to B. Miller regarding REDACTED (.4). |
| 12/1/2014 | JYS | $78.00 | 0.20 | Email with Joe Gfoeller (.2). |
| 12/1/2014 | JYS | $39.00 | 0.10 | Email to B.Kesselring (.1). |
| 12/2/2014 | JYS | $585.00 | 1.50 | Telephone conference with Joe Gfoeller and R. Lindstrom regarding REDACTED REDACTED (1.5). |
| 12/4/2014 | JYS | $117.00 | 0.30 | Telephone conferences (2) with B. Miller (.3). |
| 12/4/2014 | JYS | $117.00 | 0.30 | Telephone conference with Joe Gfoeller (.3). |
| 12/4/2014 | JYS | $78.00 | 0.20 | Email with Lon Jenkins (.2). |
| 12/4/2014 | JYS | $117.00 | 0.30 | Email with B. Kesselring (.3). |
| 12/4/2014 | JYS | $78.00 | 0.20 | Email with B. Miller (.2). |
| 12/5/2014 | JYS | $117.00 | 0.30 | Telephone conference with Joe Gfoeller (.3). |
| 12/5/2014 | JYS | $156.00 | 0.40 | Email to B. Kesselring re information for statements and schedules (.4). |
| 12/8/2014 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 12/8/2014 | JYS | $117.00 | 0.30 | Telephone conference with Joe Gfoeller (.3). |
| 12/8/2014 | JYS | $117.00 | 0.30 | Telephone conference with B. Miller and D. Chandler (.3). |
| 12/9/2014 | JYS | $78.00 | 0.20 | Email regarding REDACTED Sphere 3D (.2). |
| 12/9/2014 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom (.3). |
| 12/9/2014 | JYS | $117.00 | 0.30 | Telephone conference with Dave Mock (.3). |
| 12/11/2014 | JYS | $780.00 | 2.00 | Meetings with B. Miller, D. Chandler, R. Lindstrom and Joe Gfoeller to REDACTED prepare for Initial Debtor Interview (2.0). |
| 12/17/2014 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom (.3). |
| 12/17/2014 | JYS | $117.00 | 0.30 | Telephone conference with Joe Gfoeller (.3). |

| | | | | |
|---|---|---|---|---|
| 12/17/2014 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 12/18/2014 | JYS | $234.00 | 0.60 | Telephone conferences (3) with B. Miller (.6). |
| 12/18/2014 | JYS | $117.00 | 0.30 | Email with M. Hashimoto re REDACTED (.3). |
| 12/19/2014 | JYS | $117.00 | 0.30 | Telephone conference with B. Kesselring (.3). |
| 12/19/2014 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller (.2). |
| 12/22/2014 | JYS | $234.00 | 0.60 | Telephone conferences (3) with D. Chandler re REDACTED (.6). |
| 12/22/2014 | JYS | $429.00 | 1.10 | Draft adversary action section of initial status report and email to D. Chandler (1.1). |
| 12/22/2014 | JYS | $702.00 | 1.80 | Office conference with B. Miller and B. Moss at Pia Anderson Dorius to REDACTED REDACTED REDACTED (1.8). |
| 12/22/2014 | JYS | $351.00 | 0.90 | Prepare bankruptcy events timeline narrative for initial status report (.9). |
| 12/22/2014 | JYS | $78.00 | 0.20 | Email with B. Moss regarding REDACTED (.2). |
| 12/22/2014 | JYS | $117.00 | 0.30 | Email with R. Lindstrom (.3). |
| 12/22/2014 | JYS | $195.00 | 0.50 | Edits to first draft of Initial Status Report (.5). |
| 12/22/2014 | JYS | $78.00 | 0.20 | Follow up email with D. Chandler (.2) |
| 1/6/2015 | JYS | $78.00 | 0.20 | Telephone conference with Brennan Moss re: REDACTED (.2). |
| 1/6/2015 | JYS | $78.00 | 0.20 | Email with Mr. Lindstrom (.2). |
| 1/6/2015 | JYS | $78.00 | 0.20 | Telephone conference with Blake Miller (.2). |
| 1/7/2015 | JYS | $117.00 | 0.30 | Telephone conference with Bill Kesselring (.3). |
| 1/7/2015 | JYS | $39.00 | 0.10 | Check docket (.1). |
| 1/8/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom (.3). |
| 1/8/2015 | JYS | $39.00 | 0.10 | Email with B. Moss (.1) |
| 1/13/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom (.2). |
| 1/13/2015 | JYS | $312.00 | 0.80 | Edits to draft REDACTED REDACTED (.8). |
| 1/13/2015 | JYS | $156.00 | 0.40 | Telephone conference with Blake Miller and Ric Lindstrom (.4). |
| 1/13/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom (.3). |
| 1/13/2015 | JYS | $234.00 | 0.60 | Telephone conference with (3) Blake Miller (.6). |
| 1/13/2015 | JYS | $78.00 | 0.20 | Late evening Telephone conference with w/B. Miller (.2). |
| 1/13/2015 | JYS | $156.00 | 0.40 | Email to Mr. Miller re: REDACTED (.4). |
| 1/13/2015 | JYS | $78.00 | 0.20 | Follow-up email to Mr. Miller (.2). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Email with Mark Hashimoto (.2). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller re: REDACTED (.2). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom and Joe Gfoeller REDACTED (.3). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Late evening telephone conference with with R. Lindstrom (.3). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Late evening telephone conference with with Blake Miller (.3). |
| 1/15/2015 | JYS | $78.00 | 0.20 | Telephone conference with Ric Lindstrom (.2). |
| 1/15/2015 | JYS | $78.00 | 0.20 | telephone conference with Joe Gfoeller (.2). |
| 1/15/2015 | JYS | $195.00 | 0.50 | meeting with Ric Lindstrom, REDACTED and Blake Miller (.5). |

| | | | | |
|---|---|---|---|---|
| 1/15/2015 | JYS | $780.00 | 2.00 | preparation meeting for initial status conference and REDACTED REDACTED with Ric Lindstrom, Blake Miller and Joe Gfoeller (by phone) (2.0). |
| 1/15/2015 | JYS | $312.00 | 0.80 | attend court's initial status conference (Judge Marker (.8). |
| 1/15/2015 | JYS | $117.00 | 0.30 | telephone conference with Blake Miller re: REDACTED (.3). |
| 1/16/2015 | JYS | $117.00 | 0.30 | Follow up call with Mr. Miller re Sphere (.3). |
| 1/19/2015 | JYS | $78.00 | 0.20 | Email with M. Hashimoto re: REDACTED (.2). |
| 1/19/2015 | JYS | $156.00 | 0.40 | Telephone conference with Mark Hashimoto and provide documents to him (.4). |
| 1/19/2015 | JYS | $156.00 | 0.40 | Additional work on REDACTED (.4). |
| 1/19/2015 | JYS | $117.00 | 0.30 | Brief legal research on turnover actions REDACTED (.3). |
| 1/20/2015 | JYS | $156.00 | 0.40 | Telephone conference with Blake Miller and Ric Lindstrom REDACTED (.4). |
| 1/20/2015 | JYS | $156.00 | 0.40 | telephone conference with Ric Lindstrom re: REDACTED (.4). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Telephone conference with Ric Lindstrom and J. Gfoeller re: REDACTED (.2). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Followup email with R. Lindstrom re: REDACTED (.2). |
| 1/22/2015 | JYS | $78.00 | 0.20 | Telephone conference with Petter Billings and Blake Miller re: committee positions (.2). |
| 1/22/2015 | JYS | $117.00 | 0.30 | Telephone conference with Lana Gayevsky of Scarsdale (.3). |
| 1/22/2015 | JYS | $117.00 | 0.30 | Telephone conference with Bill Matlack of Scarsdale (.3). |
| 1/22/2015 | JYS | $117.00 | 0.30 | Telephone conference with (2) with Staci at Continental Stock Transfer (.3). |
| 1/22/2015 | JYS | $78.00 | 0.20 | Telephone conference with BillKesselring re: brokerage account information (.2). |
| 1/22/2015 | JYS | $117.00 | 0.30 | Review Sphere press release and email with REDACTED same (.3) |
| 1/22/2015 | JYS | $78.00 | 0.20 | Email with B. Matlack ofScarsdale re: transfer agents (.2). |
| 1/22/2015 | JYS | $1,092.00 | 2.80 | REDACTED meeting with J. Gfoeller for 1/22/15 hearing including calls with B. Miller and R. Lindstrom and to REDACTED (2.8). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Email with Peter Billings (.2). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Emails with B. Matlack and L. Gayevsky of Scarsdale re: stock clearing (.2). |
| 1/23/2015 | JYS | $39.00 | 0.10 | Followup email to Mr. Billings re: stock clear (.1). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Email with Mark Hashimoto re: REDACTED (.2). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Telephone conference with Mark Hashimoto (.2). |
| 1/23/2015 | JYS | $117.00 | 0.30 | Email to clients re: REDACTED REDACTED (.3). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Telephone conference with Bill Matlack at Scarsdale (.2). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Telephone conference with Bibi at TMX Equity Transfer (.2). |
| 1/23/2015 | JYS | $117.00 | 0.30 | Telephone conference with (evening) Ric Lindstrom and Blake Miller (.3). |
| 1/26/2015 | JYS | $156.00 | 0.40 | Telephone conference with Ric Lindstrom and Joe Gfoeller re: REDACTED (.4). |
| 1/26/2015 | JYS | $78.00 | 0.20 | Telephone conference with Ric Lindstrom (.2). |
| 1/26/2015 | JYS | $78.00 | 0.20 | Emails with Bibi Kahn of TMX Transfer re: clearing legend (.2). |
| 1/26/2015 | JYS | $39.00 | 0.10 | Email with B. Kesselring re: account change (.1). |

| 1/26/2015 | JYS | $117.00 | 0.30 | Follow up email with Lana at Scarsdale re: legend release procedure (.3). |
|---|---|---|---|---|
| 1/26/2015 | JYS | $117.00 | 0.30 | Email with M. Hashimoto and review and revise ████ draft ██████████ (.3). |
| 1/26/2015 | JYS | $273.00 | 0.70 | Brief legal research on turnover ████████████████████ (.7). |
| 1/27/2015 | JYS | $351.00 | 0.90 | Telephone conference with Ric Lindstrom and Mark Hashimoto re: ████████████ ████ ████ (.9). |
| 1/27/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom and Joe Gfoeller re: ████████ (.3). |
| 1/27/2015 | JYS | $273.00 | 0.70 | Telephone conference with Ric Lindstrom re: ████████ (.7). |
| 1/27/2015 | JYS | $39.00 | 0.10 | Review Mr. Lindstrom's changes to ████████ (.1). |
| 1/28/2015 | JYS | $156.00 | 0.40 | Telephone conference with (2) Mark Hashimoto re: ████████ (.4). |
| 1/28/2015 | JYS | $39.00 | 0.10 | Email to R. Lindstrom re: REDACTED (.1). |
| 1/28/2015 | JYS | $156.00 | 0.40 | Brief legal research of application of Sections 541 and 543 ████████ (.4). |
| 1/29/2015 | JYS | $195.00 | 0.50 | Work on turnover demand letters to ████████ (.5). |
| 1/29/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom re: ████ (.3). |
| 1/29/2015 | JYS | $78.00 | 0.20 | Email with Mr. Hashimoto and review revisions to ████████ (.2). |
| 1/29/2015 | JYS | $39.00 | 0.10 | Review ████████ comment (.1). |
| 1/29/2015 | JYS | $117.00 | 0.30 | Review ████████ agreement ████████████ (.3). |
| 1/30/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom and J. Gfoeller re: ████ (.3). |
| 1/30/2015 | JYS | $156.00 | 0.40 | Prepare for ████████ meeting (.4). |
| 1/30/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom (.3). |
| 1/30/2015 | JYS | $78.00 | 0.20 | Telephone conference with Blake Miller (.2). |
| 1/30/2015 | JYS | $78.00 | 0.20 | Email to Mr. Hashimoto re: ████ (.2). |
| 1/30/2015 | JYS | $78.00 | 0.20 | Email to Peter Billings and leave voicemail (.2). |
| 1/31/2015 | JYS | $78.00 | 0.20 | Email with J. Gfoeller re: ████████ (.2). |
| 1/31/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom regarding ████ (.2). |
| 2/1/2015 | JYS | $39.00 | 0.10 | Email to B. Kahn at Equity Transfer (.1). |
| 2/1/2015 | JYS | $39.00 | 0.10 | Email with R. Lindstrom (.1). |
| 2/2/2015 | JYS | $156.00 | 0.40 | Telephone conference with B. Moss re ████████ (.4). |
| 2/2/2015 | JYS | $390.00 | 1.00 | Prepare turnover demand letter to Sphere 3D (1.0). |
| 2/2/2015 | JYS | $975.00 | 2.50 | Office conference with R. Lindstrom to ████████ (2.5). |
| 2/2/2015 | JYS | $1,170.00 | 3.00 | Effice conference with R. Lindstrom, B. Miller and Joe Gfoeller (by telephone) (3.00). |
| 2/2/2015 | JYS | $117.00 | 0.30 | Email with Bill McDonald re stock opinion (.3). |
| 2/3/2015 | JYS | $3,042.00 | 7.80 | ████████ meeting with R. Lindstrom, Joe Gfoeller (by phone), M. Hashimoto, B. Moss (7.8). |
| 2/3/2015 | JYS | $78.00 | 0.20 | Edits to ████ turnover letter (.2). |
| 2/4/2015 | NRS | $165.00 | 1.10 | Conference with Jeff Shields regarding ████████ research ████████ ████████ |

| 2/4/2015 | JYS | $117.00 | 0.30 | Telephone conference r REDACTED (.3). |
| 2/4/2015 | JYS | $39.00 | 0.10 | Email to Bill McDonald re 144 Opinions (.1). |
| 2/4/2015 | JYS | $78.00 | 0.20 | confer with R. Poelman on REDACTED (.2). |
| 2/5/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom and B. Miller re REDACTED (.3). |
| 2/5/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom and Joe Gfoeller re REDACTED (.3). |
| 2/5/2015 | JYS | $78.00 | 0.20 | telephone conference with R. Lindstrom (.2). |
| 2/5/2015 | JYS | $117.00 | 0.30 | Email with B. Moss and R. Lindstrom re REDACTED (.3). |
| 2/6/2015 | NRS | $285.00 | 1.90 | Review REDACTED |
| 2/6/2015 | JYS | $117.00 | 0.30 | Email with Lana at Scarsdale regarding legend removal and correspond with B. Moss re same (.3). |
| 2/6/2015 | JYS | $39.00 | 0.10 | Email to Bill McDonald re 144 Opinion (.1). |
| 2/8/2015 | JYS | $78.00 | 0.20 | Minor revising to ____ turnover letter and email for review (.2). |
| 2/9/2015 | JYS | $78.00 | 0.20 | Email to R. Lindstrom re REDACTED (.2). |
| 2/9/2015 | JYS | $78.00 | 0.20 | Telephone conference with P. Billings (.2). |
| 2/10/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom and Joe Gfoeller (.3). |
| 2/10/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller re ____ (.2). |
| 2/12/2015 | MXJ | $128.00 | 0.80 | Conduct research on Utah law regarding ____ |
| 2/12/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom re ____ and email with M. Hashimoto (.2). |
| 2/12/2015 | JYS | $117.00 | 0.30 | Review R. Lindstrom employment agreement with Sphere re ____ (.3). |
| 2/12/2015 | JYS | $39.00 | 0.10 | Email with R. Lindstrom re ____ (.1). |
| 2/12/2015 | JYS | $390.00 | 1.00 | Office conference with J. Lowrie of Employment Group re ____ (1.0). |
| 2/12/2015 | JYS | $117.00 | 0.30 | Assemble relevant documents for Mr. Lowrie (.3). |
| 2/12/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom re ____ (.2). |
| 2/12/2015 | JSL | $937.50 | 2.50 | Meet and orientation to project with Jeff Shields; email with Ric Lindstrom; telephone call with Ric Lindstrom; additional email with Ric Lindstrom; research assignment to Mike Judd; receive report; additional email to Ric Lindstrom. |
| 2/13/2015 | JYS | $156.00 | 0.40 | Several early a.m. emails with B. Miller and R. Lindstrom regarding ____ (.4). |
| 2/13/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller re ____ (.2). |
| 2/13/2015 | JYS | $78.00 | 0.20 | Emails with Lana of Scarsdale re clearing process (.2). |
| 2/13/2015 | JYS | $78.00 | 0.20 | Email with Bill McDonald re clearing (.2). |
| 2/13/2015 | JYS | $39.00 | 0.10 | Review S. Worthington response to M. Hashimoto request (.1). |
| 2/13/2015 | JYS | $78.00 | 0.20 | Email with M. Hashimoto (.2). |
| 2/16/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller (.2). |
| 2/16/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom and Joe Gfoeller re ____ (.3). |

| Date | Timekeeper | Amount | Hours | Description |
|---|---|---|---|---|
| 2/16/2015 | JYS | $39.00 | 0.10 | Email to M. Hashimoto (.1). |
| 2/16/2015 | JYS | $78.00 | 0.20 | Search email for REDACTED reports (.2). |
| 2/16/2015 | JSL | $562.50 | 1.50 | Confer with Jeff Shields; review materials re REDACTED; leave to Jeff Shields. |
| 2/17/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Moss re REDACTED (.3). |
| 2/17/2015 | JYS | $156.00 | 0.40 | Telephone conference with Jim Lowrie and R. Lindstrom re REDACTED (.4). |
| 2/17/2015 | JYS | $78.00 | 0.20 | Review draft email to REDACTED (.2). |
| 2/17/2015 | JSL | $562.50 | 1.50 | Email to Jeff Shields; discuss notice REDACTED with Jeff Shields; email from Ric Lindstrom; telephone call with Jeff Shields and Ric Lindstrom. |
| 2/18/2015 | JYS | $78.00 | 0.20 | Telephone conference with M. Hashimoto re REDACTED (.2). |
| 2/18/2015 | JYS | $39.00 | 0.10 | Email to Bill McDonald (.1). |
| 2/18/2015 | JYS | $39.00 | 0.10 | Email to B. Miller (.1). |
| 2/18/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom re REDACTED (.2). |
| 2/18/2015 | JYS | $39.00 | 0.10 | Email to Scarsdale re clearing (.1). |
| 2/18/2015 | JYS | $117.00 | 0.30 | Review and edit email re REDACTED (.3). |
| 2/18/2015 | JYS | $234.00 | 0.60 | Draft REDACTED response to S. Worthington accounting (.6). |
| 2/18/2015 | JY5 | $429.00 | 1.10 | Draft demand to Sphere re REDACTED (1.1). |
| 2/18/2015 | JYS | $78.00 | 0.20 | Follow up email to Scarsdale re clearing (.2). |
| 2/18/2015 | JSL | $562.50 | 1.50 | Review Ric Lindstrom draft email REDACTED; review REDACTED agreement; revise draft email; send to Jeff Shields for review; receive Jeff Shields' comments; finalize and send to Ric Lindstrom; discuss additional needs with Jeff Shields. |
| 2/19/2015 | JYS | $156.00 | 0.40 | Draft letters for M. Hashimoto REDACTED (.4). |
| 2/19/2015 | JYS | $351.00 | 0.90 | Drafting of comprehensive default letter REDACTED (.9). |
| 2/19/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom (.3). |
| 2/19/2015 | JYS | $156.00 | 0.40 | Email REDACTED to clients with commentary (.4). |
| 2/19/2015 | JSL | $675.00 | 1.80 | Revise draft email; send changes to Ric Lindstrom; review draft letter to Scott Worthington; mark up; send comments to Jeff Shields; additional review and email to Ric Lindstrom; monitor email; confer with Jeff Shields. |
| 2/20/2015 | JYS | $156.00 | 0.40 | Emails with R. Lindstrom re REDACTED (.4). |
| 2/20/2015 | JYS | $117.00 | 0.30 | Emails with M. Hashimoto re REDACTED (.3). |
| 2/20/2015 | JYS | $117.00 | 0.30 | Emails with clients re REDACTED (.3). |
| 2/20/2015 | JYS | $39.00 | 0.10 | Email with P. Billings (.1). |
| 2/20/2015 | JSL | $112.50 | 0.30 | Email from Ric Lindstrom; brief conference with Jeff Shields. |
| 2/23/2015 | JYS | $78.00 | 0.20 | Email with P. Billings (.2). |
| 2/23/2015 | JYS | $312.00 | 0.80 | Prepare items for 2/24 meeting with Committee Counsel (.8). |
| 2/23/2015 | JYS | $312.00 | 0.80 | Work on REDACTED turnover complaint (.8). |

| 2/23/2015 | JYS | $78.00 | 0.20 | Email with M. Hashimoto (.2). |
|---|---|---|---|---|
| 2/24/2015 | JYS | $936.00 | 2.40 | Meeting with P. Billings, Committee Counsel and B. Miller re various litigation issues (2.4). |
| 2/24/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom REDACTED (.3). |
| 2/24/2015 | JYS | $78.00 | 0.20 | Email with Lana at Scarsdale re stock clearing (.2). |
| 2/25/2015 | JYS | $78.00 | 0.20 | Email to clients re REDACTED (.2). |
| 2/25/2015 | JYS | $78.00 | 0.20 | Email with B. Miller (.2). |
| 2/26/2015 | JYS | $117.00 | 0.30 | Telephone conference with Joe Gfoeller re REDACTED (.3). |
| 2/26/2015 | JYS | $78.00 | 0.20 | Telephone conference with Lana Guyevsky of Scarsdale (.2). |
| 2/26/2015 | JYS | $156.00 | 0.40 | Telephone conference with B. Miller, M. Hashimoto and R. Lindstrom re REDACTED (.4). |
| 2/26/2015 | JYS | $117.00 | 0.30 | Several emails with Joe Gfoeller and Ms. Guyevsky re documentation for clearing (.3). |
| 2/26/2015 | JYS | $39.00 | 0.10 | Email with P. Billings (.1). |
| 2/26/2015 | JYS | $39.00 | 0.10 | Review email from S. Worthington (.1). |
| 2/26/2015 | JYS | $39.00 | 0.10 | Email to S. Worthington (.1). |
| 2/26/2015 | JYS | $117.00 | 0.30 | Review and edit B. Miller's draft email REDACTED (.3). |
| 2/27/2015 | JYS | $39.00 | 0.10 | Email with Sphere REDACTED (.1). |
| 2/27/2015 | JYS | $39.00 | 0.10 | Email to P. Billings (.1). |
| 2/27/2015 | JYS | $156.00 | 0.40 | Prepare draft NDA for APA (.4). |
| 2/27/2015 | JYS | $117.00 | 0.30 | Email to B. Moss and B. Miller re REDACTED (.3). |
| 2/27/2015 | JYS | $39.00 | 0.10 | Follow up email to P. Billings (.1). |
| 2/27/2015 | JYS | $39.00 | 0.10 | Telephone conference with P. Billings (.1). |
| 2/27/2015 | JYS | $39.00 | 0.10 | Email proposed NDA to Sphere and Committee (.1). |
| 2/27/2015 | JYS | $78.00 | 0.20 | Email with M. Hashimoto re REDACTED (.2). |
| 2/27/2015 | JYS | $273.00 | 0.20 | Emails with Ms. Chandler re REDACTED (.2). |
| 3/2/2015 | JYS | $78.00 | 0.20 | Emails with Lana at Scarsdale re stock sales (.2). |
| 3/2/2015 | JYS | $117.00 | 0.30 | Review prior emails REDACTED from R. Lindstrom (.3). |
| 3/2/2015 | JYS | $78.00 | 0.20 | Emails with P. Billings re NDA for APA disclosure (.2). |
| 3/3/2015 | JYS | $39.00 | 0.10 | Email with J. Meretsky (.1). |
| 3/3/2015 | JYS | $273.00 | 0.70 | Prepare notes for meeting (.7). |
| 3/3/2015 | JYS | $702.00 | 1.80 | Office conference with B. Miller and B. Moss to REDACTED (1.8). |
| 3/9/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom re REDACTED (.3). |
| 3/9/2015 | JYS | $117.00 | 0.30 | Telephone conference with M. Hashimoto re REDACTED (.3). |
| 3/9/2015 | JYS | $39.00 | 0.10 | Email with P. Billings re REDACTED (.1). |
| 3/10/2015 | JYS | $468.00 | 1.20 | Telephone conference with R. Lindstrom and M. Hashimoto re REDACTED (1.2). |
| 3/11/2015 | JYS | $195.00 | 0.50 | Telephone conference with R. Lindstrom, Joe Gfoeller, and M. Hashimoto re REDACTED (.5). |
| 3/11/2015 | JYS | $429.00 | 1.10 | Outline and dictate first draft of turnover complaint against Sphere (1.1). |
| 3/11/2015 | JYS | $273.00 | 0.70 | Legal research re turnover REDACTED |

| 3/12/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom re REDACTED (.3). |
| 3/12/2015 | JYS | $78.00 | 0.20 | Telephone conference with P. Billings re Sphere issues (.2). |
| 3/12/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Miller re REDACTED (.3). |
| 3/12/2015 | JYS | $117.00 | 0.30 | Minor revisions to REDACTED (.3). |
| 3/12/2015 | JYS | $39.00 | 0.10 | Email with P. Billings (.1). |
| 3/12/2015 | JYS | $351.00 | 0.90 | Draft of Complaint for Turnover against Sphere (.9). |
| 3/12/2015 | JYS | $78.00 | 0.20 | Instruct paralegal Williams re REDACTED (.2). |
| 3/12/2015 | JYS | $78.00 | 0.20 | Emails with P. Billings re stock sales (.2). |
| 3/12/2015 | JSL | $112.50 | 0.30 | Monitor email; consult with Jeff Shields. |
| 3/13/2015 | MYB | $80.50 | 0.70 | Research agent for service of process REDACTED REDACTED |
| 3/13/2015 | JYS | $117.00 | 0.30 | Email reporting on REDACTED (.3). |
| 3/13/2015 | JYS | $234.00 | 0.60 | Telephone conference with R. Lindstrom, B. Miller, Joe Gfoeller and B. Moss re REDACTED (.6). |
| 3/13/2015 | JYS | $156.00 | 0.40 | Prepare notes for REDACTED (.4). |
| 3/13/2015 | JYS | $78.00 | 0.20 | Telephone conference with M. Hashimoto re REDACTED (.2). |
| 3/13/2015 | JYS | $117.00 | 0.30 | Additional edits to Turnover Complaint (.3). |
| 3/13/2015 | JYS | $78.00 | 0.20 | Review comprehensive stock sales reports (.2). |
| 3/13/2015 | JYS | $39.00 | 0.10 | Email master stock report to P. Billings (.1). |
| 3/13/2015 | JYS | $78.00 | 0.20 | Follow up email with P. Billings (.2). |
| 3/16/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller (.2). |
| 3/16/2015 | JYS | $78.00 | 0.20 | Email to M. Hashimoto re REDACTED (.2). |
| 3/16/2015 | JYS | $78.00 | 0.20 | Email to clients re REDACTED (.2). |
| 3/16/2015 | JYS | $351.00 | 0.90 | Review B. Miller's first draft of Disclosure Statement Plan and Liquidation Trust per request as related REDACTED (.9). |
| 3/17/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom (.3). |
| 3/17/2015 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 3/17/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom (p.m.) (.3). |
| 3/17/2015 | JYS | $195.00 | 0.50 | Itemize and provide disclosure statement/plan/trust markups to B. Miller (.5). |
| 3/17/2015 | JYS | $78.00 | 0.20 | Email with B. Miller and clients re REDACTED (.2). |
| 3/17/2015 | JYS | $117.00 | 0.30 | Restructure new turnover demand letter REDACTED (.3). |
| 3/17/2015 | JYS | $117.00 | 0.30 | Prepare notice of change of APA notice parties to Sphere (.3). |
| 3/17/2015 | JYS | $39.00 | 0.10 | Email to P. Billings (.1). |
| 3/17/2015 | JYS | $39.00 | 0.10 | Review M. Hashimoto's edits to REDACTED (.1). |
| 3/17/2015 | JYS | $78.00 | 0.20 | Edits to letter (.2). |
| 3/17/2015 | JYS | $78.00 | 0.20 | Follow up email with P. Billings (.2). |
| 3/18/2015 | JYS | $78.00 | 0.20 | Telephone conference with Doug Payne re subpoena for Sphere information (.2). |

| Date | Initials | Amount | Hours | Description |
|---|---|---|---|---|
| 3/18/2015 | JYS | $78.00 | 0.20 | Telephone conference with R. Lindstrom (.2). |
| 3/18/2015 | JYS | $390.00 | 1.00 | Telephone conference with Joe Gfoeller, R. Lindstrom and B. Miller re [REDACTED] and related claims issues (1.0). |
| 3/18/2015 | JYS | $78.00 | 0.20 | Emails with Ms. Chandler re [REDACTED] (.2). |
| 3/18/2015 | JYS | $117.00 | 0.30 | Review Committee's motion to compel and order regarding Sphere documents (.3). |
| 3/19/2015 | JYS | $234.00 | 0.60 | Review Committee's discovery pleadings and order and email same to Sphere APA notification parties with commentary regarding Committee duties. |
| 3/19/2015 | JSL | $487.50 | 1.30 | Study [REDACTED] for comments to Jeff Shields. |
| 3/20/2015 | JYS | $117.00 | 0.30 | Emails with Lon Jenkins re Sphere representation (.3). |
| 3/20/2015 | JYS | $78.00 | 0.20 | Email to P. Billings re several open items (.2). |
| 3/20/2015 | JYS | $78.00 | 0.20 | Review subpoena and acceptance from Committee (.2). |
| 3/20/2015 | JYS | $156.00 | 0.40 | Telephone conference with Joe Gfoeller (.4). |
| 3/20/2015 | JYS | $117.00 | 0.30 | Follow up telephone conference with Joe Gfoeller (.3). |
| 3/20/2015 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 3/20/2015 | JYS | $117.00 | 0.30 | Telephone conferences with (2) Doug Payne (.3). |
| 3/20/2015 | JYS | $78.00 | 0.20 | Telephone conference with P. Billings (.2). |
| 3/20/2015 | JYS | $195.00 | 0.50 | Telephone conference with R. Lindstrom and Joe Gfoeller (.5). |
| 3/20/2015 | JYS | $39.00 | 0.10 | Email Committee subpoena to Meretsky and Worthington (.1). |
| 3/21/2015 | JYS | $39.00 | 0.10 | Email with S. Worthington of Sphere (.1). |
| 3/21/2015 | JYS | $39.00 | 0.10 | Forward email to Committee counsel (.1). |
| 3/21/2015 | JYS | $78.00 | 0.20 | Email to clients re [REDACTED] (.2). |
| 3/22/2015 | JYS | $117.00 | 0.30 | Emails with R. Lindstrom (.3). |
| 3/22/2015 | JYS | $39.00 | 0.10 | Email to P. Billings (.1). |
| 3/23/2015 | NRS | $75.00 | 0.50 | Confer with Jeff Shields; perform research regarding [REDACTED] |
| 3/23/2015 | JYS | $78.00 | 0.20 | Emails with R. Lindstrom (.2). |
| 3/23/2015 | JYS | $117.00 | 0.30 | Prepare email to clients re [REDACTED] (.3). |
| 3/23/2015 | JYS | $195.00 | 0.50 | Prepare notes for Committee meeting (.5). |
| 3/23/2015 | JYS | $156.00 | 0.40 | Telephone conference with R. Lindstrom (.4). |
| 3/23/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Moss (.3). |
| 3/23/2015 | JYS | $702.00 | 1.80 | Meet with Creditor Committee at Fabian and Clendenin (R. Lindstrom, Joe Gfoeller, B. Miller, A. Khanna, P. Billings) (1.8). |
| 3/23/2015 | JYS | $1,560.00 | 4.00 | Extensive updating and editing work on [REDACTED] (4.0). |
| 3/23/2015 | JYS | $117.00 | 0.30 | Instruct associate re [REDACTED] (.3). |
| 3/23/2015 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 3/23/2015 | JYS | $195.00 | 0.50 | Telephone conference with Joe Gfoeller, R. Lindstrom, B. Moss (.5). |
| 3/24/2015 | NRS | $990.00 | 6.60 | Review [REDACTED] confer with Jeff Shields; review and revise [REDACTED] |

| | | | | |
|---|---|---|---|---|
| 3/24/2015 | JYS | $1,170.00 | 3.00 | Additional work on REDACTED (3.0). |
| 3/24/2015 | JYS | $78.00 | 0.20 | Emails with R. Lindstrom (.2). |
| 3/24/2015 | JYS | $39.00 | 0.10 | Email REDACTED draft to clients (.1). |
| 3/24/2015 | JYS | $39.00 | 0.10 | Email to clients re REDACTED (.1). |
| 3/24/2015 | JYS | $78.00 | 0.20 | Confer with associate Sumbot on REDACTED research REDACTED (.2). |
| 3/24/2015 | JYS | $78.00 | 0.20 | Review email regarding REDACTED from R. Lindstrom and respond (.2). |
| 3/24/2015 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 3/24/2015 | JYS | $78.00 | 0.20 | Review B. Miller's plan and liquidation analysis (.2). |
| 3/24/2015 | JSL | $75.00 | 0.20 | Email Jeff Shields. |
| 3/25/2015 | NRS | $615.00 | 4.10 | Review and revise REDACTED confer with Jeff Shields. |
| 3/25/2015 | EXM | $390.00 | 6.00 | Per JYS, exported client emails to iPro staging. |
| 3/25/2015 | JYS | $390.00 | 1.70 | Meet with R. Lindstrom re REDACTED (1.7). |
| 3/25/2015 | JYS | $390.00 | 0.30 | Confer with J. Carlson on REDACTED (.3). |
| 3/25/2015 | JYS | $390.00 | 4.10 | All hands meeting to REDACTED REDACTED (4.1). |
| 3/25/2015 | JYS | $390.00 | 0.10 | Review litigation hold REDACTED (.1). |
| 3/25/2015 | JYS | $390.00 | 0.20 | Review claims register (.2). |
| 3/25/2015 | JYS | $390.00 | 0.30 | Review REDACTED from B. Miller (.3). |
| 3/26/2015 | NRS | $165.00 | 1.10 | Prepare list REDACTED |
| 3/26/2015 | EXM | $520.00 | 8.00 | Per JYS, exported client emails to iPro staging. |
| 3/26/2015 | JYS | $78.00 | 0.20 | Email to R. Lindstrom re REDACTED (.2). |
| 3/26/2015 | JYS | $78.00 | 0.20 | Review REDACTED analysis from associate REDACTED (.2). |
| 3/26/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom (.3). |
| 3/26/2015 | JYS | $117.00 | 0.30 | Confer with and refer R. Lindstrom on REDACTED (.3). |
| 3/26/2015 | TBS | $868.00 | 2.80 | Review and respond to e-mails from Jeff Shields; Review and respond to e-mails from Ric Lindstrom; Conduct research re V3 patent applications; Teleconference with Adrian Lee re patent applications; Telephone conference with Ric Lindstrom REDACTED |
| 3/27/2015 | JYS | $156.00 | 0.40 | Confer with patent partner Tim Smith re REDACTED (.4). |
| 3/27/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Miller (.3). |
| 3/27/2015 | JYS | $39.00 | 0.10 | Email with B. Miller (.1). |
| 3/27/2015 | JYS | $78.00 | 0.20 | Review email from P. Billings and B. Miller  response re claims comparison (including Turcotte) (.2). |
| 3/27/2015 | TBS | $744.00 | 2.40 | Review and respond to e-mails from Jeff Shields; Review and respond to e-mail from Ric Lindstrom; Review asset purchase agreement; Voice mail to prior patent counsel; COndcut research re REDACTED patent REDACTED |
| 3/28/2015 | JYS | $78.00 | 0.20 | Email with B. Miller (.2). |
| 3/28/2015 | JYS | $39.00 | 0.10 | Email with R. Lindstrom (.1). |

| | | | | |
|---|---|---|---|---|
| 3/29/2015 | JYS | $39.00 | 0.10 | Email to M. Hashimoto re Sphere (.1). |
| 3/29/2015 | JYS | $78.00 | 0.20 | Email to Lon Jenkins re Sphere (.2). |
| 3/30/2015 | JYS | $78.00 | 0.20 | Email to P. Billings re Sphere production. |
| 3/30/2015 | JZC | $52.00 | 0.80 | Per instructions of JYS finalize collection of REDACTED email and report REDACTED |
| 3/31/2015 | TBS | $589.00 | 1.90 | Review and respond to e-mails from Ric Lindstrom; Voice mail to Adrian Lee; Conduct additional research re status of REDACTED patents; Conference with Jeff Shields |
| 4/1/2015 | JYS | $120.00 | 0.30 | (SPHERE) Telephone conference with R. Lindstrom (.3). |
| 4/1/2015 | JYS | $120.00 | 0.30 | Telephone conference with R. Lindstrom and Tim Smith re REDACTED (.3). |
| 4/1/2015 | JYS | $80.00 | 0.20 | Telephone conference with Tim Smith re REDACTED (.2). |
| 4/1/2015 | JYS | $2,800.00 | 7.00 | Review documents and emails for preliminary selection to respond to Committee subpoena REDACTED (7.0). |
| 4/1/2015 | JYS | $40.00 | 0.10 | Email with M. Hashimoto (.1). |
| 4/1/2015 | JYS | $40.00 | 0.10 | Email with Lon Jenkins re turnover (.1). |
| 4/1/2015 | JYS | $240.00 | 0.60 | Review and analysis of Sphere response to turnover demand (.6). |
| 4/1/2015 | JYS | $120.00 | 0.30 | Instructions to associate Sumbot re objection REDACTED (.3). |
| 4/1/2015 | JYS | $80.00 | 0.20 | Email to Bill re REDACTED subpoena (.2). |
| 4/1/2015 | JYS | $80.00 | 0.20 | Emails with R. Lindstrom re REDACTED (.2). |
| 4/1/2015 | JYS | $120.00 | 0.30 | Review draft REDACTED (.3). |
| 4/2/2015 | NRS | $52.50 | 0.30 | Confer with Jeff Shields and Steve Hulet regarding subpeona. |
| 4/2/2015 | NRS | $665.00 | 3.80 | Review subpoena; draft response and objections. |
| 4/2/2015 | JZC | $97.50 | 1.30 | [Sphere 3D] Per instructions of JYS process documents for review and production. |
| 4/2/2015 | NRS | $87.50 | 0.50 | Confer with Steve Hulet and EJ Mcaffrey regarding subpeona production. |
| 4/2/2015 | NRS | $87.50 | 0.50 | Review documents in our subpeona production REDACTED |
| 4/2/2015 | JYS | $80.00 | 0.20 | (SPHERE) Telephone conference with Lon Jenkins (.2). |
| 4/2/2015 | JYS | $80.00 | 0.20 | Telephone conference with Doug Payne and Lon Jenkins re extension of subpoena response (.2). |
| 4/2/2015 | JYS | $600.00 | 1.50 | Conference with associate Sumbot and paralegal Hulet (1.5). |
| 4/2/2015 | JYS | $1,200.00 | 3.00 | Additional work on assembling document production (3.0). |
| 4/2/2015 | JYS | $80.00 | 0.20 | Review R. Lindstrom's comment to REDACTED (.2). |
| 4/2/2015 | JYS | $200.00 | 0.50 | Telephone conference with R. Lindstrom, Joe Gfoeller, M. Hashimoto and B. Miller re REDACTED REDACTED (.5). |
| 4/2/2015 | JYS | $40.00 | 0.10 | Email with B. Moss (.1). |
| 4/2/2015 | JYS | $40.00 | 0.10 | Email to clients re all hands call re REDACTED (.1). |
| 4/2/2015 | JYS | $80.00 | 0.20 | Confer with Mr. Carlson on REDACTED (.2). |
| 4/3/2015 | NRS | $455.00 | 2.60 | Review and revise objections to subpoena; confer with Jeff Shields. |

| Date | Initials | Amount | Hours | Description |
|---|---|---|---|---|
| 4/3/2015 | NRS | $332.50 | 1.90 | Prepare production by reviewing documents; confer with Jeremy Carlson regarding APA; prepare APA for production. |
| 4/3/2015 | JZC | $210.00 | 2.80 | Per instructions of NRS process and prepare documents for review and production. |
| 4/3/2015 | JYS | $400.00 | 1.00 | (SPHERE) Telephone conference with R. Lindstrom re REDACTED (1.0). |
| 4/3/2015 | JYS | $400.00 | 1.00 | Edit and finalize objection to Committee subpoena re Sphere claims (1.0). |
| 4/3/2015 | JYS | $520.00 | 1.30 | Further work on document assembly and review for Committee subpoena (1.3). |
| 4/3/2015 | JYS | $40.00 | 0.10 | Review M. Hashimoto's edits to REDACTED (.1). |
| 4/3/2015 | JYS | $360.00 | 0.90 | Arrange document obtainment from M. Hashimoto and review DropBox folders provided by M. Hashimoto (.9). |
| 4/3/2015 | JYS | $80.00 | 0.20 | Isolate APA text and email to Committee (.2). |
| 4/3/2015 | JYS | $80.00 | 0.20 | Review article on REDACTED (.2). |
| 4/3/2015 | JYS | $200.00 | 0.50 | Email with Lon Jenkins re subpoena objection and edits per Mr. Jenkins (.5). |
| 4/3/2015 | JYS | $120.00 | 0.30 | Follow-up email with Lon Jenkins (.3). |
| 4/3/2015 | JYS | $40.00 | 0.10 | Review R. Lindstrom's edits REDACTED (.1). |
| 4/3/2015 | JYS | $80.00 | 0.20 | Edit REDACTED accordingly (.2). |
| 4/3/2015 | JYS | $120.00 | 0.30 | Review REDACTED and financial reports to SEC by Sphere REDACTED (.3). |
| 4/3/2015 | JYS | $80.00 | 0.20 | Follow-up email with M. Hashimoto re DropBox documents (.2). |
| 4/3/2015 | JYS | $80.00 | 0.20 | Confer with Tim Smith on REDACTED (.2). |
| 4/4/2015 | JYS | $1,240.00 | 3.10 | (SPHERE) Work on document production (selection, inventory, review) (3.1). |
| 4/4/2015 | JYS | $120.00 | 0.30 | Further edits to REDACTED (.3). |
| 4/6/2015 | NRS | $192.50 | 1.10 | Prepare V3 production in response to subpoena by reviewing documents. |
| 4/6/2015 | JYS | $160.00 | 0.40 | (SPHERE) Telephone conference with R. Lindstrom (a.m.) (.4). |
| 4/6/2015 | JYS | $160.00 | 0.40 | Telephone conference with R. Lindstrom and Joe Gfoeller (.4). |
| 4/6/2015 | JYS | $120.00 | 0.30 | Telephone conference with R. Lindstrom (p.m.) (.3). |
| 4/6/2015 | JYS | $120.00 | 0.30 | Telephone conference with Joe Gfoeller (.3). |
| 4/6/2015 | JYS | $120.00 | 0.30 | Work on REDACTED input (.3). |
| 4/6/2015 | JYS | $80.00 | 0.20 | Research request REDACTED to Ms. Williams (.2). |
| 4/6/2015 | JYS | $80.00 | 0.20 | Instruct paralegal re additional documents in review folder (.2). |
| 4/6/2015 | JYS | $320.00 | 0.80 | Prepare first draft of Protection Order re document productions (.8). |
| 4/6/2015 | JYS | $80.00 | 0.20 | Review Sphere proof of claim and emails to clients REDACTED (.2). |
| 4/6/2015 | JYS | $40.00 | 0.10 | Circulate proposed protection order to clients, Lon Jenkins, P. Billings, and B. Miller for comment (.1). |
| 4/6/2015 | JYS | $120.00 | 0.30 | Email to team re REDACTED (.3). |
| 4/6/2015 | JYS | $80.00 | 0.20 | Email REDACTED claim to clients REDACTED (.2). |
| 4/6/2015 | JYS | $80.00 | 0.20 | Review R. Lindstrom's edits to REDACTED (.2). |

| | | | | |
|---|---|---|---|---|
| 4/7/2015 | NRS | $385.00 | 2.20 | Finish preparing production by reviewing documents. |
| 4/7/2015 | NRS | $52.50 | 0.30 | Confer with Jeff Shields regarding production. |
| 4/7/2015 | NRS | $227.50 | 1.30 | Review cases cited in Lon Jenkins' letter to Jeff Shields. |
| 4/7/2015 | EXM | $150.00 | 2.00 | Per NRS request, created redactions and added tags to specified documents. |
| 4/7/2015 | NRS | $52.50 | 0.30 | Confer with Jeff Shields regarding REDACTED organize production of REDACTED documents REDACTED |
| 4/7/2015 | JYS | $320.00 | 0.80 | (SPHERE) Telephone conference with P. Billings re walk through at APA provisions and support for Sphere claims (.8). |
| 4/7/2015 | JYS | $120.00 | 0.30 | Telephone conference with B. Miller (.3). |
| 4/7/2015 | JYS | $200.00 | 0.50 | Telephone conference with R. Lindstrom and Joe Gfoeller (.5). |
| 4/7/2015 | JYS | $320.00 | 0.80 | Telephone conference withLon Jenkins and B. Miller re settlement of Sphere claims and discovery response protocol (.8). |
| 4/7/2015 | JYS | $80.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 4/7/2015 | JYS | $120.00 | 0.30 | Telephone conference with Lon Jenkins and P. Billings re form of protective order (.3). |
| 4/7/2015 | JYS | $80.00 | 0.20 | Email with R. Lindstrom (.2). |
| 4/7/2015 | JYS | $80.00 | 0.20 | Telephone conference with B. Moss (.2). |
| 4/7/2015 | JYS | $80.00 | 0.20 | Emails with R. Lindstrom re REDACTED (.2). |
| 4/7/2015 | JYS | $80.00 | 0.20 | Email to clients re REDACTED (.2). |
| 4/7/2015 | JYS | $120.00 | 0.30 | Revisions to REDACTED (.3). |
| 4/7/2015 | JYS | $40.00 | 0.10 | Send demand letter to Sphere (.1). |
| 4/8/2015 | NRS | $227.50 | 1.30 | Review documents for privilege and confidential material. |
| 4/8/2015 | NRS | $70.00 | 0.40 | Perform research regarding REDACTED REDACTED |
| 4/8/2015 | MYB | $50.00 | 0.40 | [Sphere 3D] Research re REDACTED REDACTED |
| 4/8/2015 | NRS | $140.00 | 0.80 | Review and redact emails from the production. |
| 4/8/2015 | JZC | $225.00 | 3.00 | Per instructions of JYS process and prepare REDACTED documents and email for review and production. |
| 4/8/2015 | JYS | $160.00 | 0.40 | (SPHERE) Sampling of REDACTED documents for proper processing. |
| 4/8/2015 | JYS | $80.00 | 0.20 | (SPHERE) Telephone conference with M. Hashimoto (.2). |
| 4/8/2015 | JYS | $120.00 | 0.30 | Telephone conference with B. Moss (.3). |
| 4/8/2015 | JYS | $360.00 | 0.90 | Three telephone conferences with R. Lindstrom (.9). |
| 4/8/2015 | JYS | $80.00 | 0.20 | Email with Lon Jenkins and P. Billings (.2). |
| 4/8/2015 | JYS | $280.00 | 0.70 | Continue search REDACTED for relevant documents (.7). |
| 4/8/2015 | JYS | $120.00 | 0.30 | Email with R. Lindstrom re REDACTED (.3). |
| 4/8/2015 | JYS | $80.00 | 0.20 | Email to R. Lindstrom re REDACTED (.2). |
| 4/8/2015 | JYS | $160.00 | 0.40 | Emails with Lon Jenkins and P. Billings re protective order and edits to proposed order (.4). |

| 4/8/2015 | JYS | $80.00 | 0.20 | Emails to clients and team re REDACTED (.2). |
| 4/8/2015 | JYS | $120.00 | 0.30 | Email with Mr. 'Carlson re REDACTED (.3). |
| 4/8/2015 | JYS | $40.00 | 0.10 | Email REDACTED to R. Lindstrom (.1). |
| 4/9/2015 | NRS | $52.50 | 0.30 | Confer with Jeff Shields regarding production of documents; confer with Jeremy Carlson regarding REDACTED |
| 4/9/2015 | NRS | $192.50 | 1.10 | Perform research regarding REDACTED |
| 4/9/2015 | JZC | $390.00 | 5.20 | Per instructions of JYS process and prepare client documents and email for review and production. |
| 4/9/2015 | JYS | $2,240.00 | 5.60 | (SPHERE) Full review of document assembly for production (5.6). |
| 4/9/2015 | JYS | $360.00 | 0.90 | Email to Mr. Carlson re REDACTED REDACTED (.9). |
| 4/9/2015 | JYS | $40.00 | 0.10 | Forward REDACTED to R. Lindstrom (.1). |
| 4/9/2015 | JYS | $880.00 | 2.20 | Further comprehensive review of documents for production (2.2). |
| 4/9/2015 | JYS | $200.00 | 0.50 | Telephone conference with R. Lindstrom (.5). |
| 4/9/2015 | JYS | $120.00 | 0.30 | Telephone conference with (a.m.) B. Miller re REDACTED (.3). |
| 4/9/2015 | JYS | $80.00 | 0.20 | Telephone conference with B. Moss re REDACTED (.2). |
| 4/9/2015 | JYS | $80.00 | 0.20 | Telephone conference with J. Harrington (re Bookman) (.2). |
| 4/9/2015 | JYS | $80.00 | 0.20 | Email with R. Lindstrom re REDACTED (.2). |
| 4/9/2015 | JYS | $120.00 | 0.30 | Edits to protective order (.3). |
| 4/9/2015 | JYS | $80.00 | 0.20 | Emails with Lon Jenkins (.2). |
| 4/9/2015 | JYS | $40.00 | 0.10 | (SPHERE) Email REDACTED to R. Lindstrom (.1). |
| 4/9/2015 | JYS | $80.00 | 0.20 | Email with P. Billings (.2). |
| 4/9/2015 | JYS | $80.00 | 0.20 | Follow-up email with Lon Jenkins and P. Billings re form of protective order (.2). |
| 4/9/2015 | JYS | $160.00 | 0.40 | Email to Lon Jenkins re review of document production (.4). |
| 4/9/2015 | JYS | $120.00 | 0.30 | Evening telephone conference with R. Lindstrom (.3). |
| 4/9/2015 | JYS | $160.00 | 0.40 | Evening telephone conferences (2) with Joe Gfoeller (.4). |
| 4/10/2015 | JZC | $172.50 | 2.30 | Per instructions of JYS process and prepare initial disclosures for production. |
| 4/10/2015 | JZC | $187.50 | 2.50 | Per instructions of JYS process and prepare REDACTED documetns and REDACTED for search, review and production. |
| 4/10/2015 | NRS | $105.00 | 0.60 | Holdback |
| 4/10/2015 | JYS | $120.00 | 0.30 | (SPHERE) Telephone conference with B. Miller (.3). |
| 4/10/2015 | JYS | $320.00 | 0.80 | Telephone conference with R. Lindstrom and Joe Gfoeller (.8). |
| 4/10/2015 | JYS | $600.00 | 1.50 | Additional work on document production (1.5). |
| 4/10/2015 | JYS | $80.00 | 0.20 | Emails with B. Moss (.2). |
| 4/11/2015 | JYS | $400.00 | 1.00 | (SPHERE) Telephone conference with R. Lindstrom, Joe Gfoeller, B. Miller and B. Moss (1.0). |
| 4/11/2015 | JYS | $440.00 | 1.10 | Work on document production (1.1). |
| 4/13/2015 | NRS | $192.50 | 1.10 | Perform research regarding REDACTED |

| 4/13/2015 | JZC | $187.50 | 2.50 | Per instructions of JYS process and prepare documents for preservation and production. |
| 4/14/2015 | NRS | $490.00 | 2.80 | Finish research regarding REDACTED |
| 4/14/2015 | JZC | $97.50 | 1.30 | Process and prepare documents for production based on REDACTED |
| | Total: | $86,876.50 | 277.70 | |

V3 Systems, Inc. - Bankruptcy (26556.0006)
Fee Detail Report - Sphere 3D Issues

Timekeeper Summary

| Initials | Name | Amount | Hours |
|----------|------|--------|-------|
| EXM | McCaffrey, Edward J | $1,060.00 | 16.00 |
| JSL | Lowrie, James S. | $4,087.50 | 10.90 |
| JYS | Shields, Jeffery | $71,295.00 | 181.60 |
| JZC | Carlson, Jeremy S | $1,619.50 | 21.70 |
| MXJ | Judd, Charles Michael | $128.00 | 0.80 |
| MYB | Williams, Morgan K | $130.50 | 1.10 |
| NRS | Sumbot, Nathan R | $6,355.00 | 38.50 |
| TBS | Smith, Timothy B | $2,201.00 | 7.10 |
| | Total: | $86,876.50 | 277.70 |

Blended Rate          $312.84

JONES, WALDO, HOLBROOK & McDONOUGH

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

POST OFFICE BOX 45444
SALT LAKE CITY, UTAH 84145-0444
TELEPHONE (801) 521-3200
FACSIMILE (801) 328-0537

**V3 Systems, Inc. - Bankruptcy (26556.0006)**
**Fee Detail Report - Voutaz Issues**
**December 1, 2014 to April 22, 2015**

**FEES**

| Date | Tkpr | Amount | Hours | Narrative |
|------|------|--------|-------|-----------|
| 1/14/2015 | JYS | $78.00 | 0.20 | Review Boley emails re: Voutaz claim (.2). |
| 1/15/2015 | JYS | $780.00 | 2.00 | Legal research regarding REDACTED 510(c) REDACTED (2.0). |
| 1/15/2015 | JYS | $117.00 | 0.30 | Prepare email to B. Miller and S. McCardell regarding research (.3). |
| 1/16/2015 | JYS | $78.00 | 0.20 | Telephone conference with Blake Miller (.2). |
| 1/16/2015 | JYS | $78.00 | 0.20 | Follow up call with Mr. Miller (.2). |
| 1/16/2015 | JYS | $117.00 | 0.30 | Telephone conference with Blake Miller and Ric Lindstrom re: REDACTED (.3). |
| 1/17/2015 | JYS | $78.00 | 0.20 | Email with B. Miller regarding REDACTED (.2). |
| 1/17/2015 | JYS | $273.00 | 0.70 | Review Voutaz Motion for Relief from Stay and exhibits preparatory to assisting with response (.7). |
| 1/17/2015 | JYS | $78.00 | 0.20 | Email with Ric Lindstrom (.2) |
| 1/18/2015 | JYS | $312.00 | 0.80 | Conference call with R. Lindstrom, B. Miller, B. Moss and J. Gfoeller re: REDACTED (.8). |
| 1/18/2015 | JYS | $234.00 | 0.60 | Telephone conference with Blake Miller and Brennan Moss re: REDACTED (.6). |
| 1/19/2015 | JYS | $117.00 | 0.30 | Telephone conference with Blake Miller re: REDACTED (.3). |
| 1/19/2015 | JYS | $156.00 | 0.40 | Telephone conference with Ric Lindstrom and Joe Gfoeller (.4). |
| 1/19/2015 | JYS | $234.00 | 0.60 | Brief additional legal research on 510(c) subordination (.6). |
| 1/19/2015 | JYS | $78.00 | 0.20 | Follow up email to clients re: REDACTED (.2). |
| 1/20/2015 | JYS | $234.00 | 0.60 | Telephone conference with Blake Miller and Brennan Moss re: REDACTED (.6). |
| 1/20/2015 | JYS | $156.00 | 0.40 | Telephone conference with (2) Joe Gfoeller (.4). |
| 1/20/2015 | JYS | $117.00 | 0.30 | Review REDACTED case from Mr. Miller (.3). |

| 1/20/2015 | JYS | $195.00 | 0.50 | Review disc of documents prepared by Mr. Moss (.5). |
| 1/20/2015 | JYS | $234.00 | 0.60 | Several late evening emails with Mr. Lindstrom and Mr. Miller concerning REDACTED (.6). |
| 1/21/2015 | JYS | $39.00 | 0.10 | Exchange voicemails with Mr. Moss re: REDACTED (.1). |
| 1/21/2015 | JYS | $117.00 | 0.30 | Emails with R. Lindstrom re: REDACTED (.3). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Emails with Mr. Miller re: REDACTED (.2). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Followup email with Mr. Miller re: REDACTED (.2). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Review Voutaz employment agreement re: 510(c) claims (.2). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Review and comment on Voutaz Stipulation (.2). |
| 1/21/2015 | JYS | $39.00 | 0.10 | Check docket (.1); |
| 1/22/2015 | JYS | $273.00 | 0.70 | Telephone conference with (4) with Blake Miller re: REDACTED REDACTED (.7). |
| 1/22/2015 | JYS | $78.00 | 0.20 | Email with Committee re: Voutaz Agreement (.2). |
| 1/22/2015 | JYS | $117.00 | 0.30 | Emails with Mr. Miller re: REDACTED (.3). |
| 1/22/2015 | JYS | $78.00 | 0.20 | Review Voutaz objections to 363 motion and comment to B. Miller (.2). |
| 1/22/2015 | JYS | $78.00 | 0.20 | Emails with Mr. Lindstrom re: REDACTED (.2). |
| 1/22/2015 | JYS | $585.00 | 1.50 | Court appearance - hearings on motion for stay relief and motion to sell stock, including negotiations at courthouse (Judge Marker ) (1.5). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Emails with M. Boley re: drafting of stipulation on stay motion (.2). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Email with J. Gfoeller re: REDACTED (.2). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Review committee's redline of Stipulation and provide comment (.2). |
| 1/23/2015 | JYS | $117.00 | 0.30 | Emails with Mr. Boley re: escrow release (.3). |
| 1/23/2015 | JYS | $117.00 | 0.30 | Email with R. Lindstrom re: REDACTED (.3). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Followup email to Mr. Miller re: REDACTED (.2). |
| 1/23/2015 | JYS | $78.00 | 0.20 | Review final form of Voutaz stipulation and order from Mr. Miller and provide comment (.2). |
| 1/23/2015 | JYS | $156.00 | 0.40 | Telephone conference with (2) Blake Miller re: REDACTED (.4). |
| 1/23/2015 | JYS | $39.00 | 0.10 | Telephone conference with Peter Billings (.1). |
| 1/23/2015 | JYS | $117.00 | 0.30 | Telephone conference with Blake Miller, Ric Lindstrom and Joe Gfoeller re: Voutaz deal (.3). |
| 1/26/2015 | JYS | $78.00 | 0.20 | Review Voutaz escrow agreement REDACTED (.2). |
| 1/26/2015 | JYS | $78.00 | 0.20 | Check docket for order on sale and email with M. Boley (.2). |
| 1/27/2015 | JYS | $78.00 | 0.20 | Telephone conference with Matt Boley re: Voutaz certificate (.2). |
| 1/27/2015 | JYS | $78.00 | 0.20 | Telephone conference with Brennan Moss and Matt Boley re: release of escrow (.2). |
| 1/27/2015 | JYS | $39.00 | 0.10 | Review M. Boley's escrowrelease letter (.1). |
| 1/28/2015 | JYS | $78.00 | 0.20 | Email with B. Moss re: REDACTED (.2). |
| 2/4/2015 | RSP | $106.50 | 0.30 | Respond to Jeff Shields' e-mail re REDACTED |
| 2/5/2015 | JYS | $78.00 | 0.20 | Email with Joe Gfoeller re REDACTED (.2). |
| 2/6/2015 | JYS | $117.00 | 0.30 | Several emails re REDACTED (.3). |

| Date | | | | |
|------|-----|---------|------|---|
| 2/11/2015 | JYS | $78.00 | 0.20 | Review and provide two stock sale detail report to M. Boley by email (.2). |
| 2/12/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom, Joe Gfoeller, B. Miller and M. Hashimoto (.3). |
| 2/12/2015 | JYS | $156.00 | 0.40 | Several late evening emails with B. Miller, R. Lindstrom and Joe Gfoeller concerning REDACTED REDACTED (.4). |
| 2/13/2015 | JYS | $39.00 | 0.10 | Email with Matt Boley re Voutaz (.1). |
| 2/19/2015 | JYS | $39.00 | 0.10 | Email to M. Boley (.1). |
| 3/5/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom re REDACTED (.2). |
| 3/5/2015 | JYS | $78.00 | 0.20 | Telephone conference with B. Moss (.2). |
| 3/11/2015 | JYS | $78.00 | 0.20 | Emails with Matt Boley (.2). |
| 3/12/2015 | JYS | $78.00 | 0.20 | Email to M. Boley re Voutaz payment (.2). |
| 3/17/2015 | JYS | $78.00 | 0.30 | Email to client group re REDACTED (.3). |
| 3/17/2015 | JYS | $78.00 | 0.20 | Review Voutaz sales/payment summary and emails (.2). |
| | **Total:** | **$8,023.50** | **20.70** | |

V3 Systems, Inc. - Bankruptcy (26556.0006)
Fee & Cost Detail Report - Voutaz Issues

**Timekeeper Summary**

| Initials | Name | Amount | Hours |
|----------|------|--------|-------|
| JYS | Shields, Jeffery | $7,917.00 | 20.40 |
| RSP | Poelman, Ronald S. | $106.50 | 0.30 |
| | Total: | $8,023.50 | 20.70 |

| Blended Rate | | $387.61 | |

JONES, WALDO, HOLBROOK & MCDONOUGH

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

POST OFFICE BOX 45444
SALT LAKE CITY, UTAH 84145-0444
TELEPHONE (801) 521-3200
FACSIMILE (801) 328-0537

V3 Systems, Inc. - Bankruptcy (26556.0006)
Fee Detail Report - Other Litigation Claims
December 1, 2014 to April 22, 2015

FEES

| Date | Tkpr | Amount | Hours | Narrative |
|------|------|--------|-------|-----------|
| 12/2/2014 | JYS | $39.00 | 0.10 | Email with B. Miller (.1). |
| 12/2/2014 | JYS | $234.00 | 0.60 | Telephone conferences (3) with B. Moss re REDACTED (.6). |
| 12/3/2014 | JYS | $78.00 | 0.20 | Review and edit application for special counsel (.2). |
| 12/4/2014 | JYS | $156.00 | 0.40 | Telephone conferences (2) with B. Moss (.4). |
| 12/5/2014 | JYS | $78.00 | 0.20 | Confer with R. Poelman (.2). |
| 12/5/2014 | JYS | $117.00 | 0.30 | Telephone conference with B. Kesselring (.3). |
| 12/5/2014 | JYS | $78.00 | 0.20 | Telephone conference with B. Moss (.2). |
| 12/5/2014 | JYS | $78.00 | 0.20 | Telephone conference with B. Miller (.2). |
| 12/6/2014 | JYS | $117.00 | 0.30 | Correspondence with B. Kesselring re REDACTED statements and schedules. |
| 12/8/2014 | JYS | $78.00 | 0.20 | Telephone conferences (2) with B. Moss (.2). |
| 12/8/2014 | JYS | $117.00 | 0.30 | Telephone conference with B. Kesselring (.3). |
| 12/9/2014 | JBH | $108.00 | 0.60 | Review and analyze REDACTED |
| 12/10/2014 | JYS | $468.00 | 1.20 | Meet with R. Lindstrom, B. Miller and D. Chandler at Miller offices (1.2); assist with preparation of statements and schedules (n/c). |
| 12/11/2014 | JYS | $351.00 | 0.90 | Attend Initial Debtor Interview at U.S. Trustee's office (.9). |
| 12/11/2014 | JYS | $117.00 | 0.30 | Conference call with B. Miller and M. Hashimoto (.3). |
| 12/11/2014 | JYS | $117.00 | 0.30 | Assist with DIP account opening (.3). |
| 12/12/2014 | JYS | $78.00 | 0.20 | Telephone conference with M. Hashimoto (.2); |
| 12/12/2014 | JYS | $156.00 | 0.40 | Assist with opening DIP account contacts at Zions Bank (.4). |
| 12/15/2014 | MYB | $46.00 | 0.40 | Phone communication with REDACTED REDACTED request of REDACTED documents REDACTED |
| 12/15/2014 | JYS | $117.00 | 0.30 | Assist in opening DIP account at Zions Bank. |

| 12/16/2014 | JYS | $78.00 | 0.20 | Email with D. Chandler re REDACTED |
| 12/16/2014 | JYS | $117.00 | 0.30 | Review Rasmussen/Inaura agreement REDACTED .3). |
| 12/17/2014 | JYS | $117.00 | 0.30 | Telephone conference with J. Harrington (.3); |
| 12/17/2014 | JYS | $234.00 | 0.60 | Telephone conferences (2) with R. Lindstrom (.6). |
| 12/17/2014 | JYS | $195.00 | 0.50 | Assist with Initial Financial Report (.5). |
| 12/17/2014 | JYS | $78.00 | 0.20 | Email with B. Miller (.2). |
| 12/17/2014 | JYS | $156.00 | 0.40 | Meet with J. Tustison of Zions Bank re DIP account and email to clients re signature process (.4). |
| 12/17/2014 | JYS | $78.00 | 0.20 | Correspond with R. Lindstrom and Joe Gfoeller re DIP account (.2). |
| 12/18/2014 | JYS | $117.00 | 0.30 | Telephone conference with B. Moss (.3). |
| 12/18/2014 | JYS | $117.00 | 0.30 | Telephone conference (p.m.) with B. Moss (.3). |
| 12/18/2014 | JYS | $78.00 | 0.20 | Email with L. Cayton, U.S. Trustee, re special counsel application (.2). |
| 12/19/2014 | JYS | $117.00 | 0.30 | Telephone conference with Dave Mock (.3). |
| 12/22/2014 | JYS | $117.00 | 0.30 | Draft report of Daybreak litigation for report (.3). |
| 12/22/2014 | JYS | $156.00 | 0.40 | Revise initial adversary section to add claims (.4). |
| 12/22/2014 | JYS | $78.00 | 0.20 | Further email to D. Chandler (.2). |
| 12/23/2014 | JYS | $78.00 | 0.20 | Prepare letter and package to R. Lindstrom REDACTED (.2). |
| 12/23/2014 | JYS | $78.00 | 0.20 | Email with L. Cayton, U.S. Trustee, re special counsel application (.2). |
| 12/29/2014 | JYS | $117.00 | 0.30 | Email with R. Lindstrom, B. Kesselring and B. Miller re REDACTED |
| 12/30/2014 | JYS | $117.00 | 0.30 | Review Mr. Miller's draft 363 Motion on stock sales per request (.3). |
| 12/30/2014 | JYS | $39.00 | 0.10 | Telephone conference with R. Lindstrom (.10). |
| 12/31/2014 | JYS | $234.00 | 0.60 | Revisions to draft 363 Motion and email to B. Miller REDACTED (.6). |
| 1/2/2015 | JYS | $39.00 | 0.10 | Email with R. Lindstrom. |
| 1/3/2015 | JYS | $39.00 | 0.10 | Email with Joe Gfoeller (.1). |
| 1/3/2015 | JYS | $78.00 | 0.20 | Email with Ric Lindstrom (.2). |
| 1/5/2015 | JYS | $117.00 | 0.30 | Prepare notes for preparation meeting for Section 341 meeting REDACTED (.3); |
| 1/5/2015 | JYS | $156.00 | 0.40 | Organize documents for preparation meeting (.4). |
| 1/5/2015 | JYS | $975.00 | 2.50 | Office conference with Blake Miller, Joe Gfoeller and Eric Lindstrom to REDACTED (2.5). |
| 1/5/2015 | JYS | $507.00 | 1.30 | Attend 341 meeting (1.3). |
| 1/5/2015 | JYS | $78.00 | 0.20 | Email APA to U.S. Trustee (.2). |
| 1/9/2015 | JYS | $78.00 | 0.20 | Email with R. Lindstrom and M. Hashimoto to assist with monthly financial report (.2). |
| 1/9/2015 | JYS | $117.00 | 0.30 | Review Inaura proof of claim for objections and email to Ric and Joe REDACTED (.3). |
| 1/9/2015 | JYS | $39.00 | 0.10 | Confer with B. Miller on REDACTED (.1). |
| 1/11/2015 | JYS | $156.00 | 0.40 | Review Mr. Miller's change to stock sale 363 motion and REDACTED , and correspond REDACTED (.4). |

| 1/11/2015 | JYS | $78.00 | 0.20 | Telephone conference with with Joel Gfoeller (.2). |
|-----------|-----|--------|------|---------------------------------------------------|
| 1/12/2015 | JYS | $78.00 | 0.20 | Email to B. Miller re: sale motion (.2); |
| 1/12/2015 | JYS | $117.00 | 0.30 | Telephone conference with Ric Lindstrom and Blake Miller (.3). |
| 1/12/2015 | JYS | $156.00 | 0.40 | Telephone conference with (2) w/Blake Miller (.4). |
| 1/12/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller (.2). |
| 1/12/2015 | JYS | $117.00 | 0.30 | Telephone conference with Dave Mock re: REDACTED (.3). |
| 1/12/2015 | JYS | $117.00 | 0.30 | Email to R. Lindstrom (.3). |
| 1/12/2015 | JYS | $117.00 | 0.30 | Comments to sale motion draft to Mr. Miller (.3). |
| 1/12/2015 | JYS | $39.00 | 0.10 | Email with J. Gfoeller (.1). |
| 1/12/2015 | JYS | $117.00 | 0.30 | Arrange wire of brokerage funds to DIP account (.3). |
| 1/12/2015 | JYS | $78.00 | 0.20 | Email with B. Kesselring (.2). |
| 1/14/2015 | JYS | $156.00 | 0.40 | Assist with completion of December financial report (contacts to Zions and Key for statements, DIP account status) (.4). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Telephone conference with Ric Lindstrom and Deborah Chandler (.2). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Telephone conference with RicLindstrom (.3). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Telephone conference with Blake Miller (.2). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Telephone conference with Joe Gfoeller and Bill Kesselring re: Scarsdale wire and account amendments (.2). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Telephone conference with Bill Kesselring re: Scarsdale wire to DIP account(.2). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Telephone conference with Dave Mock re REDACTED (.3). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Teview and obtain Scarsdale transaction statements from Mr. Kesselring (.3). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Emails with Mr. Kesselring to obtain account records, contact information and bank statements (.3). |
| 1/14/2015 | JYS | $117.00 | 0.30 | Emails with R. Lindstrom (.3). |
| 1/14/2015 | JYS | $39.00 | 0.10 | Email with J. Gfoeller re: REDACTED (.1). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Email w/M. Hashimoto re: December financial (.2). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Follow-up email to B. Miller re: UST requested REDACTED (.2). |
| 1/14/2015 | JYS | $78.00 | 0.20 | Inquire and obtain wire confirmation from T. Sharp at Zions Bank (.2). |
| 1/20/2015 | JYS | $78.00 | 0.20 | Emails with creditor Silicon Valley Bank (.2). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Telephone conference with Thais Sharp of Zions Bank re: DIP account (.2). |
| 1/21/2015 | JYS | $312.00 | 0.80 | Telephone conference with (3) Blake Miller re: REDACTED (.8). |
| 1/21/2015 | JYS | $39.00 | 0.10 | Email with B. Kesselring re: closure of Key Bank accounts (.1). |
| 1/21/2015 | JYS | $117.00 | 0.30 | Telephone conference with Joe Gfoeller re: REDACTED (.3). |
| 1/21/2015 | JYS | $117.00 | 0.30 | Review amended motion to sell and provide comment (.3). |
| 1/21/2015 | JYS | $78.00 | 0.20 | Email with Thais Sharp of Zions Bank re: DIP account check stock (.2). |

| Date | Initials | Amount | Hours | Description |
|---|---|---|---|---|
| 1/22/2015 | JYS | $156.00 | 0.40 | Post hearing conference with J. Gfoeller to REDACTED (.4). |
| 1/23/2015 | RSP | $106.50 | 0.30 | Conversation with Jeff Shields re REDACTED |
| 1/26/2015 | JYS | $39.00 | 0.10 | Email with B. Moss re: REDACTED (.1). |
| 1/26/2015 | JYS | $39.00 | 0.10 | Review Arrow Electronics claim (.1). |
| 1/27/2015 | JYS | $117.00 | 0.30 | Telephone conference with David Mock re: REDACTED (.3). |
| 1/27/2015 | JYS | $78.00 | 0.20 | Telephone conference with Brennan Moss re: REDACTED (.2). |
| 1/27/2015 | JYS | $78.00 | 0.20 | Emails with B. Kesselring re: Gilfix CPA retention REDACTED (.2). |
| 1/30/2015 | JYS | $78.00 | 0.20 | Telephone conference with Brennan Moss (.2). |
| 2/4/2015 | JYS | $78.00 | 0.20 | Email to M. Hashimoto re REDACTED (.2). |
| 2/8/2015 | JYS | $78.00 | 0.20 | Emails with Dave Turcotte and Dave Bommarito re shareholder status (.2). |
| 2/9/2015 | JYS | $117.00 | 0.30 | Respond to B. Robinson and D. Bommarito re equity position (.3). |
| 2/9/2015 | JYS | $117.00 | 0.30 | Telephone conference with Dave Mock (.3). |
| 2/9/2015 | JYS | $78.00 | 0.20 | Telephone conference with B. Moss (.2). |
| 2/12/2015 | JYS | $39.00 | 0.10 | Review New York tax POC and email to clients (.1). |
| 2/12/2015 | JYS | $78.00 | 0.20 | Emails and phone calls with Zions Bank to obtain bank statements (.2). |
| 2/12/2015 | JYS | $117.00 | 0.30 | Telephone conference with R. Lindstrom and M. Hashimoto re REDACTED (.3). |
| 2/16/2015 | JYS | $78.00 | 0.20 | Email to B. Miller re REDACTED (.2). |
| 2/18/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Moss (.3). |
| 2/20/2015 | JYS | $117.00 | 0.30 | Confer with B. Miller on REDACTED (.3). |
| 2/20/2015 | JYS | $195.00 | 0.50 | Pull and review Series A offering documents (.5). |
| 2/22/2015 | JYS | $39.00 | 0.10 | Email to P. Billings (.1). |
| 2/22/2015 | JYS | $78.00 | 0.20 | Confer with Ron Poelman on REDACTED (.2). |
| 2/22/2015 | JYS | $39.00 | 0.10 | Email to B. Miller (.1). |
| 2/24/2015 | JYS | $156.00 | 0.40 | Initial review of draft plan and liquidating trust (.4). |
| 3/3/2015 | JYS | $117.00 | 0.30 | Review email and claims from D. Turcotte and forward same to clients REDACTED (.3). |
| 3/5/2015 | JYS | $117.00 | 0.30 | Email with D. Turcotte re claim issues (.3). |
| 3/6/2015 | JYS | $117.00 | 0.30 | Telephone conference with B. Moss. |
| 3/10/2015 | JYS | $312.00 | 0.80 | Telephone conference with Dave Mock (.8). |
| 3/12/2015 | JYS | $78.00 | 0.20 | Email with D. Turcotte (.2). |
| 3/13/2015 | JYS | $468.00 | 1.20 | Telephone conference with D. Turcotte re Proof of Claim issues (1.2). |
| 3/16/2015 | JYS | $156.00 | 0.40 | Several emails with R. Lindstrom regarding REDACTED (.4). |
| 3/23/2015 | JYS | $117.00 | 0.30 | Review REDACTED financial information to Committee (.3). |
| 3/23/2015 | JYS | $78.00 | 0.20 | Review recent financials for Committee meeting REDACTED (.2). |
|  | Total: | $14,612.50 | 38.10 |  |

V3 Systems, Inc. - Bankruptcy (26556.0006)
Fee & Cost Detail Report - Other Litigation Claims

**Timekeeper Summary**

| Initials | Name | Amount | Hours |
|---|---|---|---|
| JBH | Hinckley, Joseph B | $108.00 | 0.60 |
| JYS | Shields, Jeffery | $14,352.00 | 36.80 |
| MYB | Williams, Morgan K | $46.00 | 0.40 |
| RSP | Poelman, Ronald S. | $106.50 | 0.30 |
| | Total: | $14,612.50 | 38.10 |

| Blended Rate | | $383.53 | |

# EXHIBIT 'E'

21

JONES, WALDO, HOLBROOK & MCDONOUGH

A PROFESSIONAL CORPORATION

ATTORNEYS AND COUNSELORS

POST OFFICE BOX 45444
SALT LAKE CITY, UTAH 84145-0444
TELEPHONE (801) 521-3200
FACSIMILE (801) 328-0537

V3 Systems, Inc. - Bankruptcy (26556.0006)
Cost Detail Report
December 1, 2014 - April 22, 2015

COSTS

| Date | Type | Amount | Narrative |
|------|------|--------|-----------|
| 11/1/2014 | MISC | $21.15 | Soundpath Conferencing; Conference Call, 10/27/2014 |
| 11/1/2014 | MISC | $40.12 | Soundpath Conferencing; Conference Call, 10/28/2014 |
| 11/5/2014 | MISC | $11.75 | Soundpath Conferencing; Conference Call |
| 11/6/2014 | MISC | $18.75 | Soundpath Conferencing; Conference Call |
| 11/24/2014 | FEE | $225.00 | Wells Fargo Credit Card; Nevada Secretary of State; Filing of Certificate of Dissolution of U.D. Dissolution Corp |
| 11/24/2014 | FEE | $6.00 | Wells Fargo Credit Card; Nevada Secretary of State; UCC Search on V3 System |
| 12/1/2014 | MISC | $15.81 | Soundpath Conferencing; Conference Call |
| 12/3/2014 | PHOTO | $0.50 | In House Photocopies - 5 @ $0.10/page |
| 12/8/2014 | MISC | $7.07 | Soundpath Conferencing; Conference Call |
| 12/11/2014 | PHOTO | $13.10 | In House Photocopies - 131 @ $0.10/page |
| 12/12/2014 | MISC | $7.30 | Soundpath Conferencing; Conference Call, 11/24/14 |
| 12/12/2014 | MISC | $10.53 | Soundpath Conferencing; Conference Call, 11/26/14 |
| 12/17/2014 | PHOTO | $0.60 | In House Photocopies - 6 @ $0.10/page |
| 12/23/2014 | ED | $25.67 | FEDERAL EXPRESS CORPORATION; From Lois Gonzales to Ric Lindstrom |
| 12/31/2014 | PHOTO | $0.10 | In House Photocopies - 1 @ $0.10/page |
| 1/22/2015 | ED | $27.50 | FEDERAL EXPRESS CORPORATION; From Jeff Shields to Eric Lindstrom, Trustee |
| 1/22/2015 | PHOTO | $0.20 | In House Photocopies - 2 @ $0.10/page |
| 2/4/2015 | OLR | $80.00 | Online Legal Research |
| 2/6/2015 | RUN | $5.00 | To Blake Miller |
| 2/8/2015 | PHOTO | $0.60 | In House Photocopies - 6 @ $0.10/page |
| 2/12/2015 | FEE | $15.53 | Soundpath Conferencing; Conference Call, 01/18/2015 |
| 2/12/2015 | FEE | $6.67 | Soundpath Conferencing; Conference Call, 01/23/15 |

| Date | Type | Amount | Description |
|---|---|---|---|
| 2/12/2015 | FEE | $6.18 | Soundpath Conferencing; Conference Call, 01/21/2015 |
| 2/12/2015 | FEE | $6.13 | Soundpath Conferencing; Conference Call, 01/23/2015 |
| 2/12/2015 | FEE | $4.39 | Soundpath Conferencing; Conference Call, 01/30/2015 |
| 2/12/2015 | OLR | $400.00 | Online Legal Research |
| 2/23/2015 | MISC | $10.73 | Soundpath Conferencing; Conference Call |
| 2/26/2015 | MISC | $11.56 | Soundpath Conferencing; Conference Call |
| 3/17/2015 | ED | $38.64 | FEDERAL EXPRESS CORPORATION; From Lois Gonzales to Scott Worthington, CFO, Sphere 3D Corporation |
| 3/17/2015 | ED | $38.64 | FEDERAL EXPRESS CORPORATION; From Lois Gonzales to Jason Meretsky, Esq., Meretsky Law Firm |
| 3/30/2015 | PHOTO | $1.50 | In House Photocopies - 15 @ $0.10/page |
| 4/3/2015 | POST | $0.69 | Postage |
| 4/7/2015 | ED | $39.40 | FEDERAL EXPRESS CORPORATION; From Lois Gonzales to Scott Worthington, CFO, Sphere 3D Corporation |
| 4/7/2015 | ED | $39.40 | FEDERAL EXPRESS CORPORATION; From Lois Gonzales to Peter Tassiopoulos, President, Sphere 3D Corporation |
| 4/7/2015 | ED | $39.40 | FEDERAL EXPRESS CORPORATION; From Lois Gonzales to Jason Meretsky, Esq., Meretsky Law Firm |
| 4/22/2015 | POST | $0.69 | Postage |
| | Total: | $1,176.30 | |