**PIERCY BOWLER TAYLOR & KERN**
7050 Union Park Avenue, Suite 140
Salt Lake City, UT 84047
(801) 990-1120

Accountant for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Bankruptcy Case Number |
|---|---|
| BANKRUPTCY ESTATE OF UD DISSOLUTION CORP., | 14-32546 JTM |
| Debtor. | [ Chapter 11] |

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY PIERCY BOWLER TAYLOR & KERN, ACCOUNTANT FOR THE DEBTOR**

**TO THE HONORABLE JOEL T. MARKER, UNITED STATES BANKRUPTCY JUDGE AND ALL PARTIES IN INTEREST:**

This Application of Piercy Bowler Taylor & Kern ("Applicant" or "PBTK") for approval of compensation and reimbursement of expenses respectfully represents:

**INTRODUCTION AND BACKGROUND**

1. Piercy Bowler Taylor & Kern is a Certified Public Accounting firm who specializes in providing accounting services related to bankruptcy matters.

2. On November 26, 2014, the Debtor filed a voluntary petition for Chapter 11 under the United States Bankruptcy Code.

3. On December 8, 2014, an application for employment of Piercy Bowler Taylor & Kern as Accountants for the Debtor was filed, and the Order approving such employment was signed by this Court on January 16, 2015.

4. This first interim application for compensation and reimbursement of expenses covers the period from December 1, 2014 through March 31, 2015.

5. The accountants and professionals that have performed services covered by this application and their hourly billing rates are as follows:

| Name | Title | Rate |
|---|---|---|
| Mark D. Hashimoto | Principal | $300.00 |
| Mark D. Hashimoto – Travel | Principal | 150.00 |
| Charley Shumway | Manager | 255.00 |
| Pam S. Hashimoto | Senior Accountant | 170.00 |
| Pam S. Hashimoto – Travel | Senior Accountant | 85.00 |
| Jacqueline Henroid | Senior Accountant | 170.00 |
| Jeremy Lott | Staff Accountant | 120.00 |

6. The rates charged by Applicant in this case are consistent with the rates charged to other clients for similar services, including non-bankruptcy clients.

7. A fee application has not previously been filed.

**SUMMARY OF SERVICES PROVIDED**

8. Applicant has rendered various services on behalf of the estate during the period from December 1, 2014 through March 31, 2015.

9. Exhibit "A" presents the overall summary of hours, fees and expenses of Applicant during the applicable period. In accordance with the U.S. Trustee guidelines for fee applications, Applicant submits the aforementioned summary showing the total hours each professional has expended in this case and the hourly rates for those services. The services performed broadly entail the following matters:

a. BANKRUPTCY CASE ADMINISTRATION – Compiled financial data and information to be included in the Chapter 11 Initial Financial Report. Compiled financial data and information to prepare cash receipts and cash disbursements, financial statements and other information to be included in the Chapter 11 Monthly Financial Reports for December 2014, January 2015 and February 2015 and prepare each report for filing. Personnel and costs of performing such services were as follows:

| | | | |
|---|---|---|---|
| Mark D. Hashimoto | 19.50 | $300 | $5,850.00 |
| Total | | 19.50 | $5,850.00 |

Blended Rate - $300.00 per hour

b. ASSET ANALYSIS AND LIQUIDATION - Reviewed and analyzed the Asset Purchase Agreement between the Debtor and Sphere 3D to determine the terms and conditions related to the Earn-Out provisions of the agreement. Met and corresponded with counsel and Ric Lindstrom to determine the Earn-Out terms and the potential deficiencies and defaults related to the Earn-Out. Drafted correspondence to the Chief Financial Officer of Sphere 3D to request financial data and information related to the Earn-Out, and traveled to the Sphere 3D offices to meet with their financial personnel and audit the financial data and information related to the Earn-Out. Reported results of our findings to the Debtor and counsel for the debtor. Personnel and costs of performing such services were as follows:

| | | | |
|---|---|---|---|
| Mark D. Hashimoto | 27.10 | $300 | $ 8,130.00 |
| Mark D. Hashimoto – Travel | 10.00 | 150 | 1,500.00 |
| Pam S. Hashimoto | 8.00 | 170 | 1,360.00 |
| Pam S. Hashimoto - Travel | 10.00 | 85 | 850.00 |
| Total | | 55.10 | $11,840.00 |

Blended Rate - $214.88 per hour

c. PLAN AND DISCLOSURE STATEMENT - Met with trustees and counsel for the debtor to discuss disclosure statement and plan terms and provisions. Analyzed financial data included in the disclosure statement to assure accuracy and reasonableness. Personnel and costs of performing such services were as follows:

| | | | |
|---|---|---|---|
| Mark D. Hashimoto | 6.20 | $300 | $1,860.00 |
| | 6.20 | | $1,860.00 |

Blended Rate - $300.00 per hour

d. GENERAL ACCOUNTING - Met with Ric Lindstrom to transition financial documents to our control. Inventoried and analyzed financial documents received, and determined additional documents needed. Began compilation of financial transactions for 2014 in order to have a complete and accurate set of financial books, records and financial statements. Personnel and costs of performing such services were as follows:

| | | | |
|---|---|---|---|
| Mark D. Hashimoto | 6.40 | $300 | $1,920.00 |
| Pam S. Hashimoto | 5.50 | 170 | 935.00 |
| Jeremy Lott | 2.00 | 120 | 240.00 |
| | 13.90 | | $3,095.00 |

Blended Rate - $222.66 per hour

e. TAX MATTERS – Prepared extensions for the 2014 income tax returns. Prepared W-2's and accompanying payroll tax returns for 2014. Met with counsel to discuss priority tax issues and claims. Personnel and costs of performing such services were as follows:

| | | | |
|---|---|---|---|
| Mark Hashimoto | 3.40 | $300 | $1,020.00 |
| Charley Shumway | .60 | 255 | 153.00 |
| Jacqueline Henroid | 3.40 | 170 | 578.00 |

4

| | | | |
|---|---|---|---|
| Total | 7.40 | | $1,751.00 |

Blended Rate - $236.49 per hour

      f.  EMPLOYMENT AND FEE APPLICATIONS – Reviewed employment pleadings and revised pleadings as necessary. Executed documents and transmitted them to counsel. Personnel and costs of performing such services were as follows:

| | | | |
|---|---|---|---|
| Mark D. Hashimoto | .70 | $300 | $210.00 |
| Total | .70 | | $210.00 |

Blended Rate - $300.00 per hour

    10.  Total fees by Applicant for services rendered during the Reporting Period were $24,606.00. Applicant also had expenses of $3,064.76 during the same period.

    11.  Applicant's services during the reporting period are fully detailed in chronological order by tasks in the attached statements included as Exhibit "B". These detailed time sheets were kept in the regular course of the Applicant's practice and the entries on such time sheets are made contemporaneously with the performance of the services described therein.

    12.  Applicant carefully reviewed all of its time charges to ensure they were reasonable and non-duplicative. Costs and expenses were also reviewed. Time was billed in tenths of an hour.

## CONCLUSION

    13.  Your Applicant has no agreement, understanding or arrangement of any kind to divide or pay over any of the fees to be awarded in these proceedings. Fees are considered income to Applicant.

14. Piercy Bowler Taylor & Kern believes that compensation awarded herein will necessarily account for the quality of services rendered, the complexity of the issues at hand, the desirability of employment, the results obtained and the contingency thereof, as well as the actual hours expended. The work that Piercy Bowler Taylor & Kern has performed, as described above, substantially benefited the estate.

15. All compensation and reimbursement sought is interim and without prejudice to the right of this Court to reconsider amounts allowed and awarded.

16. This application has been reviewed and approved by the Trustee.

17. Notice of this first interim fee application has been given to all known creditors and parties in interest pursuant to the notice procedures approved by this Court.

18. Wherefore, Applicant prays in accordance with the foregoing application to be awarded compensation for services in the amount of $24,606.00 and expenses in the amount of $3,064.76 for a total of $27,670.76 and for such other and further relief as the Court deems just and proper.

DATED this 14th day of April, 2015.

By _____
Piercy Bowler Taylor & Kern
Accountant for the Debtor

# VERIFICATION

STATE OF UTAH        )
                     : 
County of Salt Lake  )

I, Mark Hashimoto, CPA, have read the foregoing "First Interim Application for Compensation and Reimbursement of Expenses by Piercy Bowler Taylor & Kern, Accountant for the Debtor" and know the contents thereof. I declare under penalty of perjury that the facts stated herein are true and correct to the best of my knowledge.

EXECUTED this 14th day of April, 2015.

*[signature]*
Mark D. Hashimoto, C.P.A.

# EXHIBIT A

Case: UD DISSOLUTION CORP. - Case #14-32546
Name of Applicant: PIERCY BOWLER TAYLOR & KERN
Reporting Period: December 1, 2014 through March 31, 2015

| NAME | POSITION | BILLING RATE | HOURS BILLED | FEES |
|---|---|---|---|---|
| Mark D. Hashimoto | Principal | $ 300.00 | 63.30 | $ 18,990.00 |
| Mark D. Hashimoto - Travel Time | Principal | 150.00 | 10.00 | 1,500.00 |
| Charley Shumway | Manager | 255.00 | 0.60 | 153.00 |
| Pamela Hashimoto | Senior Accountant | 170.00 | 13.50 | 2,295.00 |
| Pamela Hashimoto - Travel Time | Senior Accountant | 85.00 | 10.00 | 850.00 |
| Jackie Henroid | Senior Accountant | 170.00 | 3.40 | 578.00 |
| Jeremy Lott | Staff Accountant | 120.00 | 2.00 | 240.00 |
| Total Fees | | | 102.80 | 24,606.00 |

EXPENSES:

Travel Expenses to Toronto  3,064.87

Total Expenses  3,064.87

Total Fees and Expenses for Current Application  $ 27,670.87

Fees Previously Requested  $0.00
Expenses Previously Requested  0.00

Fees Previously Awarded  $0.00
Expenses Previously Awarded  0.00

# EXHIBIT B

# UD DISSOLUTION CORP.

| Date | Professional | Description | Hours | Fee |
|------|--------------|-------------|-------|-----|

**CASE ADMINISTRATION**

| Date | Professional | Description | Hours | Fee |
|------|--------------|-------------|-------|-----|
| 10-Dec | MDH | Phone call with B. Miller and J. Shields re status of case. | 0.20 | 60.00 |
| 15-Dec | MDH | Review and analyze data and information received from R. Lindstrom re projections and 2014 financial data. | 1.40 | 420.00 |
| 15-Dec | MDH | Prepare schedule of monthly projected cash flow for inclusion in initial report. | 1.30 | 390.00 |
| 15-Dec | MDH | Phone call D. Chandler re Initial Financial Report and remaining information needed. | 0.20 | 60.00 |
| 15-Dec | MDH | Draft email to R. Lindstrom re information needed for initial financial report. | 0.30 | 90.00 |
| 16-Dec | MDH | Prepare Initial Financial Report and Environmental Questionnaire. | 0.90 | 270.00 |
| 16-Dec | MDH | Review bankruptcy statements and schedules to determine liabilities as of 11/30. | 0.50 | 150.00 |
| 17-Dec | MDH | Correspond with R. Lindstrom re 2014 income statement information. | 0.30 | 90.00 |
| 17-Dec | MDH | Convert 2014 PADRM check register to Excel and analyze data. | 0.80 | 240.00 |
| 18-Dec | MDH | Phone call B. Miller and D. Chandler re status of Initial Financial report. | 0.20 | 60.00 |
| 18-Dec | MDH | Phone call with B. Miller re revsions to projections and revise projections accordingly. | 0.60 | 180.00 |
| 18-Dec | MDH | Phone call D. Chandler re Initial Financial Report. | 0.20 | 60.00 |
| 19-Dec | MDH | Review and analyze income statement received from R. Lindstrom. Clean up data and prepare income statement for inclusion in Initial Financial Report. | 0.60 | 180.00 |
| 19-Dec | MDH | Make final revisions to Initial Financial Report and transmit to counsel for filing. | 0.50 | 150.00 |
| 14-Jan | MDH | Prepare followup emails to request documents to prepare monthly report. | 0.20 | 60.00 |
| 14-Jan | MDH | Review and analyze bank statements and records and prepare schedule of cash receipts and disbursements. | 1.20 | 360.00 |
| 14-Jan | MDH | Prepare balance sheet and income statement for December. | 0.80 | 240.00 |
| 14-Jan | MDH | Prepare monthly financial report for December and finalize exhibits to be attached and transmit to counsel. | 1.50 | 450.00 |
| 4-Feb | MDH | Discussion with D. Chandler re payment of UST fees. | 0.20 | 60.00 |
| 4-Feb | MDH | Correspond with J. Shields re quarterly fee payment. | 0.20 | 60.00 |
| 12-Feb | MDH | Review and analyze financial information received from R. Lindstrom. | 0.60 | 180.00 |
| 12-Feb | MDH | Prepare cash receipts and disbursements schedules for January. | 0.70 | 210.00 |
| 12-Feb | MDH | Prepare monthly financial report and accompanying schedules for January. Finalize report and exhibits and transmit to Debtor and counsel. | 1.20 | 360.00 |
| 26-Feb | MDH | Review draft letter to Peter Billings re avoidance actions and email counsel re same. | 0.20 | 60.00 |
| 17-Mar | MDH | Discussion with D. Chandler re financial documents needed. | 0.20 | 60.00 |
| 17-Mar | MDH | Draft email to all counsel and client to obtain financial documents for February. Review and analyze documents received. | 0.60 | 180.00 |

## UD DISSOLUTION CORP.

| Date | Professional | Description | Hours | Fee |
|---|---|---|---:|---:|
| 18-Mar | MDH | Review and analyze data and prepare cash receipts and disbursements schedules for February. | 1.20 | 360.00 |
| 18-Mar | MDH | Phone call D. Chandler re Voutaz note. | 0.20 | 60.00 |
| 18-Mar | MDH | Phone call R. Lindstrom re Voutaz note terms and calculate remaining balance due. | 0.70 | 210.00 |
| 18-Mar | MDH | Prepare balance sheet and income statement from documents and information received. | 1.00 | 300.00 |
| 18-Mar | MDH | Prepare monthly financial report for February and assemble exhbits. | 0.80 | 240.00 |
| | | Subtotal | 19.50 | 5,850.00 |

### ASSET ANALYSIS AND LIQUIDATION

| Date | Professional | Description | Hours | Fee |
|---|---|---|---:|---:|
| 19-Jan | MDH | Phone call J. Shields re potential defaults on Asset Purchase Agreement. | 0.30 | 90.00 |
| 22-Jan | MDH | Review Asset Purchase Agreement and determine documents needed to analyze earn out. | 0.50 | 150.00 |
| 23-Jan | MDH | Phone call J. Shields re potential earn out deficiencies with Sphere 3D. | 0.20 | 60.00 |
| 23-Jan | MDH | Continue review of Asset Purchase Agreement and draft letter to Sphere 3D to request documentation on earn out revenues received and expenses incurred. | 1.00 | 300.00 |
| 26-Jan | MDH | Review correspondence from J. Shields re potential deficiencies in earn out terms. | 0.50 | 150.00 |
| 26-Jan | MDH | Review and revise letter to Sphere re documents and information needed to audit earn out provision. | 0.80 | 240.00 |
| 27-Jan | MDH | Incorporate suggested revisions from counsel to earn out letter to Sphere. | 0.30 | 90.00 |
| 27-Jan | MDH | Phone call R. Lindstrom and J. Shields re earn out provision of APA and request for information re same. | 0.90 | 270.00 |
| 28-Jan | MDH | Review proposed revisions to document request from R. Lindstrom. | 0.30 | 90.00 |
| 28-Jan | MDH | Discussion with J. Shields re revisions to document request. | 0.20 | 60.00 |
| 28-Jan | MDH | Phone call R. Lindstrom re revisions to document request. | 0.40 | 120.00 |
| 29-Jan | MDH | Revise correspondence re request for accounting documents. | 0.60 | 180.00 |
| 3-Feb | MDH | Meeting with R. Lindstrom, J. Shields and Brennan Moss to discuss case strategy. | 2.80 | 840.00 |
| 12-Feb | MDH | Review email from J. Shields re Sphere defaults. | 0.20 | 60.00 |
| 19-Feb | MDH | Review and analyze schedules received from R. Lindstrom re Scarsdale account, sales and Voutaz payments. | 0.80 | 240.00 |
| 20-Feb | MDH | Review emails from J. Shields and R. Lindstrom re response to S. Worthington and make edits as necessary. | 0.80 | 240.00 |
| 23-Feb | MDH | Finalize letter to Sphere and transmit. | 0.50 | 150.00 |
| 27-Feb | MDH | Phone call Scott Worthington re timing to visit Sphere and information to be reviewed. | 0.30 | 90.00 |
| 7-Mar | MDH | Travel time to Toronto. | 5.00 | 750.00 |
| 7-Mar | PH | Travel to Toronto | 5.00 | 425.00 |
| 9-Mar | MDH | Meeting with P. Hashimoto, Scott Worthington and Ian McCutcheon to discuss income and expenses related to V3. | 0.80 | 240.00 |
| 9-Mar | MDH | Review and analyze financial statements received from Sphere. | 1.90 | 570.00 |

## UD DISSOLUTION CORP.

| Date | Professional | Description | Hours | Fee |
|---|---|---|---:|---:|
| 9-Mar | MDH | Review and analyze general ledger for V3 Holdings and determine expense structure and allocation of expenses. | 3.60 | 1,080.00 |
| 9-Mar | MDH | Review and analyze accounts payable and accounts receivable agings. | 0.80 | 240.00 |
| 9-Mar | MDH | Meeting with Scott Worthington and Ian McCutcheon re history of operations. | 0.50 | 150.00 |
| 9-Mar | MDH | Phone calls Ric Lindstrom re findings on review of financial information. | 0.40 | 120.00 |
| 9-Mar | MDH | Discussion with P. Hashimoto re findings to date. | 0.50 | 150.00 |
| 9-Mar | PH | Meeting with M. Hashimoto, Scott Worthington and Ian McCutcheon to discuss financial performance related to V3 products.. | 0.80 | 136.00 |
| 9-Mar | PH | Review and analyze sales and expense files and prepare summary of sales by invoice. | 4.40 | 748.00 |
| 9-Mar | PH | Compile electronic files of detailed sales invoices and related expenses to be used for further analysis. | 2.40 | 408.00 |
| 9-Mar | PH | Discussion with M. Hashimoto re documents and information received. | 0.40 | 68.00 |
| 10-Mar | MDH | Phone call R. Lindstrom, J. Shields and J. Gfoeller re findings on financial audit of V3 Holdings. | 1.10 | 330.00 |
| 10-Mar | MDH | Determine additional information needed from Sphere and call Ian McCutcheon re additional quesitons and information needed. | 1.50 | 450.00 |
| 10-Mar | MDH | Continue review and analysis of financial data received on V# Holdings. | 1.80 | 540.00 |
| 10-Mar | MDH | Travel time from Toronto. | 5.00 | 750.00 |
| 10-Mar | PH | Travel time from Toronto. | 5.00 | 425.00 |
| 11-Mar | MDH | Phone call J. Shields to discuss litigation strategy. | 0.50 | 150.00 |
| 11-Mar | MDH | Phone call J. Shields, J. Gfoeller and R. Lindstrom to discuss findings on audit. | 0.30 | 90.00 |
| 12-Mar | MDH | Review draft demand letter and draft email re potential revisions re same. | 0.40 | 120.00 |
| 17-Mar | MDH | Review draft demand letter to Sphere and edit as necessary. | 0.50 | 150.00 |
| 24-Mar | MDH | Draft memo on trip to Toronto. | 0.80 | 240.00 |
| 30-Mar | MDH | Review email from J. Shields re Sphere compliance with APA and draft response. | 0.30 | 90.00 |
| | | Subtotal | 55.10 | 11,840.00 |

**PLAN AND DISCLOSURE STATEMENT**

| Date | Professional | Description | Hours | Fee |
|---|---|---|---:|---:|
| 3-Mar | MDH | Phone call R. Lindstrom and J. Gfoeller re potential plan of reorganization and economics re same. | 0.70 | 210.00 |
| 3-Mar | MDH | Phone R. Lindstrom, B. Miller and J. Gfoeller re strategy and economics of plan of reorganization. | 0.50 | 150.00 |
| 25-Mar | MDH | Meeting with B. Miller, J. Shields, J. Gfoeller, B. Moss, R. Lindstrom and D. Chandler re plan and disclosure statement, status of issues and case strategy. | 4.20 | 1,260.00 |
| 25-Mar | MDH | Review draft plan and disclosure statement and accompanying schedules. | 0.80 | 240.00 |
| | | Subtotal | 6.20 | 1,860.00 |

UD DISSOLUTION CORP.

| Date | Professional | Description | Hours | Fee |
|---|---|---|---|---|
| **EMPLOYMENT AND FEE APPLICATIONS** | | | | |
| 8-Dec | MDH | Review application to employ PBTK and related declaration, revise and return to counsel. | 0.70 | 210.00 |
| | | Subtotal | 0.70 | 210.00 |
| **GENERAL ACCOUNTING** | | | | |
| 26-Feb | MDH | Phone call J. Shields, B. Miller and R. Lindstrom re accounting issues and strategy re earn out audit. | 0.50 | 150.00 |
| 26-Feb | MDH | Phone Seth Quealy re 1099. | 0.20 | 60.00 |
| 24-Mar | MDH | Phone call R. Lindstrom re transfer of accounting documents and financial issues to be addressed. | 0.50 | 150.00 |
| 25-Mar | MDH | Meeting with P. Hashimoto and R. Lindstrom to discuss accounting documents to be transitioned and link to accounting system. | 2.50 | 750.00 |
| 25-Mar | PH | Meeting with R. Lindstrom and M. Hashimoto re historic accountiing files and documents to be transitioned to PBTK and status of accounting. | 2.50 | 425.00 |
| 25-Mar | PH | Review and analyze accounting documents to determine documents received, condition of records and work to be performed to update accounting. | 2.20 | 374.00 |
| 31-Mar | JL | Discussion with P. Hashimoto to discuss update of Quickbooks file. | 0.80 | 96.00 |
| 31-Mar | JL | Review and analyze 2014 financial data and begin compilation of updates to Quickbooks. | 1.20 | 144.00 |
| 31-Mar | MDH | Review and analyze 2014 financial data and determine steps to compile financial statements. | 1.30 | 390.00 |
| 31-Mar | PH | Meeting with J. Lott re updating Quickbooks files from March 2014 to present. | 0.80 | 136.00 |
| | | Subtotal | 13.90 | 3,095.00 |
| **TAX MATTERS** | | | | |
| 14-Jan | MDH | Phone call B. Miller re Liquidating Trust and taxing provision re same. | 0.20 | 60.00 |
| 4-Feb | MDH | Email R. Lindstrom re documents and information for W-2's and 1099's. | 0.20 | 60.00 |
| 12-Feb | MDH | Conference call with B. Miller, J. Shields, Ric Lindstrom and J. Gfoeller re priority tax issues. | 0.80 | 240.00 |
| 12-Feb | MDH | Phone call Chrystal Mancuso re status of work done on tax issues. | 0.30 | 90.00 |
| 12-Feb | MDH | Phone call C. Shumway re payroll and income tax issues and tasks to perform. | 0.30 | 90.00 |
| 12-Feb | MDH | Phone call B. Miller re cash management system for the debtor. | 0.20 | 60.00 |
| 12-Feb | MDH | Phone call Suzanne Verhaal re debtor cash management system. | 0.20 | 60.00 |
| 24-Feb | MDH | Review W-2 data received from Debtor and call R. Lindstrom re same. | 0.70 | 210.00 |
| 6-Mar | JH | Input W-2 data and review with M. Hashimoto | 0.70 | 119.00 |
| 10-Mar | CS | Preparation of 2014 extension and setup of file. | 0.60 | 153.00 |

## UD DISSOLUTION CORP.

| Date | Professional | Description | Hours | Fee |
|---|---|---|---|---|
| 13-Mar | JH | Phone call state offices to obtain payroll tax information. | 0.40 | 68.00 |
| 13-Mar | MDH | Discussion with J. Henroid re W-2 issues. Phone call R. Lindstrom re same. | 0.50 | 150.00 |
| 24-Mar | JH | Preparation of payroll tax returns for 2014. | 2.30 | 391.00 |
| | | Subtotal | 7.40 | 1,751.00 |
| | | TOTAL FEES | 102.80 | 24,606.00 |

**EXPENSES:**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 8-Mar-15 | Airfare - Mark Hashimoto | | | 1,090.55 |
| 8-Mar-15 | Airfare - Pam Hashimoto | | | 1,090.55 |
| 10-Mar-15 | Hotel | | | 325.14 |
| 10-Mar-15 | Rental Car | | | 283.28 |
| 8-Mar-15 | Meals | | | 70.15 |
| 9-Mar-15 | Meals | | | 97.77 |
| 10-Mar-15 | Meals | | | 72.43 |
| 10-Mar-15 | Parking | | | 35.00 |
| | Total Expenses | | | 3,064.87 |
| | TOTAL FEES AND EXPENSES | | | 27,670.87 |