Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
          chandler@millertoone.com
Attorneys for the Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 14-32546 |
| --- | --- |
| UD DISSOLUTION CORP. (fna, V3 Systems, Inc.) | Chapter 11 |
| | Honorable Joel T. Marker |
| Debtor. | (Filed Electronically) |

**NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT WITH ABUNDANCE PRIVATE OPPORTUNITY FUND, LP AND NOTICE OF OPPORTUNITY FOR HEARING**

(Objection Deadline: June 29, 2015)
(Hearing Date: July 9, 2015 at 10:00 a.m.)

PLEASE TAKE NOTICE that the Debtor has filed with the United States Bankruptcy Court for the District of Utah its Motion for Order Approving Settlement with Abundance Private Opportunity Fund, LP [Docket No. 106].

**Your rights may be affected. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

By the Motion, the Debtor seeks approval of a settlement reached with Abundance Private Opportunity Fund, LP containing the following settlement terms:

1. Abundance shall have allowed claims against the Debtor to be treated under the Debtor's plan of reorganization as follows:

   (a) An allowed general unsecured claim of $986,000, provided, however, that, Abundance will consent to lesser treatment in the general unsecured class, as follows: if and when Abundance receives $700,000 on account of its allowed general unsecured claim, an additional $286,000 of the allowed general unsecured claim will be treated as a subordinated claim described in (b) below.

   (b) An allowed subordinated claim of $300,151.58, with subordination to general unsecured claims but priority over equity interests and claims.

2. Abundance will retain $375,000 in payments made by the Debtor to Abundance in November, 2014.

3. Abundance and the Debtor agree that the foregoing treatment shall be incorporated into the Debtor's proposed plan and that each party shall execute a mutual release as to the other releasing all claims between them, except as resolved by the Settlement Agreement and incorporated into the plan.

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the Motion then you or your attorney must:

(1)     on or before **June 29, 2015**, file with the Bankruptcy Court a written objection to the Motion explaining your position, at:

> Clerk of the Court
> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing you must mail it early enough so that the Court will **receive** it on or before **June 29, 2015**. At the same time, you must also serve a copy of the objection so as to be received by that date by (1) counsel for the Debtor, Blake D. Miller, Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111; (2) counsel for the Unsecured Creditors' Committee, Peter W. Billings, Fabian & Clendenin, 215 South State Street, Suite 1200, Salt Lake City, UT 84111-2323; and (ii) Laurie A. Cayton, Office of the United States Trustee, 405 S. Main St., Suite 300, Salt Lake City, Utah 84111.

(2)     attend the hearing on the Applications which is set for **July 9, 2015**, at the hour of **10:00 a.m.** before the Honorable Joel T. Marker, Courtroom 341, 350 South Main Street, Salt Lake City, Utah 84101. Failure to attend the hearing will be deemed a waiver of your objection.

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Applications and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order approving the Applications without a hearing.

DATED this 4th day of June 2015.

MILLER TOONE, P.C.

*/s/Deborah R. Chandler*
Blake D. Miller
Deborah R. Chandler

## CERTIFICATE OF SERVICE—BY NOTICE OF ELECTRONIC FILING (CM/ECF) AND MAIL TO MAILING MATRIX

I hereby certify that on June 4, 2015, I electronically filed the foregoing **NOTICE OF MOTION FOR ORDER APPROVING SETTLEMENT WITH ABUNDANCE PRIVATE OPPORTUNITY FUND, LP AND NOTICE OF OPPORTUNITY FOR HEARING** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- **Matthew M. Boley**   mmb@pkhlawyers.com, jh@pkhlawyers.com
- **Kenneth L. Cannon**   kcannon@djplaw.com, khughes@djplaw.com
- **Laurie A. Cayton tr**   laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Deborah Rae Chandler**   chandler@millertoone.com
- **Blake D. Miller**   miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- **Brennan H. Moss**   bmoss@padrm.com, shamilton@padrm.com
- **Robert S. Prince**   rprince@kmclaw.com, squilter@kmclaw.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

I further certify that on June 4, 2015, I caused to be served true and correct copies of the foregoing by regular first class United States mail, postage fully pre-paid, addressed to all parties as set forth herein listed on the Official Court Mailing Matrix dated June 4, 2015, attached hereto.

Miller Toone, P.C.

*/s/Deborah R. Chandler*
Blake D. Miller
Deborah R. Chandler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 14-32546<br>District of Utah<br>Salt Lake City<br>Thu Jun  4 11:37:01 MDT 2015 | 2020 Exhibits<br>Steve Brown<br>1420 S. 400 West<br>Salt Lake City, UT 84115-5109 | Abacus Solutions<br>P.O. Box 890932<br>Charlotte, NC 28289-0932 |
| Abundance Capital<br>55 Fifth Avenue, 18th Floor<br>New York, NY 10003-4301 | Abundance Private Opportunity Fund, LP<br>c/o Vladimir Efros<br>55 5th Avenue, 18th Floor<br>New York, NY 10003-4301 | Ace Electrical Services<br>P.O. Box 1015<br>Kaysville, UT 84037-1015 |
| Anthony E. Daniels and Saline Women's G<br>c/o Newland & Associates, PLLC<br>2228 Cottondale Lane, Suite 200<br>Little Rock, AR 72202-2038 | Argo Partners<br>12 West 37th Street, 9th Floor<br>New York, NY 10018-7381 | Arrow Electronics<br>13469 Collections Ctr Dr<br>Chicago, IL 60693-0134 |
| Arrow Electronics, Inc.<br>c/o NAC Risk Recovery<br>7459 South Lima St.<br>Englewood, CO 80112-3879 | BA Securities, LLC<br>Four Tower Bridge<br>200 Barr Harbor Drive Suite 400<br>W Conshohocken, PA 19428-2978 | Benjamin Joseph Bass Trust<br>5009 Dunvegan Rd<br>Louisville, KY 40222-6020 |
| Big Sky Holdings, LLC<br>Ric Lindstrom<br>809 Cherry Ln<br>Laurel, MS 39440-1651 | Peter W. Billings Jr.<br>Fabian & Clendenin<br>215 South State Street<br>Suite 1200<br>Salt Lake City, UT 84111-2323 | Matthew M. Boley<br>Cohne Kinghorn<br>111 E. Broadway<br>11th Floor<br>Salt Lake City, UT 84111-5225 |
| Boulder Mountain<br>c/o Dave Mock<br>3140 East 10000 South<br>Sandy, UT 84092-4201 | Brad Nielson<br>694 North 535 East<br>American Fork, UT 84003-1358 | CBRS V3, LLC<br>221 Orlando Blvd<br>Indialantic, FL 32903-3420 |
| Kenneth L. Cannon II<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | Carlos Gonzales-Keller Family Trust<br>17675 Blanchard Dr.<br>Monte Sereno, CA 95030-3211 | Carment Lenhof Israelsen<br>299 S. Main St. Ste 1300<br>Salt Lake City, UT 84111-2241 |
| Catherine Voutaz<br>5864 Autumn Dusk Ct<br>Herriman, UT 84096-1794 | Laurie A. Cayton tr<br>US Trustees Office<br>Ken Garff Building<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Deborah Rae Chandler<br>Miller Toone, P.C.<br>165 Regent Street<br>Salt Lake City, UT 84111-1903 |
| Charlotte B. Reedy<br>CMR 479 Box 256<br>APO, AE 09263-0003 | Christensen Industries<br>2990 S. Main St.<br>Salt Lake City, UT 84115-3540 | Christopher Featherstone<br>5485 West 10600 North<br>Highland, UT 84003-8892 |
| Daniel Christensen<br>1036 E. Annabelle Lane<br>Sandy, UT 84094-5970 | DataCentered, LLC<br>c/o Peter Bookman<br>20149 River Run Drive<br>Huntsville, UT 84317 | Dave Mock<br>10000 South 3100 East<br>Sandy, UT 84092 |

| | | |
|---|---|---|
| Dave Mock<br>9993 South 3100 East<br>Sandy, UT 84092-4205 | David M Mock<br>3140 East 10000 South<br>Sandy, Utah 84092-4201 | David Turcotte<br>P.O. Box 982584<br>Park City, UT 84098-2584 |
| David Youngberg<br>2107 Falson Way<br>Sandy, UT 84093-2657 | Daybreak Capital<br>140 Broadway, 46th Floor<br>New York, NY 10005-1155 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dennis Ickes<br>1815 Osage Orange Ave<br>Salt Lake City, UT 84124-3523 | Department of Taxation State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809-0259 | DiscoverOrg, LLC<br>12518 NE 95th Street<br>Vancouver, WA 98682-2463 |
| Dr. Gary Barbour, JIDDIJ, LLC<br>2680 Aspen Springs Dr.<br>Park City, Ut 84060-7536 | Eric Lindstrom<br>809 Cherry Ln<br>Laurel, MS 39440-1651 | Freeman<br>Attn: Karen Eagans<br>P.O. Box 660613<br>Dallas, TX 75266-0613 |
| GWN Corporate<br>P.O. Box 982584<br>Park City, UT 84098-2584 | GWN Corporate Services<br>P.O. Box 982584<br>Park City, UT 84098-2584 | Gartner Inc.<br>P.O. Box 911319<br>Dallas, TX 75391-1319 |
| Gary Barbour<br>2680 Aspen Springs Dr.<br>Park City, UT 84060-7536 | Matthew A. Gold<br>Argo Partners<br>12 West 37th Street<br>9th Floor<br>New York, NY 10018-7381 | Hansen, Barnett & Maxwell<br>5 Triad Center<br>Suite 750<br>Salt Lake City, UT 84180-1128 |
| John P. Harrington<br>Holland & Hart, LLP<br>222 South Main St.<br>Suite 2200<br>Salt Lake City, UT 84101-2194 | Herra Holdings LLC<br>c/o Brad Robinson<br>1115 East Ironwood Drive<br>North Salt Lake, UT 84054-3317 | Inaura<br>c/o Rod Rassmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109-1132 |
| Inavra, Inc.<br>2149 S. 2200 E.<br>Salt Lake City, UT 84109-1132 | Insight Direct USA<br>P.O. Box 731069<br>Dallas, TX 75373-1069 | Insight Direct USA, Inc.<br>Michael L. Walker<br>6820 S Harl Ave<br>Tempe, AZ 85283-4318 |
| InterCall<br>P.O. Box 281866<br>Atlanta, GA 30384-1866 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ivan Escobar<br>2752 West 13760 South<br>Riverton, UT 84065-5938 |
| JIDDIJ, LLC<br>2680 Aspen Springs Dr.<br>Park City, UT 84060-7536 | James N. Sweeney<br>449 Tennessee Ave. NE<br>Washington, DC 20002-5433 | Jason Scerbo<br>6195 Saunter Ln<br>Taylorsville, UT 84123-6782 |

Jay Zynczak
8994 Cheyenne Way
Park City, UT 84098-5857

Jeffrey F. Hall
3117 Southern Hills Ln
Jonesboro, AR 72401-8048

Lon A. Jenkins
Dorsey & Whitney LLP
136 South Main St.
Suite 1000
Salt Lake City, UT 84101-1685

Jim Morse
11353 Silver Buckle Way
Sandy, UT 84092-5107

Jim Ringtrip
14779 Castle Valley Drive
Riverton, UT 84065-5644

Jim Sweeney
449 Tennessee Ave NE
Washington, DC 20002-5433

Jodie Ann Bass Trust
5009 Dunvegan Rd
Louisville, KY 40222-6020

Johnathan M. Ropner
1862 E. Beaumont Circle
Holladay, UT 84121-1204

Jones Waldo Holbrook & McDonough PC
Jeff Shields
170 S. Main St. Suite 1500
Salt Lake City, UT 84101-1644

Joseph Turley
14097 Ben Lomond Peak Dr
Herriman, UT 84096-6475

KC Voutaz, LLC
5864 Autumn Dusk Cove
Herriman, UT 84096-1794

KDJC, LLC
5864 Autumn Dusk Cove
Herriman, UT 84096-1794

Kathy Voutaz/KDJC, LLC
5864 Autumn Dusk Cove
Herriman, UT 84096-1794

Key Bank
P.O. Box 93885
Cleveland, OH 44101-5885

Laua Lindstrom
809 Cherry Ln
Laurel, MS 39440-1651

Lone Peak Valuation
c/o: Rick Hoffman
36 S. State, Suite 500
Salt Lake City, UT 84111-1402

MBA Management, LLC
149 Cottage Cove
Saratoga Springs, UT 84045-6679

MacDonald Tuskey
570 Granville St #400
Vancouver BC V6C 3P1 Canada

Mark Ropner
1862 E. Beaumont Circle
Holladay, UT 84121-1204

Mark Verville
c/o Fillmore Spencer, LLC
3301 North University Ave.
Provo, UT 84604-4438

Marvin E. Gavin
236 Hogan Rd
Laurel, MS 39443-8986

Menco
10000 South 3100 East
Sandy, UT 84092

Menco
9993 South 3100 East
Sandy, UT 84092-4205

Michael Anderer
c/o Peters Scofield
7430 Creek Road, Suite 303
Sandy, UT 84093-6160

Michael McDonald
13767 Wingfield Circle
Draper, UT 84020-8533

Mike Shirely
177 Pavillion Rd
Laurel, MS 39443-7126

Blake D. Miller
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

Modern Clouds
211 N. 980 E.
Lindon, UT 84042-1583

Brennan H. Moss
PIA ANDERSON DORIUS REYNARD & MOSS, LLC
222 South Main Street
Suite 1830
Salt Lake City, UT 84101-2198

NTCA
PO Box 418507
Boston, MA 02241-8507

| | | |
|---|---|---|
| Ned M. Bass<br>5009 Dunvegan Rd<br>Louisville, KY 40222-6020 | New York State Dept.<br>of Taxation & Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Nextgen Distribution<br>P.O. Box 718<br>Artarmon, NSW 1570 |
| Nick Rasmussen<br>2149 S. 2200 East<br>Salt Lake City, UT 84109-1132 | Paceline II, LLC<br>c/o Rod Rasmusson<br>2149 South 2200 East<br>Salt Lake City, UT 84109-1132 | Paul Ropner<br>1945 East Longview Dr.<br>Salt Lake City, UT 84124-2626 |
| Douglas J. Payne<br>Fabian & Clendenin<br>215 South State Street<br>Suite 1200<br>Salt Lake City, UT 84111-2323 | Peter Bookman<br>2049 River Run Drive<br>Huntsville, UT 84317-9318 | Pia Anderson Dorius Reynard & Moss<br>Brennan Moss<br>PADRM<br>222 S. Main St. Ste 1830<br>Salt Lake City, Utah 84101-2198 |
| Robert S. Prince<br>Kirton & McConkie<br>60 East South Temple<br>Eagle Gate Tower, Suite 1800<br>Salt Lake City, UT 84111-1004 | Quail Creek Partners, LLC<br>c/o Ed Eckstrom<br>6120 S. Verness Cove<br>Salt Lake City, UT 84121-5025 | Quailcreek<br>c/o Ed Eckstrom<br>6120 Verness Cove<br>Salt Lake City, UT 84121-5025 |
| R. Joseph Fernandez<br>2205 Blue Haven Dr.<br>New Iberia, LA 70563-2131 | RBC Capital fbo Crystal Martucci IRA<br>Jamie Schmeichel, RBC Capital Markets<br>60 South 6th Street, Mailsop P9<br>Minneapolis, MN 55402-4400 | RBC Captial Cust FBO James Sweeney<br>Jamie Schmeichel, RBC Capital Markets<br>60 South 6th Street, Mailstop P9<br>Minneapolis, MN 55402-4400 |
| Richard W. Headrick<br>One Freedom Square<br>Laurel, MS 39440-3367 | Robert Shaya<br>31275 Northwestern Hwy, Suite 145<br>Farmington, MI 48334-2531 | Rocky Mountain Title<br>P.O. Box 268<br>Helena, MT 59624-0268 |
| Rod Rasmusson<br>2149 S 2200 E<br>Salt Lake City, UT 84109-1132 | Salesforce.com<br>P.O. Box 203141<br>Dallas, TX 75320-3141 | Scott Allen<br>547 North 1625 East<br>Layton, UT 84040-3660 |
| Scott D. Cook<br>335 Silver Hills Circle S.E.<br>Salem, OR 97306-1882 | Seth Quealy<br>11559 Oakmont Rd.<br>South Jordan, UT 84095-5039 | Shon Calurusso<br>3961 S. Pine Tree Dr.<br>Salt Lake City, UT 84124-2053 |
| Skytap, Inc.<br>710 2nd Avenue, Suite 1130<br>Seattle, WA 98104-1808 | Snell & Wilmer<br>15 W. South Temple, Suite 1200<br>Salt Lake City, UT 84101-1547 | SocialMpresa<br>47684 Sandbank Square<br>Sterling, VA 20165-7476 |
| Sonic Wall<br>2001 Logic Drive<br>San Jose, CA 95124-3452 | Sphere 3D Corporation and V3 Systems Holding<br>c/o T. Scott Worthington<br>240 Matheson Blvd. East<br>Mississauga, Ontario L4Z1X1 | Sphere 3D Corporation and V3 Systems Holding<br>c/o T. Scott Worthington<br>240 Matheson Blvd. East<br>Mississauga, Ontario L4Z1X1<br>CANADA |

| | | |
|---|---|---|
| State of Arizona<br>Arizona Department of Revenue<br>P.O. Box 29009<br>Phoenix, AZ 85038-9009 | State of California<br>Employment and Development Dept<br>P.O. Box 989073<br>West Sacramento, CA 95798-9073 | State of California<br>PO Box 942879<br>Sacramento, CA 94279-0001 |
| State of Florida<br>5050 W. Tennessee Street<br>Tallahassee, FL 32399-6586 | State of Hawaii<br>PO Box 1425<br>Honolulu, HI 96806-1425 | State of Minnesota<br>600 North Robert St.<br>Saint Paul, MN 55101-2228 |
| State of New York<br>Department of Taxation and Finance<br>W A Harriman Campus<br>Albany, NY 12227-0001 | Stephen P. Lunde<br>2603 Nix Lake Dr.<br>Jonesboro, AR 72404-0921 | Super Micro Computer, Inc.<br>Lawrence SChwab/Thomas Gaa<br>Bialson, Bergen & Schwab,<br>a Professional Corporation<br>2600 El Camino Real Suite 300<br>Palo Alto, CA 94306-1720 |
| SuperMicro<br>P.O. Box 742066<br>Los Angeles, CA 90074-2066 | Susan L. Williams<br>429 Robin Road<br>Allentown PA 18104-6723 | Susan Marshall<br>3171 E 10000 South<br>Sandy, UT 84092-4201 |
| Trust U/D/T 8/9/2000<br>17675 Blanchard Drive<br>Los Gatos, CA 95030-3211 | UD Dissolution Corp.<br>299 S. Main Street, Suite 1300<br>Salt Lake City, UT 84111-2241 | UPS Freight<br>Lockbox 577<br>Carol Stream, IL 60132-0577 |
| United States Trustee<br>Ken Garff Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah State Tax Commission<br>Attn Bankruptcy Unit<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | V3SP 1<br>2433 N. carson Street<br>3140 East 10000 South<br>Carson City, NV 89706 |
| V3SP I<br>3140 East 10000 South<br>Sandy, UT 84092-4201 | V3SP II<br>c/o Dave Mock<br>3140 East 10000 South<br>Sandy, UT 84092-4201 | Valstand Strategic Fund II, LLC<br>3117 Southern Hills Ln<br>Jonesboro, AR 72401-8048 |
| VirCirrus<br>1900 N. Bayshore Dr, Unit 1002<br>Miami, FL 33132-3005 | Catherine G. Voutaz<br>5864 Autumn Dusk Cove<br>Herriman, UT 84096-1794 | Wasatch Properties, Inc<br>3520 Yeatman Rd<br>Bonnigtion, BC<br>Canada V0G 2G |
| William E. Wildman, Jr.<br>219 Hogan Rd<br>Laurel, MS 39443-0711 | William Waller<br>1306 Harvard Ave<br>Salt Lake City, UT 84105-1916 | Wiora<br>OstbahnstraBe 17<br>76829 Landau Germany |
| Wiora Ventures GmbH<br>Formerly wiora software GmbH<br>Attn: Volker Wiora<br>Ostbahnstr 17 76829 Landau. Germany | Witherwood LLC<br>6120 Verness Cove<br>Salt Lake City, UT 84121-5025 | Workman Nydegger<br>1000 Eagle Gate Tower<br>60 E. South Temple<br>Salt Lake City, UT 84111-1004 |

Wynnman's Hill, LLC
539 Blackhawk Ln
Alpine, UT 84004-1825

Gale K. x6Francis
Office of the Attorney General
160 East 300 South
Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial
P.O. Box 5292
Carol Stream, IL 60197-5292

Internal Revenue Service
Ogden, UT 84201-0039

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Argo Partners

(u)Peter Bookman

(u)Mark Hashimoto

(d)KC Voutaz, LLC
5864 Autumn Dusk Cove
Herriman, UT 84096-1794

(u)Brennan Moss

(u)Quail Creek Partners, LLC

(u)Unsecured Creditors' Committee

(d)Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

(d)Witherwood LLC
6120 Verness Cove
Salt Lake City, UT 84121-5025

End of Label Matrix
Mailable recipients   151
Bypassed recipients     9
Total                 160