Blake D. Miller (4090)
Deborah R. Chandler (12057)
**MILLER TOONE, P.C.**
165 Regent Street
Salt Lake City, Utah 84111
Telephone: (801) 363-5600
Facsimile: (801) 363-5601
E-mail: miller@millertoone.com
chandler@millertoone.com
Attorneys for the Debtor

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>**UD DISSOLUTION CORP.**, a dissolved Nevada corporation f/k/a V3 Systems, Inc.<br><br>Debtor. | Bankruptcy No. 14-32546<br><br>Chapter 11<br><br>Honorable Joel T. Marker<br><br>(Filed Electronically) |

**CERTIFICATE OF SERVICE OF: (1) NOTICE OF CONFIRMATION HEARING, OBJECTION DEADLINE AND VOTING DEADLINE ON DEBTOR'S PLAN OF REORGANIZATION DATED MAY 7, 2015; (2) AMENDED DISCLOSURE STATEMENT, DATED MAY 18, 2015, FOR DEBTOR'S PLAN OF REORGANIZATION DATED MAY 7, 2015; (3) DEBTOR'S PLAN OF LIQUIDATION, DATED MAY 7, 2015; (4) BALLOTS; and (5) TRANSMITTAL LETTER**

I hereby certify that I am employed by the law firm of Miller Toone, P.C., 165 South Regent Street, Salt Lake City, Utah 84111, and that true and correct copies of the:

**(1) NOTICE OF CONFIRMATION HEARING, OBJECTION DEADLINE AND VOTING DEADLINE ON DEBTOR'S PLAN OF REORGANIZATION DATED MAY 7, 2015;**

**(2) AMENDED DISCLOSURE STATEMENT, DATED MAY 18, 2015, FOR DEBTOR'S PLAN OF REORGANIZATION DATED MAY 7, 2015;**

**(3) DEBTOR'S PLAN OF LIQUIDATION, DATED MAY 7, 2015;**

**(4) BALLOTS; and**

**(5) TRANSMITTAL LETTER** were served by first class mail, postage pre-paid, on May 20, 2015, to the individuals and entities on the service list attached as Exhibit A.

DATED this 12th day of June, 2015.

                                Miller Toone, P.C.

                                */s/ Deborah R. Chandler*
                                Deborah R. Chandler

# EXHIBIT A

Label Matrix for local noticing
1088-2
Case 14-32546
District of Utah
Salt Lake City
Thu Jun  4 11:37:01 MDT 2015

2020 Exhibits
Steve Brown
1420 S. 400 West
Salt Lake City, UT 84115-5109

Abacus Solutions
P.O. Box 890932
Charlotte, NC 28289-0932

Abundance Capital
55 Fifth Avenue, 18th Floor
New York, NY 10003-4301

Abundance Private Opportunity Fund, LP
c/o Vladimir Efros
55 5th Avenue, 18th Floor
New York, NY 10003-4301

Ace Electrical Services
P.O. Box 1015
Kaysville, UT 84037-1015

Anthony E. Daniels and Saline Women's G
c/o Newland & Associates, PLLC
2228 Cottondale Lane, Suite 200
Little Rock, AR 72202-2038

Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018-7381

Arrow Electronics
13469 Collections Ctr Dr
Chicago, IL 60693-0134

Arrow Electronics, Inc.
c/o NAC Risk Recovery
7459 South Lima St.
Englewood, CO 80112-3879

BA Securities, LLC
Four Tower Bridge
200 Barr Harbor Drive Suite 400
W Conshohocken, PA 19428-2978

Benjamin Joseph Bass Trust
5009 Dunvegan Rd
Louisville, KY 40222-6020

Big Sky Holdings, LLC
Ric Lindstrom
809 Cherry Ln
Laurel, MS 39440-1651

Peter W. Billings Jr.
Fabian & Clendenin
215 South State Street
Suite 1200
Salt Lake City, UT 84111-2323

Matthew M. Boley
Cohne Kinghorn
111 E. Broadway
11th Floor
Salt Lake City, UT 84111-5225

Boulder Mountain
c/o Dave Mock
3140 East 10000 South
Sandy, UT 84092-4201

Brad Nielson
694 North 535 East
American Fork, UT 84003-1358

CBRS V3, LLC
221 Orlando Blvd
Indialantic, FL 32903-3420

Kenneth L. Cannon II
Durham Jones & Pinegar, P.C.
111 East Broadway, Suite 900
P O Box 4050
Salt Lake City, UT 84110-4050

Carlos Gonzales-Keller Family Trust
17675 Blanchard Dr.
Monte Sereno, CA 95030-3211

Carment Lenhof Israelsen
299 S. Main St. Ste 1300
Salt Lake City, UT 84111-2241

Catherine Voutaz
5864 Autumn Dusk Ct
Herriman, UT 84096-1794

Laurie A. Cayton tr
US Trustees Office
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Deborah Rae Chandler
Miller Toone, P.C.
165 Regent Street
Salt Lake City, UT 84111-1903

Charlotte B. Reedy
CMR 479 Box 256
APO, AE 09263-0003

Christensen Industries
2990 S. Main St.
Salt Lake City, UT 84115-3540

Christopher Featherstone
5485 West 10600 North
Highland, UT 84003-8892

Daniel Christensen
1036 E. Annabelle Lane
Sandy, UT 84094-5970

DataCentered, LLC
c/o Peter Bookman
20149 River Run Drive
Huntsville, UT 84317

Dave Mock
10000 South 3100 East
Sandy, UT 84092

| | | |
|---|---|---|
| Dave Mock<br>9993 South 3100 East<br>Sandy, UT 84092-4205 | David M Mock<br>3140 East 10000 South<br>Sandy, Utah 84092-4201 | David Turcotte<br>P.O. Box 982584<br>Park City, UT 84098-2584 |
| David Youngberg<br>2107 Falson Way<br>Sandy, UT 84093-2657 | Daybreak Capital<br>140 Broadway, 46th Floor<br>New York, NY 10005-1155 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Dennis Ickes<br>1815 Osage Orange Ave<br>Salt Lake City, UT 84124-3523 | Department of Taxation State of Hawaii<br>Attn: Bankruptcy Unit<br>PO Box 259<br>Honolulu HI 96809-0259 | DiscoverOrg, LLC<br>12518 NE 95th Street<br>Vancouver, WA 98682-2463 |
| Dr. Gary Barbour, JIDDIJ, LLC<br>2680 Aspen Springs Dr.<br>Park City, Ut 84060-7536 | Eric Lindstrom<br>809 Cherry Ln<br>Laurel, MS 39440-1651 | Freeman<br>Attn: Karen Eagans<br>P.O. Box 660613<br>Dallas, TX 75266-0613 |
| GWN Corporate<br>P.O. Box 982584<br>Park City, UT 84098-2584 | GWN Corporate Services<br>P.O. Box 982584<br>Park City, UT 84098-2584 | Gartner Inc.<br>P.O. Box 911319<br>Dallas, TX 75391-1319 |
| Gary Barbour<br>2680 Aspen Springs Dr.<br>Park City, UT 84060-7536 | Matthew A. Gold<br>Argo Partners<br>12 West 37th Street<br>9th Floor<br>New York, NY 10018-7381 | Hansen, Barnett & Maxwell<br>5 Triad Center<br>Suite 750<br>Salt Lake City, UT 84180-1128 |
| John P. Harrington<br>Holland & Hart, LLP<br>222 South Main St.<br>Suite 2200<br>Salt Lake City, UT 84101-2194 | Herra Holdings LLC<br>c/o Brad Robinson<br>1115 East Ironwood Drive<br>North Salt Lake, UT 84054-3317 | Inaura<br>c/o Rod Rassmussen<br>2149 South 2200 East<br>Salt Lake City, UT 84109-1132 |
| Inavra, Inc.<br>2149 S. 2200 E.<br>Salt Lake City, UT 84109-1132 | Insight Direct USA<br>P.O. Box 731069<br>Dallas, TX 75373-1069 | Insight Direct USA, Inc.<br>Michael L. Walker<br>6820 S Harl Ave<br>Tempe, AZ 85283-4318 |
| InterCall<br>P.O. Box 281866<br>Atlanta, GA 30384-1866 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Ivan Escobar<br>2752 West 13760 South<br>Riverton, UT 84065-5938 |
| JIDDIJ, LLC<br>2680 Aspen Springs Dr.<br>Park City, UT 84060-7536 | James N. Sweeney<br>449 Tennessee Ave. NE<br>Washington, DC 20002-5433 | Jason Scerbo<br>6195 Saunter Ln<br>Taylorsville, UT 84123-6782 |

| | | |
|---|---|---|
| Jay Zynczak<br>8994 Cheyenne Way<br>Park City, UT 84098-5857 | Jeffrey F. Hall<br>3117 Southern Hills Ln<br>Jonesboro, AR 72401-8048 | Lon A. Jenkins<br>Dorsey & Whitney LLP<br>136 South Main St.<br>Suite 1000<br>Salt Lake City, UT 84101-1685 |
| Jim Morse<br>11353 Silver Buckle Way<br>Sandy, UT 84092-5107 | Jim Ringtrip<br>14779 Castle Valley Drive<br>Riverton, UT 84065-5644 | Jim Sweeney<br>449 Tennessee Ave NE<br>Washington, DC 20002-5433 |
| Jodie Ann Bass Trust<br>5009 Dunvegan Rd<br>Louisville, KY 40222-6020 | Johnathan M. Ropner<br>1862 E. Beaumont Circle<br>Holladay, UT 84121-1204 | Jones Waldo Holbrook & McDonough PC<br>Jeff Shields<br>170 S. Main St. Suite 1500<br>Salt Lake City, UT 84101-1644 |
| Joseph Turley<br>14097 Ben Lomond Peak Dr<br>Herriman, UT 84096-6475 | KC Voutaz, LLC<br>5864 Autumn Dusk Cove<br>Herriman, UT 84096-1794 | KDJC, LLC<br>5864 Autumn Dusk Cove<br>Herriman, UT 84096-1794 |
| Kathy Voutaz/KDJC, LLC<br>5864 Autumn Dusk Cove<br>Herriman, UT 84096-1794 | Key Bank<br>P.O. Box 93885<br>Cleveland, OH 44101-5885 | Laua Lindstrom<br>809 Cherry Ln<br>Laurel, MS 39440-1651 |
| Lone Peak Valuation<br>c/o: Rick Hoffman<br>36 S. State, Suite 500<br>Salt Lake City, UT 84111-1402 | MBA Management, LLC<br>149 Cottage Cove<br>Saratoga Springs, UT 84045-6679 | MacDonald Tuskey<br>570 Granville St #400<br>Vancouver BC V6C 3P1 Canada |
| Mark Ropner<br>1862 E. Beaumont Circle<br>Holladay, UT 84121-1204 | Mark Verville<br>c/o Fillmore Spencer, LLC<br>3301 North University Ave.<br>Provo, UT 84604-4438 | Marvin E. Gavin<br>236 Hogan Rd<br>Laurel, MS 39443-8986 |
| Menco<br>10000 South 3100 East<br>Sandy, UT 84092 | Menco<br>9993 South 3100 East<br>Sandy, UT 84092-4205 | Michael Anderer<br>c/o Peters Scofield<br>7430 Creek Road, Suite 303<br>Sandy, UT 84093-6160 |
| Michael McDonald<br>13767 Wingfield Circle<br>Draper, UT 84020-8533 | Mike Shirely<br>177 Pavillion Rd<br>Laurel, MS 39443-7126 | Blake D. Miller<br>Miller Toone, P.C.<br>165 Regent Street<br>Salt Lake City, UT 84111-1903 |
| Modern Clouds<br>211 N. 980 E.<br>Lindon, UT 84042-1583 | Brennan H. Moss<br>PIA ANDERSON DORIUS REYNARD & MOSS, LLC<br>222 South Main Street<br>Suite 1830<br>Salt Lake City, UT 84101-2198 | NTCA<br>PO Box 418507<br>Boston, MA 02241-8507 |

Ned M. Bass
5009 Dunvegan Rd
Louisville, KY 40222-6020

New York State Dept.
of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Nextgen Distribution
P.O. Box 718
Artarmon, NSW 1570

Nick Rasmussen
2149 S. 2200 East
Salt Lake City, UT 84109-1132

Paceline II, LLC
c/o Rod Rasmusson
2149 South 2200 East
Salt Lake City, UT 84109-1132

Paul Ropner
1945 East Longview Dr.
Salt Lake City, UT 84124-2626

Douglas J. Payne
Fabian & Clendenin
215 South State Street
Suite 1200
Salt Lake City, UT 84111-2323

Peter Bookman
2049 River Run Drive
Huntsville, UT 84317-9318

Pia Anderson Dorius Reynard & Moss
Brennan Moss
PADRM
222 S. Main St. Ste 1830
Salt Lake City, Utah 84101-2198

Robert S. Prince
Kirton & McConkie
60 East South Temple
Eagle Gate Tower, Suite 1800
Salt Lake City, UT 84111-1004

Quail Creek Partners, LLC
c/o Ed Eckstrom
6120 S. Verness Cove
Salt Lake City, UT 84121-5025

Quailcreek
c/o Ed Eckstrom
6120 Verness Cove
Salt Lake City, UT 84121-5025

R. Joseph Fernandez
2205 Blue Haven Dr.
New Iberia, LA 70563-2131

RBC Capital fbo Crystal Martucci IRA
Jamie Schmeichel, RBC Capital Markets
60 South 6th Street, Mailsop P9
Minneapolis, MN 55402-4400

RBC Captial Cust FBO James Sweeney
Jamie Schmeichel, RBC Capital Markets
60 South 6th Street, Mailstop P9
Minneapolis, MN 55402-4400

Richard W. Headrick
One Freedom Square
Laurel, MS 39440-3367

Robert Shaya
31275 Northwestern Hwy, Suite 145
Farmington, MI 48334-2531

Rocky Mountain Title
P.O. Box 268
Helena, MT 59624-0268

Rod Rasmusson
2149 S 2200 E
Salt Lake City, UT 84109-1132

Salesforce.com
P.O. Box 203141
Dallas, TX 75320-3141

Scott Allen
547 North 1625 East
Layton, UT 84040-3660

Scott D. Cook
335 Silver Hills Circle S.E.
Salem, OR 97306-1882

Seth Quealy
11559 Oakmont Rd.
South Jordan, UT 84095-5039

Shon Calurusso
3961 S. Pine Tree Dr.
Salt Lake City, UT 84124-2053

Skytap, Inc.
710 2nd Avenue, Suite 1130
Seattle, WA 98104-1808

Snell & Wilmer
15 W. South Temple, Suite 1200
Salt Lake City, UT 84101-1547

SocialMpresa
47684 Sandbank Square
Sterling, VA 20165-7476

Sonic Wall
2001 Logic Drive
San Jose, CA 95124-3452

Sphere 3D Corporation and V3 Systems Holding
c/o T. Scott Worthington
240 Matheson Blvd. East
Mississauga, Ontario L4Z1X1

Sphere 3D Corporation and V3 Systems Holding
c/o T. Scott Worthington
240 Matheson Blvd. East
Mississauga, Ontario L4Z1X1
CANADA

State of Arizona
Arizona Department of Revenue
P.O. Box 29009
Phoenix, AZ 85038-9009

State of California
Employment and Development Dept
P.O. Box 989073
West Sacramento, CA 95798-9073

State of California
PO Box 942879
Sacramento, CA 94279-0001

State of Florida
5050 W. Tennessee Street
Tallahassee, FL 32399-6586

State of Hawaii
PO Box 1425
Honolulu, HI 96806-1425

State of Minnesota
600 North Robert St.
Saint Paul, MN 55101-2228

State of New York
Department of Taxation and Finance
W A Harriman Campus
Albany, NY 12227-0001

Stephen P. Lunde
2603 Nix Lake Dr.
Jonesboro, AR 72404-0921

Super Micro Computer, Inc.
Lawrence SChwab/Thomas Gaa
Bialson, Bergen & Schwab,
a Professional Corporation
2600 El Camino Real Suite 300
Palo Alto, CA 94306-1720

SuperMicro
P.O. Box 742066
Los Angeles, CA 90074-2066

Susan L. Williams
429 Robin Road
Allentown PA 18104-6723

Susan Marshall
3171 E 10000 South
Sandy, UT 84092-4201

Trust U/D/T 8/9/2000
17675 Blanchard Drive
Los Gatos, CA 95030-3211

UD Dissolution Corp.
299 S. Main Street, Suite 1300
Salt Lake City, UT 84111-2241

UPS Freight
Lockbox 577
Carol Stream, IL 60132-0577

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

Utah State Tax Commission
Attn Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

V3SP 1
2433 N. carson Street
3140 East 10000 South
Carson City, NV 89706

V3SP I
3140 East 10000 South
Sandy, UT 84092-4201

V3SP II
c/o Dave Mock
3140 East 10000 South
Sandy, UT 84092-4201

Valstand Strategic Fund II, LLC
3117 Southern Hills Ln
Jonesboro, AR 72401-8048

VirCirrus
1900 N. Bayshore Dr, Unit 1002
Miami, FL 33132-3005

Catherine G. Voutaz
5864 Autumn Dusk Cove
Herriman, UT 84096-1794

Wasatch Properties, Inc
3520 Yeatman Rd
Bonningtion, BC
Canada V0G 2G

William E. Wildman, Jr.
219 Hogan Rd
Laurel, MS 39443-0711

William Waller
1306 Harvard Ave
Salt Lake City, UT 84105-1916

Wiora
Ostbahnstraße 17
76829 Landau Germany

Wiora Ventures GmbH
Formerly wiora software GmbH
Attn: Volker Wiora
Ostbahnstr 17 76829 Landau. Germany

Witherwood LLC
6120 Verness Cove
Salt Lake City, UT 84121-5025

Workman Nydegger
1000 Eagle Gate Tower
60 E. South Temple
Salt Lake City, UT 84111-1004

Wynnman's Hill, LLC
539 Blackhawk Ln
Alpine, UT 84004-1825

Gale K. x6Francis
Office of the Attorney General
160 East 300 South
Fifth Floor
P.O. Box 140874
Salt Lake City, UT 84114-0874

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Dell Financial
P.O. Box 5292
Carol Stream, IL 60197-5292

Internal Revenue Service
Ogden, UT 84201-0039

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Argo Partners

(u)Peter Bookman

(u)Mark Hashimoto

(d)KC Voutaz, LLC
5864 Autumn Dusk Cove
Herriman, UT 84096-1794

(u)Brennan Moss

(u)Quail Creek Partners, LLC

(u)Unsecured Creditors' Committee

(d)Utah State Tax Commission
Attn: Bankruptcy Unit
210 North 1950 West
Salt Lake City, UT 84134-9000

(d)Witherwood LLC
6120 Verness Cove
Salt Lake City, UT 84121-5025

End of Label Matrix
Mailable recipients    151
Bypassed recipients      9
Total                  160