**This order is SIGNED.**

Dated: July 9, 2015



**JOEL T. MARKER
U.S. Bankruptcy Judge**



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>UD DISSOLUTION CORP.<br>(fna, V3 Systems, Inc.)<br><br>Debtor. | Bankruptcy Case No. 14-32546<br>Chapter 11<br><br>Honorable Joel T. Marker<br><br>(Filed Electronically) |
|---|---|

**ORDER GRANTING FIRST APPLICATION OF MILLER TOONE, P.C., COUNSEL FOR THE DEBTOR, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The Court, having considered the First Application of Miller Toone, P.C., Counsel for the Debtor, for the Allowance and Payment of Compensation and Reimbursement of Expenses [Docket No. 102] (the "Application"), adequate notice having been given, there being no objections as certified by Debtor's counsel, and good cause appearing therefore, hereby ORDERS as follows:

1. The Application is granted.

2. The fees incurred by Miller Toone, P.C. in the amount of $116,282.05 are found to be reasonable for actual and necessary services rendered, and are allowed and approved on an interim and final basis.

     3.      The expenses incurred by Miller Toone, P.C. in the amount of $1,107.27 are found to be reasonable for actual and necessary costs incurred, and are allowed and approved on an interim and final basis.

     4.      These fees and expenses shall be granted administrative expense priority pursuant to 11 U.S.C. §§ 503 and 507, and shall be paid by the Debtor upon entry of this Order, unless otherwise agreed upon between the Debtor and Applicant.

------------------------- END OF ORDER -------------------------

**Approved as to Form:**

| **Miller Toone, P.C.** | **U.S. Trustee** |
|---|---|
| */s/ Deborah R. Chandler* | */s/ Laurie A. Cayton* |
| Blake D. Miller | Laurie A. Cayton |
| Deborah R. Chandler | Attorneys for U.S. Trustee |
| Attorneys for Debtor | |

**Fabian & Clendenin**

*/s/ Peter W. Billings*
Peter W. Billings
Attorneys for the Official Committee of Unsecured Creditors

<u>**Above signatures used with permission**</u>

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Peter W. Billings**    pbillings@fabianlaw.com, cmurdock@fabianlaw.com;mbeck@fabianlaw.com
- **Matthew M. Boley**    mmb@pkhlawyers.com, jh@pkhlawyers.com
- **Kenneth L. Cannon**    kcannon@djplaw.com, khughes@djplaw.com
- **Laurie A. Cayton tr**    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Deborah Rae Chandler**    chandler@millertoone.com
- **Blake D. Miller**    miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
- **Brennan H. Moss**    bmoss@padrm.com, shamilton@padrm.com
- **Robert S. Prince**    rprince@kmclaw.com, squilter@kmclaw.com
- **Jeffrey Weston Shields**    jshields@joneswaldo.com, lgonzales@joneswaldo.com;docket_slc@swlaw.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **John P. Harrington**    jharrington@hollandhart.com
- **Matthew A. Gold** matthew@argopartners.net
- **Lon A. Jenkins**  jenkins.lon@dorsey.com
- **Douglas J. Payne** dpayne@fabianlaw.com
- **Gale K. Francis** txbk13@utah.gov

*/s/ Deborah R. Chandler*

3