**This order is SIGNED.**

**Dated: November 5, 2015**  

JOEL T. MARKER
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>UD DISSOLUTION CORP.<br>(fna, V3 Systems, Inc.)<br><br>Debtor. | Bankruptcy Case No. 14-32546<br>Chapter 11<br><br>Honorable Joel T. Marker<br><br>(Filed Electronically) |
|---|---|

**ORDER SUSTAINTING OBJECTION TO PROOF OF CLAIM NO. 16 – WYNNMAN'S HILL, LLC**

The Court conducted a hearing on the Debtor's Objection to Claim No. 16 – Wynnman's Hill, LLC ("Claim Objection) on November 3, 2015, at 10:00 a.m.  At the hearing, Blake D. Miller and Deborah R. Chandler appeared on behalf of the Debtor. No representative appeared on behalf of Wynnman's Hill, LLC. The Court, having considered the Claim Objection, adequate notice having been given, no objection being filed, and good cause appearing therefore, hereby ORDERS as follows:

1. The Claim Objection is sustained.

2. Claim No. 16, filed by Wynmann's Hill is disallowed.

-------------------------- END OF ORDER ---------------------

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record identified below, are registered CM/ECF users and will be served notice of the foregoing Order through the CM/ECF system:

- **Kevin N. Anderson**     kanderson@fabianlaw.com, kwall@fabianlaw.com
- **Peter W. Billings**     pbillings@fabianlaw.com, cmurdock@fabianlaw.com; mbeck@fabianlaw.com
- **Matthew M. Boley** mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- **Kenneth L. Cannon**     kcannon@djplaw.com, khughes@djplaw.com
- **Laurie A. Cayton tr**     laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;
- Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
- **Deborah Rae Chandler**     chandler@millertoone.com
- **Matthew A. Gold**     courts@argopartners.net
- **John P. Harrington**     jharrington@hollandhart.com, cfries@hollandhart.com
- **Mary Margaret Hunt**     hunt.peggy@dorsey.com, long.candy@dorsey.com
- **Lon A. Jenkins**  jenkins.lon@dorsey.com, lalor.carol@dorsey.com; posada.monica@dorsey.com
- **Blake D. Miller**  miller@millertoone.com, millermobile@gmail.com; miller@ecf.inforuptcy.com; miller.blaked@gmail.com
- **Brennan H. Moss**     bmoss@padrm.com, shamilton@padrm.com
- **Douglas J. Payne**     dpayne@fabianlaw.com, hmcewen@fabianlaw.com;smcnett@fabianlaw.com
- **Robert S. Prince**     rprince@kmclaw.com, squilter@kmclaw.com
- **Jeffrey Weston Shields**  jshields@joneswaldo.com, lgonzales@joneswaldo.com; docket_slc@swlaw.com
- **United States Trustee**     USTPRegion19.SK.ECF@usdoj.gov
- **Gale K. x6Francis**     txbk13@utah.gov

                                            */s/ Deborah R. Chandler*

2