# EXHIBIT A

**Pia Anderson Moss Hoyt**
**136 E. South Temple**
**Suite 1900**
**Salt Lake City, UT 84111**

Invoice submitted to:

V3 Systems, Inc.
Salt Lake City, UT 84020

| | |
|---|---|
| Invoice # | **34642** |
| Invoice Date | **12/20/2015** |
| For Services Through | **11/30/2015** |
| Terms: | **N/A** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| In Reference To: **General (Time)** | | | | |
| 09/28/2015 | CMS | Receive and locate responsive information regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.50 at $ 275.00/hr | $ 137.50 |
| 10/01/2015 | BHM | Draft and finalize fee application for the court. | 1.50 at $ 300.00/hr | $ 450.00 |
| 10/01/2015 | BHM | Draft and finalize fee application for the court. | 1.50 at $ 300.00/hr | $ 450.00 |
| 10/13/2015 | BHM | Analyze recent filings and adversary complaint against Sphere; conference with Ric Lindstrom regarding the same. | 0.50 at $ 300.00/hr | $ 150.00 |
| 10/14/2015 | BHM | Analyze news relating to complain against Sphere. | 0.25 at $ 300.00/hr | $ 75.00 |
| 10/19/2015 | BHM | Conference with witnesses regarding ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ ; work on ▮▮▮▮▮▮▮▮▮▮▮▮▮ ; analyze issues regarding the same. | 0.50 at $ 300.00/hr | $ 150.00 |
| 10/29/2015 | BHM | Work on ▮▮▮▮▮▮▮▮▮▮▮▮ . | 0.50 at $ 300.00/hr | $ 150.00 |
| 11/02/2015 | BHM | Analyze information regarding ▮▮▮▮▮▮ ; communication regarding the same. | 1.00 at $ 300.00/hr | $ 300.00 |
| 11/03/2015 | BHM | Analyze issues raised at court; conference with client regarding the same; analyze issues with sphere complaint; conference regarding ▮▮▮▮▮▮▮▮ . | 1.00 at $ 300.00/hr | $ 300.00 |
| 11/04/2015 | BHM | Conference with client; analyze proceedings with the court; work on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . | 0.75 at $ 300.00/hr | $ 225.00 |
| 11/06/2015 | BHM | Work on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . | 0.50 at $ 300.00/hr | $ 150.00 |
| 11/10/2015 | BNM | Look up case file, and review docket. Research case law ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ | 4.00 at $ 175.00/hr | $ 700.00 |

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/12/2015 | BNM | Continue ▮▮▮. Work on ▮▮▮. | 1.30 at $175.00/hr | $227.50 |
| 11/16/2015 | BHM | Work on ▮▮▮; Analyze recent filing by Anderer in response to settlement with Inaura. | 1.00 at $300.00/hr | $300.00 |
| 11/17/2015 | BHM | Analyze Anderer's claim in bankruptcy court; Continue to work ▮▮▮. | 0.75 at $300.00/hr | $225.00 |
| 11/18/2015 | BHM | Work on ▮▮▮; conference with Ric Lindstrom regarding the same. | 1.00 at $300.00/hr | $300.00 |
| 11/19/2015 | BHM | Work on ▮▮▮. | 0.50 at $300.00/hr | $150.00 |
| 11/23/2015 | BHM | Telephone conference with client; Telephone conference with Doug Payne regarding ▮▮▮; Research regarding ▮▮▮; Work ▮▮▮ | 1.75 at $300.00/hr | $525.00 |
| 11/23/2015 | BNM | Further research ▮▮▮. ▮▮▮ Additional work ▮▮▮. | 7.00 at $175.00/hr | $1,225.00 |
| 11/24/2015 | BHM | Work on ▮▮▮; Analyze ▮▮▮; Conference with Brody Miles regarding the same; Analyze motion prepared by Doug Payne | 3.25 at $300.00/hr | $975.00 |
| 11/24/2015 | BNM | Inserted ▮▮▮ Review the court docket in the Anderer matter, including the December 2014 stay issued by the court. Insert ▮▮▮. Further work on standing arguments. ▮▮▮ Meeting with B. Moss to discuss motion. | 7.80 at $175.00/hr | $1,365.00 |

In Reference To: **General (Expenses)**

| Date | Initials | Description | | Amount |
|---|---|---|---|---|
| 09/30/2015 | SH | July-September 2015 Pacer Charges. | $10.10 | $10.10 |
| 11/30/2015 | SH | November 2015 Westlaw charges. | $462.00 | $462.00 |

|  |  |
|---|---|
| Total Hours: | *36.85 hrs* |
| Total Time: | *$ 8,530.00* |
| Total Expenses: | *$ 472.10* |
| **Total Invoice Amount:** | **$ 9,002.10** |
| **Previous Balance:** | **$ 104,924.94** |
| Payment from UD Dissolution Corp for debtor special counsel fees - 11/5/2015 Payment - Check | ($88,728.08) |
| Write-off of amounts denied by court per B. Moss - 11/6/2015 Balance Adjustment | ($694.10) |
| **Balance (Amount Due):** | **$ 24,504.86** |

**Pia Anderson Moss Hoyt**
**136 E. South Temple**
**Suite 1900**
**Salt Lake City, UT 84111**

Invoice submitted to:

V3 Systems, Inc.
Salt Lake City, UT 84020

| | |
|---|---|
| Invoice # | **35159** |
| Invoice Date | **03/04/2016** |
| For Services Through | 01/31/2016 |
| Terms: | **N/A** |

| <u>Date</u> | <u>By</u> | <u>Service Summary</u> | <u>Hours/Rate</u> | <u>Amount</u> |
|---|---|---|---|---|
| In Reference To: | **General (Time)** | | | |
| 12/01/2015 | BHM | Work on ███████████████████████; Research regarding the same; Conference with client regarding ██████ and strategy regarding filing the same. | 1.00 at $ 300.00/hr | $ 300.00 |
| 12/02/2015 | BHM | Communication regarding strategy. | 0.50 at $ 300.00/hr | $ 150.00 |
| 12/03/2015 | BHM | Analyze additional arguments ████████████████████ ███████ Communication with Douglas Payne regarding █████ ████████████████. | 1.75 at $ 300.00/hr | $ 525.00 |
| 12/09/2015 | BHM | Analyze issues raised relating to ████████████████; Analyze issues relating to ██████████████; Communication with client regarding the same. | 0.50 at $ 300.00/hr | $ 150.00 |
| 12/15/2015 | BHM | Analyze issues ██████████████████; Analyze strategy regarding Sphere litigation; Analyze the same for the Anderer litigation and Bookman litigation. | 0.50 at $ 300.00/hr | $ 150.00 |
| 01/07/2016 | BHM | Analyze UD case filings. | 0.25 at $ 300.00/hr | $ 75.00 |

*Total Hours:* *4.50 hrs*
*Total Time:* *$ 1,350.00*
**Total Invoice Amount: $ 1,350.00**
**Previous Balance: $ 24,504.86**
**Balance (Amount Due): $ 25,854.86**