**This order is SIGNED.**

**Dated: October 26, 2016**

**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



*msc*

*Order Prepared By:*

Blake D. Miller (4090)
bmiller@joneswaldo.com
Deborah R. Chandler (12057)
dchandler@joneswaldo.com
Jones Waldo Holbrook & McDonough, P.C.
170 S. Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3400

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: **UD DISSOLUTION CORP.** **(fna, V3 Systems, Inc.)** Debtor. | Bankruptcy Case No. 14-32546 Chapter 11 Honorable Joel T. Marker (Filed Electronically) |
|---|---|

**ORDER GRANTING SECOND FEE APPLICATION OF MILLER TOONE, P.C., COUNSEL FOR THE UD DISSOLUTION LIQUIDATING TRUST, FOR THE ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The Court, having considered the Second and Final Fee Application of Miller Toone, P.C., Counsel for the UD Dissolution Liquidating Trust, for the Allowance and Payment of Compensation and Reimbursement of Expenses [Docket No. 234] (the "Application"), adequate notice having been given, there being no objections, and good cause appearing therefore, hereby ORDERS as follows:

1. The Application is granted.

2. The fees incurred by Miller Toone, P.C. in the amount of $6,334.50 for the period between October 1, 2015 through and including June 30, 2016 are found to be reasonable for actual and necessary services rendered, and are allowed and approved on a final basis.

3. The expenses incurred by Miller Toone, P.C. for the period between October 1, 2015 through and including June 30, 2016 in the amount of $25.00 are found to be reasonable for actual and necessary costs incurred, and are allowed and approved on a final basis.

4. All previously awarded fees and costs are allowed and approved on a final basis.

5. These fees and expenses shall be granted administrative expense priority pursuant to 11 U.S.C. §§ 503 and 507, and shall be paid by the UD Dissolution Liquidating Trust upon entry of this Order, unless otherwise agreed between the Trust and Applicant.

------------------------- END OF ORDER -------------------------

**Approved as to Form:**

**JONES WALDO HOLBROOK
& MCDONOUGH, P.C.**                                                  **U.S. TRUSTEE**

*/s/ Deborah R. Chandler*                                            */s/ Laurie A. Cayton*
Blake D. Miller                                                      Laurie A. Cayton
Deborah R. Chandler                                                  Attorneys for U.S. Trustee
Attorneys for UD Dissolution Liquidating Trust


**Above signatures used with permission**

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- **Peter W. Kevin N. Anderson**    kanderson@fabianlaw.com, kwall@fabianlaw.com
- **Peter W. Billings**    pbillings@fabianlaw.com, cmurdock@fabianlaw.com;mbeck@fabianlaw.com
- **Matthew M. Boley**    mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- **Kenneth L. Cannon**    kcannon@djplaw.com, khughes@djplaw.com
- **Laurie A. Cayton tr**    laurie.cayton@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Deborah Rae Chandler**    chandler@millertoone.com
- **Matthew A. Gold**    courts@argopartners.net
- **John P. Harrington**    jharrington@hollandhart.com, cfries@hollandhart.com
- **Mary Margaret Hunt**    hunt.peggy@dorsey.com, long.candy@dorsey.com
- **Lon A. Jenkins**    jenkins.lon@dorsey.com, lalor.carol@dorsey.com;posada.monica@dorsey.com
- **Blake D. Miller**    miller@millertoone.com, millermobile@gmail.com;miller@ecf.inforuptcy.com; miller.blaked@gmail.com
- **Brennan H. Moss**    bmoss@padrm.com, shamilton@padrm.com
- **Douglas J. Payne**    dpayne@fabianlaw.com, hmcewen@fabianlaw.com;smcnett@fabianlaw.com
- **Robert S. Prince**    rprince@kmclaw.com, squilter@kmclaw.com
- **Jeffrey Weston Shields**    jshields@joneswaldo.com, lgonzales@joneswaldo.com;docket_slc@swlaw.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Gale K. x6Francis**    txbk13@utah.gov

*/s/ Deborah R. Chandler*