**DEBTOR:** UD Dissolution Corp.          **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 14-32546          **FOR QUARTER ENDED:** 12/31/17

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

1. CASH BALANCE, BEGINNING OF QUARTER                                  $ 421,879.23
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES                          3,829.39
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS       ( 89,230.54 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT)  $ 336,478.08

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan | |
|---|---|---|---|---|
| **1. ADMINISTRATIVE EXPENSES** | | | | |
| Plan Trustee Compensation | $ 15,000.00 | 470,000.00 | Unknown | * |
| Plan Trustee Expense | 466.70 | 65,522.97 | Unknown | * |
| Attorney Fees - Trustee | 73,409.00 | 888,960.71 | Unknown | * |
| Attorney Fees - Committee | - | 58,983.39 | Unknown | * |
| Other Professionals | - | 93,649.26 | Unknown | * |
| Other Administrative Expenses | 354.84 | 31,048.34 | Unknown | * |
| TOTAL ADMINISTRATIVE EXPENSES | $ 89,230.54 | 1,608,164.67 | Unknown | * |
| **2. SECURED CREDITORS** | $ - | - | | |
| **3. PRIORITY CREDITORS** | $ - | 274,250.93 | Unknown | * |
| **4. UNSECURED CREDITORS** | $ - | - | Unknown | * |
| **5. EQUITY SECURITY HOLDERS** | $ - | - | Unknown | * |
| **6. Attach additional sheets as necessary** | $ - | - | | |
| **TOTAL PLAN PAYMENTS** | $ 89,230.54 | $ 1,882,415.60 | $ - | * |

\* The total projected plan payments for each category above is contingent upon the results of litigation. As such, they cannot be projected at this time.

|  | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ | | |

**PLAN STATUS:**                                                                           Yes  No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.)   [x] [ ]
2. Are all post-confirmation obligations current? (If no, attach explanation.)                     [x] [ ]
3. Projected date of application for final decree:   Unknown-date is contingent on outcome of litigation.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

UD Dissolution Liquidating Trust
Reorganized Debtor
By: [signature]
Trustee
Title

Email & Phone:   rlindstrom@mspstack.com          601-498-9000

Scanned by CamScanner